IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -2 2020

JEFFREY P. COLWELL
CLERK

## MOTION FOR PUBLIC ACCESS

The United States, through its undersigned counsel, respectfully moves for an order for public access in lieu of the Court's presumptive Level 3 restriction on the indictment in the above-captioned matter.  On June 2, 2020, a grand jury empaneled in the District of Colorado returned an indictment against Jayson Penn, Mikell Fries, Scott Brady, and Roger Austin (collectively, "Defendants").  Pursuant to Local Rule of Criminal Procedure 47.1(f)(2)(C), unless otherwise ordered, indictments are filed with Level 3 restriction, which permits access only to the Court and the government as the filing party.  In the normal course, that restriction would be lifted upon the arrest or initial appearance of the first defendant.

1

Here, in light of the characteristics of this case, the restriction does not serve its ordinary purpose and is outweighed by the interest in public access. The government does not believe that the Defendants present a significant risk of flight that may otherwise justify access restrictions prior to the institution of any pretrial supervision. This is reflected in the government's request that the Court issue summonses for the Defendants, rather than warrants. The government also does not believe the Defendants present a risk of danger to society.

WHEREFORE, the United States respectfully requests entry of the attached proposed order for public access for the indictment in this matter effective as of the docketing by the Clerk's office.

Respectfully submitted this 2nd day of June, 2020.

By: *(signature)*
Michael T. Koenig
Heather D. Call
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 476-0435
Email: Michael.Koenig@usdoj.gov

Attorneys for the United States