**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No.** **20-CR-152** - PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,

2.  MIKELL REEVE FRIES,

3.  SCOTT JAMES BRADY,

4.  ROGER BORN AUSTIN,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -2 2020

**JEFFREY P. COLWELL**
CLERK

---

**ORDER TO UNSEAL**

---

This matter is before the Court on the government's Motion for Public Access. Having reviewed the motion, and finding good cause shown, the Court ORDERS as follows:

1.  The indictment filed in the above-captions matter is hereby ordered unsealed, and available to the public, upon the filing of the indictment with the Court's clerk.

Dated this 2nd day of June, 2020.

BY THE COURT:

_____

1