UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:20-CR-00152 |
| JAYSON JEFFREY PENN, MIKELL REEVE FRIES, SCOTT JAMES BRADY and ROGER BORN AUSTIN, | |
| Defendant. | |

## ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of New York.

>Michael S. Feldberg
>REICHMAN JORGENSEN LLP
>750 Third Avenue, Suite 2400
>New York, NY 10017
>Tel.: (212) 381-1965
>Email: mfeldberg@reichmanjorgensen.com

Dated:  New York, New York
            June 4, 2020

Respectfully Submitted,

REICHMAN JORGENSEN LLP

By:   /s/ Michael S. Feldberg

Michael S. Feldberg
*mfeldberg@reichmanjorgensen.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (212) 381-1965