# EXHIBIT B

```
JM:JEG
F.# 2007R00182
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                          09-CR-159 (KAM)

HARRY K. KAHALE,
HAROLD RICHARD GRAHAM,
GREGORY C. SCARLATO and
MITCHELL REISMAN,

            Defendants.
- - - - - - - - - - - - - - - - - X

### GOVERNMENT'S MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT RICHARD GRAHAM, HARRY K. KAHALE AND GREGORY C. SCARLATO'S OMNIBUS PRETRIAL MOTIONS

                                          BENTON J. CAMPBELL
                                          United States Attorney
                                          Eastern District of New York

TANYA Y. HILL
JONATHAN E. GREEN
Assistant U.S. Attorneys
    (Of Counsel)

available to Defendants.

Id. at 304-05.

The Moving Defendant's requests for the "'others' with whom the defendants allegedly acted or conspired," the "'investors and lenders' whom the defendants allegedly conspired to defraud or intended to defraud," the "date, time and place of each alleged pretense, representation or promise[s];" among other requests set forth in Graham's September 25, 2009 letter are not only unnecessary, but are precisely the type of "whens" and "wheres" and "with whoms" (i.e., coconspirators) for which applications for bills of particulars are routinely denied.  See e.g., Torres, 901 F.2d at 233-34; United States v. Jimenez, 824 F. Supp. 351, 363 (S.D.N.Y. 1993).

18