**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 20-cr-00152-PAB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 67**

---

The United States of America, by and through its undersigned counsel, Heather Call, respectfully moves to restrict Document No. 67, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 1" restriction**, which would make the documents viewable by the parties to this case and the Court only.

    Respectfully submitted this 16th day of July, 2020.

                                              By:    s/ Heather Call
                                                       Heather D. Call

                                                       Michael T. Koenig
                                                       Carolyn M. Sweeney
                                                       Paul J. Torzilli
                                                       Trial Attorneys

Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-2623
Email: heather.call@usdoj.gov

Attorneys for the United States

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this July 16th, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 67** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By: __s/ Heather Call_____

      Heather D. Call

      Michael T. Koenig
      Carolyn M. Sweeney
      Paul J. Torzilli
      Trial Attorneys
      Antitrust Division
      U.S. Department of Justice
      Washington Criminal II Office
      450 Fifth Street, N.W.
      Washington, D.C. 20530
      Tel: (202) 598-2623
      Email: heather.call@usdoj.gov

      Attorneys for the United States