IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

## GOVERNMENT'S INITIAL STATEMENT OF ORGANIZATIONAL VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)

The United States herewith files its Initial Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Organizational victims or potential organizational victims currently known to the government are listed below. Efforts to identify other organizational victims continue and this notice will be supplemented in the event additional information is obtained.

1. ████████. Ultimate parent company: ████████████████████. The government knows of no publicly-held corporation that owns 10% or more of the stock of ████████████████████████.

2. ▓▓▓▓▓▓▓▓▓▓. Ultimate parent company: ▓▓▓▓▓▓▓▓ The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓▓▓▓

3. ▓▓▓▓▓▓▓▓▓▓▓. Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓▓▓▓▓

4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ultimate parent company: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7. ▓▓▓▓▓▓▓ Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of ▓▓▓▓▓▓▓

2

Respectfully submitted this 2nd day of July, 2020.

By:    s/ Heather Call
       Heather D. Call
       Michael T. Koenig

       Carolyn M. Sweeney
       Paul J. Torzilli
       Trial Attorneys
       Antitrust Division
       U.S. Department of Justice
       Washington Criminal II Office
       450 Fifth Street, N.W.
       Washington, D.C. 20530
       Tel: 202-598-2623
       Email: heather.call@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this July 2, 2020, I electronically filed the foregoing **GOVERNMENT'S INITIAL STATEMENT OF ORGANIZATIONAL VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/ Heather Call

    Heather D. Call
    Michael T. Koenig

    Carolyn M. Sweeney
    Paul J. Torzilli
    Trial Attorneys
    Antitrust Division
    U.S. Department of Justice
    Washington Criminal II Office
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 598-2623
    Email: heather.call@usdoj.gov

Attorneys for the United States