IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**
MAGISTRATE JUDGE KRISTEN L. MIX

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY, and
4.   ROGER BORN AUSTIN

    Defendants.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to extend the government's discovery deadline, and the Court having considered the same, it is therefore

**ORDERED** that the discovery deadline for the government in this case be extended to August 11, 2020.

Dated this 4th day of August, 2020.

BY THE COURT:

*/s/ Kristen L. Mix*
~~PHILIP A. BRIMMER~~
~~Chief United States District Judge~~
KRISTEN L. MIX
United States Magistrate Judge