| | |
|---|---|
| DEFENDANT | WILLIAM WADE LOVETTE |
| YOB: | 1960 |
| ADDRESS: | Charlotte, NC |

COMPLAINT FILED?  _____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   _X_ NO

OFFENSE: Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE: Larimer & Weld Counties, Colorado and elsewhere

PENALTY: Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:
FBI Special Agent LaNard Taylor
Commerce OIG Special Agent Matthew Koppenhaver
USDA OIG Special Agent Derek Repp

AUTHORIZED BY:
Hetal J. Doshi        Michael Koenig
Assistant U.S. Attorney    Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less   _X_ over five days   _____ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:   _____ Yes   _X_ No