IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                          CASE NO. 20-CR-152-PAB

JAYSON JEFFREY PENN,                                                       DEFENDANTS
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
TIMOTHY R. MULRENIN,
WILLIAM VINCENT KANTOLA,
JIMMIE LEE LITTLE,
WILLIAM WADE LOVETTE,
GARY BRIAN ROBERTS,
RICKIE PATTERSON BLAKE

## <u>ENTRY OF APPEARANCE</u>

COMES NOW, Wendy W. Johnson of RMP LLP, and hereby enters her appearance as counsel

of record for Defendant, Rickie Patterson Blake, and certifies that she is a member in good standing of

the bar of this Court.

Respectfully submitted,

RMP LLP
5519 Hackett Road, Suite 300
Springdale, Arkansas  72762
(479) 443-2705 – Phone
(479) 443-2718 – Facsimile
wjohnson@rmp.law


By  */s/ Wendy W. Johnson*                    
     Wendy W. Johnson

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Wendy W. Johnson, hereby certify that on the 12th day of October, 2020, I electronically

filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of

electronic filing and a copy of the filing to all counsel of record.


_/s/ Wendy W. Johnson_____
Wendy W. Johnson