**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

     Defendants.

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A WRITTEN RESPONSE
TO DEFENDANTS' MOTION FOR A STATUS CONFERENCE**

The government hereby moves for leave of the Court to file a written response to the defendants' motion for a status conference, ECF No. 235. While the government does not oppose having a status conference, the government believes it would be helpful to the Court, and result in a more efficient status conference (should the Court grant the defendants' motion), to receive a written response to several assertions made in the defendants' motion papers. If the Court grants leave, the government will submit a

succinct response.

Respectfully submitted this 9th day of February, 2021.

By: s/ Michael T. Koenig

Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

2