**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S NOTICE OF CASE FILING

The government respectfully provides this notice to make the Court aware of a recent case filing in this District that is part of the government's investigation into the broiler chickens industry.

On May 19, 2021, a grand jury in this District charged Norman W. Fries, Inc., d/b/a Claxton Poultry Farms ("Claxton") with one count of conspiracy to violate Section 1 of the Sherman Act, 15 U.S.C. § 1. Dkt. 1 (1:21-cr-00168). Defendant Brady is a Vice President of National Accounts for Claxton, and Defendant Fries is the company's President. The case was assigned to Judge Moore.

DATED: May 24, 2021　　　　　　　　Respectfully submitted,

<div style="margin-left:40%">
s/ Paul Torzilli  
PAUL J. TORZILLI  
HEATHER D. CALL  
MICHAEL T. KOENIG  
CAROLYN M. SWEENEY  
Trial Attorneys  
U.S. Department of Justice  
Antitrust Division  
450 5th Street, NW  
Washington, DC 20530  
202/514.8349  
paul.torzilli@usdoj.gov
</div>