IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Criminal Case No. 20-cr-00152-PAB<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>1.    JAYSON JEFFREY PENN,<br>2.    MIKELL REEVE FRIES,<br>3.    SCOTT JAMES BRADY,<br>4.    ROGER BORN AUSTIN,<br>5.    TIMOTHY R. MULRENIN,<br>6.    WILLIAM VINCENT KANTOLA,<br>7.    JIMMIE LEE LITTLE,<br>8.    WILLIAM WADE LOVETTE,<br>9.    GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>      Defendants. | |

**DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO FILE IN
EXCESS OF PAGE LIMITS**

Defendant Roger Austin, by and through undersigned counsel, respectfully requests that the Court issue an order authorizing an extension of the 15-page limit set forth in Section III.A of this Court's Practice Standards for Criminal Cases.

One of the motions Defendant Austin, in conjunction with other Defendants, plans to file on the motion deadline, July 26, extends beyond 15 pages because of the signature block, which includes the attorneys for multiple Defendants.

Good cause exists for permitting additional pages. Each of the Defendants would be

1

entitled to submit separate motions. This could result in the filing of unnecessarily duplicative and overlapping motions. Defendants have worked together to provide the Court with a single motion addressing the concerns of multiple defendants. The alternative would be to have each Defendant file a separate motion. In the interest of judicial economy, Defendant Austin requests leave of this Court to file one Motion, totaling sixteen (16) pages.

      Defendants asked the Department of Justice whether it would consent to this motion, and the Department of Justice has consented.

Dated:  July 22, 2021

Respectfully submitted,

s/ *Michael S. Feldberg*
Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP - New York
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Roger Born Austin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2021, I electronically filed the foregoing **DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO FILE IN EXCESS OF PAGE LIMITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael Feldberg*