IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   **ROGER BORN AUSTIN**,
5.   **TIMOTHY MULRENIN**,
6.   WILLIAM VINCENT KANTOLA,
7.   **JIMMIE LEE LITTLE**,
8.   WILLIAM WADE LOVETTE,
9.   **GARY BRIAN ROBERTS,** and
10. **RICKIE PATTERSON BLAKE**,

    Defendants.

## DEFENDANT ROBERTS', AUSTIN'S, MULRENIN'S, LITTLE'S, AND BLAKE'S MOTION TO RESTRICT JOINT PETITION FOR DISCLOSURE OF GRAND JURY MATTERS

Defendants Gary Brian Roberts, Roger Born Austin, Timothy Mulrenin, Jimmie Lee Little, and Rickie Patterson Blake file this Motion to Restrict Joint Petition for Disclosure of Grand Jury Matters, pursuant to Federal Rules of Criminal Procedure 49.1(d) and 49.1(f), D.C.COLO.LCrR 47.1(c) and the Court's Second Amended Protective Order, Doc. # 193, and respectfully move the Court to restrict public access to Defendants' Joint Petition for Disclosure of Grand Jury Matters, and all exhibits thereto, to Restriction Level 1, pursuant to D.C.COLO.LCrR 47.1(b), on the

-1-

-2-

grounds set forth in Defendants' Brief in Support of Motion to Restrict Defendants' Joint Petition for Disclosure of Grand Jury Matters.

Respectfully submitted, this 26th day of July, 2021.

| | |
|---|---|
| *s/ Craig A. Gillen*_____<br>Craig Allen Gillen<br>GILLEN WITHERS & LAKE, LLC<br>400 Galleria Parkway<br>Ste 1920<br>Atlanta, Georgia 30339<br>Telephone: 404-842-9700<br>Email: cgillen@gwllawfirm.com<br>*Counsel for Gary Brian Roberts* | *s/ Michael S. Feldberg*_____<br>Michael S. Feldberg<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue<br>24th Floor<br>New York, New York 10017<br>Telephone: 212-381-4970<br>Email: mfeldberg@reichmanjorgensen.com<br>*Counsel for Roger Born Austin* |
| *s/ Elizabeth B. Prewitt*_____<br>Elizabeth B. Prewitt<br>LATHAM & WATKINS LLP<br>555 11th Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304<br>Telephone: 202-637-2200<br>Email: elizabeth.prewitt@lw.com<br>*Counsel for Timothy Mulrenin* | *s/ Mark A. Byrne*_____<br>Mark A. Byrne<br>BYRNE & NIXON LLP<br>888 West Sixth Street<br>Suite 1100<br>Los Angeles, California 90017<br>Telephone: 213-620-8003<br>Fax: 213-620-8012<br>Email: markbyrne@byrnenixon.com<br>*Counsel for Jimmie Lee Little* |
| *s/ Barry J. Pollack*_____<br>Barry J. Pollack<br>ROBBINS RUSSELL ENGLERT ORSECK<br>& UNTEREINER LLP<br>2000 K Street N.W.<br>4th Floor<br>Washington, DC 20006<br>Telephone: 202-775-4514<br>Fax: 202-775-4510<br>Email: bpollack@robbinsrussell.com<br>*Counsel for Rickie Patterson Blake* | |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2021, I electronically filed the foregoing **DEFENDANT ROBERTS', AUSTIN'S, MULRENIN'S, LITTLE'S, AND BLAKE'S MOTION TO RESTRICT JOINT PETITION FOR DISCLOSURE OF GRAND JURY MATTERS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Craig A. Gillen*_____
Craig Allen Gillen
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Ste 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: cgillen@gwllawfirm.com
*Counsel for Gary Brian Roberts*

-3-