# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Marc E. Kasowitz<br>Direct Dial: (212) 506-1710<br>Direct Fax: (212) 835-5010<br>MKasowitz@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

July 26, 2021

Michael S. Feldberg, Esq.
Reichman Jorgensen Lehman
 & Feldberg LLP
750 Third Avenue, Suite 2400
New York, New York 10017

Re: *USA v. Jayson Penn, et al.*, No. 20-cr-00152-PAB (D. Colo.)

Dear Mr. Feldberg:

We represent Pilgrim's Pride Corporation ("Pilgrim's"). In response to your July 12, 2021 letter, Pilgrim's has not discouraged and will not discourage individual employees from speaking with counsel for the indicted defendants in *U.S. v. Jayson Penn, et al.* In fact, Pilgrim's has recommended to individual employees that they consult with their own counsel about whether to meet with counsel for the defendants in *U.S. v Penn* and to follow their counsel's advice. Should you wish to speak with any employee, we suggest that you contact their counsel. We understand that you have been provided with the contact information for counsel representing Pilgrim's employees with whom you wish to speak, but if there is an employee for whom you do not have that information, please do not hesitate to contact us, and we will provide you with that information.

Sincerely,

*/s/ Marc E. Kasowitz*

Marc E. Kasowitz

cc.: Kevin Arquit, Esq.
Kim Pryor, Esq.
Defense Counsel in *U.S. v. Penn, et al.*