IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' MOTION FOR COURT ORDER AUTHORIZING ISSUANCE OF CORRECTED SUBPOENA DUCES TECUM TO KELLY'S FOODS, INC.

Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 17(c), respectfully request that the Court authorize the issuance of a corrected subpoena duces tecum to Kelly's Foods, Inc., which corrects the service address listed in the prior subpoena that was approved by the Court.

1.     On July 29, 2021, this Court granted in part and denied in part Defendants' Motion Pursuant to Rule 17(c) for a Court Order Authorizing Subpoenas Duces Tecum to Produce Documentary Evidence in Advance of Trial. [Doc. No. 315].

2. One of the subpoenas that was the subject of Defendants' motion was directed at Kelly's Foods, Inc. With regard to that subpoena, the Court authorized the issuance of the subpoena but limited it to one request (Request 4). [Doc. No. 315 at 4]. The Court ordered the Clerk's Office to issue the signed and sealed subpoena for Kelly's Foods, Inc., as limited by the Court. [Doc. No. 315 at 4]. The Court ordered that the documents sought by the subpoena be produced before Nick Richards in the United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, on or before August 19, 2021. [Doc. No. 315 at 5-6].

3. On July 30, 2021, the clerk issued the requested subpoena to Kelly's Foods, Inc., as limited by the Court. [Doc. No. 318].

4. In attempting to effectuate service of the subpoena, Defendants discovered that the service address listed on the subpoena for Kelly's Foods, Inc. was incorrect. They have since identified the correct corporate address for Kelly's Foods, Inc. and prepared a corrected Subpoena Duces Tecum that changes only the address for Kelly's Foods, Inc. Attached as Exhibit A is a revised subpoena, reflecting the correct corporate address for Kelly's Foods, Inc., and making no other changes to the subpoena that was authorized by the Court in its July 29, 2021 Order.

5. Defendants respectfully request that the Court authorize the corrected subpoena duces tecum to Kelly's Foods, Inc., and direct that the clerk of the Court issue the corrected subpoena.

Dated:  August 9, 2021

Respectfully submitted,

s/ *Michael F. Tubach*
Michael F. Tubach (Cal. Bar No. 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
E-mail:  mtubach@omm.com
*Attorney for Defendant Jayson Jeffrey Penn*

s/ *Richard K. Kornfeld*
Richard K. Kornfeld
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, CO  80202
303-573-1900
Fax: 303-446-9400
Email: rick@rklawpc.com
*Attorney for Defendant Mikell Reeve Fries*

s/ *Bryan B. Lavine*
Bryan B. Lavine
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30308
404-885-3170
Fax: 404-962-6613
Email: bryan.lavine@troutman.com
*Attorney for Defendant Scott James Brady*

s/ *Michael S. Feldberg*
Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP - New York
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
Latham & Watkins LLP
555 11th St NW, Suite 1000
Washington, DC  20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: elizabeth.prewitt@lw.com
*Attorney for Defendant Timothy Mulrenin*

s/ *James A. Backstrom*
James A. Backstrom
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
215-864-7797
Email: jabber@backstromlaw.com
*Attorney for Defendant William Vincent Kantola*

s/ *Mark A. Byrne*
Mark A. Byrne (Cal. Bar No. 116657)
BYRNE & NIXON LLP
888 West Sixth Street, Suite 1100
Los Angeles, CA 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012
Email: markbyrne@byrnenixon.com
*Attorney for Defendant Jimmie Lee Little*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
704-331-3622
Fax: 704-378-2092
Email: johnfagg@mvalaw.com
*Attorney for Defendant William Wade Lovette*

3

| | |
|---|---|
| s/ *Craig A. Gillen* | s/ *Wendy L. Johnson* |
| Craig A. Gillen | Wendy L. Johnson |
| Gillen Withers & Lake, LLC | Reece Moore Pendergraft, LLP |
| 400 Galleria Parkway, Ste 1920 | 5519 Hackett St. Suite 300 |
| Atlanta, GA 30339 | Springdale, AR 72762 |
| Telephone: (404) 842-9700 | 479-439-2705 |
| Facsimile: 404-842-9750 | Fax: 479-439-2718 |
| E-mail: cgillen@gwllawfirm.com | Email: wjohnson@rmp.law |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

4

5

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*s/ Wendy L. Johnson*
Wendy L. Johnson