**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

    Defendants.

No. 20-cr-00152-PAB

---

**DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO APPEAR
BY VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES*
HEARING**

---

Defendant Roger Austin, by and through his counsel Reichman Jorgensen Lehman & Feldberg LLP, respectfully requests this Court's permission for Mr. Austin to appear by videoconference at the September 8, 2021 *James* hearing. In support, Mr. Austin states as follows:

1.    The *James* hearing in this case was scheduled for two parts: September 2, 2021 and September 8, 2021 at 8:30 a.m. Mr. Austin attended Part One of the *James* hearing in person on September 2, 2021.

2.    At the September 2, 2021 *James* hearing, the Court indicated that it may be acceptable for defendants to attend the September 8, 2021 *James* hearing by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available.

3.    Mr. Austin lives in the Atlanta, Georgia area. In order to appear at the *James* hearing in person, Mr. Austin would have to fly into Denver, Colorado.

4. Chief District Court Judge Brimmer issued General Order 2021-7 on June 16, 2021. In that Order, Chief Judge Brimmer authorized, pursuant to § 15002(b)(1) of the CARES Act, judges in this district, with the consent of the defendant after consultation with counsel, to continue to use video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, for a variety of hearings and proceedings.

5. Although a *James* hearing is not specifically enumerated in General Order 2021-7, counsel respectfully submits allowing Mr. Austin to appear by videoconference is consistent with the intent of the Order.

6. Counsel has conferred with the Department of Justice trial attorney, Michael Koenig, regarding this request, who indicated that the Government does not oppose this Motion.

WHEREFORE, counsel respectfully request this Court's permission for Defendant Roger Austin to appear by videoconference at the September 8, 2021 *James* hearing.

Respectfully submitted this 3rd day of September, 2021,

*s/Michael S. Feldberg*
Michael S. Feldberg
REICHMAN
JORGENSEN LEHMAN
& FELDBERG LLP
Attorney for Defendant Roger Austin
750 Third Avenue
Suite 2400
New York, NY 10017
(212) 381-4970
mfeldberg@reichmanjorgensen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2021, I electronically filed the foregoing **DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES* HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listedparties.

Dated:  September 3, 2021          *s/ Michael S. Feldberg*

                                   Michael S. Feldberg