IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: September 8, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,

Anna Pletcher
Chad Williams
Michael Tubac
Brian Quinn
Jacquelin Roeder

2. MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3. SCOTT JAMES BRADY,

Bryan Lavine
Megan Rahman
Laura Kuykendall

4. ROGER BORN AUSTIN,

Laura Carwile
Michael Feldberg

5. TIMOTHY R. MULRENIN,

Elizabeth Prewitt
Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

James Backstrom
Roxann Henry

7. JIMMIE LEE LITTLE,

Dennis Canty
Mark Byrne

8. WILLIAM WADE LOVETTE,

James McLoughlin
John Fagg

9. GARY BRIAN ROBERTS, and

Anthony Lake
Craig Gillen

10.  RICKIE PATTERSON BLAKE,

Barry Pollak
Wendy Johnson
Christopher Plumlee

    Defendants.

## COURTROOM MINUTES

**JAMES HEARING**

**8:33 a.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendants Mikell Fries, Scott Brady, Roger Austin, Jimmie Little, and William Lovette appear by VTC.

Discussion regarding United States' Motion for Leave to Amend with Additional James Hearing Exhibits, and for Related Relief [448].

**ORDERED:  United States' Motion for Leave to Amend with Additional James Hearing Exhibits, and for Related Relief [448] is GRANTED.**

Special Agent Lanard Taylor resumes the witness stand.

8:41 a.m.     Continued cross examination of Special Agent Taylor by Ms. Prewitt.

9:01 a.m.     Cross examination of Special Agent Taylor by Mr. Tubach.

9:18 a.m.     Cross examination of Special Agent Taylor by Mr. Fagg.

9:34 a.m.     Cross examination of Special Agent Taylor by Mr. Feldberg.

9:51 a.m.     Cross examination of Special Agent Taylor by Mr. Byrne.

9:56 a.m.     Cross examination of Special Agent Taylor by Mr. Kornfeld.

**10:13 a.m.    Court in recess.**
**10:28 a.m.    Court in session.**

**Exhibits A-028 and A-029 are admitted.**

10:28 a.m.    Cross examination of Special Agent Taylor by Mr. Lavine.

10:47 a.m.    Cross examination of Special Agent Taylor by Mr. Gillen.

11:05 a.m.    Cross examination of Special Agent Taylor by Ms. Henry.

11:19 a.m.    Cross examination of Special Agent Taylor by Mr. Pollak.

**Exhibits A-013, paragraph 1, and A-004 are admitted.**

11:37 a.m.    Redirect examination of Special Agent Taylor by Mr. Koenig.

**Exhibits A-023, A-024, A-026, A-033, and A-003 are admitted.**

**ORDERED:**  Defendants shall submit a post-hearing brief, limited to 5 pages per defendant, on or before September 13, 2021 by 8:00 a.m. (MST).

**ORDERED:**  The Government shall submit a post-hearing brief, limited to 15 pages, on or before September 15, 2021 by noon (MST).

**ORDERED:**  Defendants' bond is continued.

**12:03 p.m.**    Court in recess.

Hearing concluded.
Total time in court:    3:15