Carl Pepper
479-361-9836

Bill Kantola
770-536-8818

Jim Little
214-755-6081

Church Cost Plus 2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0582919

GOVERNMENT EXHIBIT 2-338 20-cr-152-PAB James H'g

**GEORGE'S FARMS, INC.**
**Church's Cost Plus Pricing**
April 02, 2012 - April 29, 2012

|  | Current |
|---|---|
| **Broiler Growout** | |
| Feed Expense | $0.2868 |
| Chick Cost | $0.0736 |
| Grower Pay | $0.0588 |
| Service Cost | $0.0024 |
| Catching & Live Haul | $0.0155 |
| DOA, Field & Plant Condemn | $0.0032 |
| **Total Growout Cost** | **$0.4403** |
| % WOG Yield | 70.50% |
| **Yielded Broiler Cost** | **$0.6245** |
| | |
| **1st Processing** | |
| Direct Labor | $0.0229 |
| Indirect Labor | $0.0227 |
| Plant Administration | $0.0073 |
| Plant Overhead | $0.0354 |
| Depreciation | $0.0160 |
| Corporate Overhead Cost | $0.0268 |
| Offal Credits | ($0.0195) |
| Giblet Credits | ($0.0038) |
| **Total 1st Process Cost** | **$0.1078** |
| RTC Yield % (Gib Yield) | 89.02% |
| **Yielded 1st Processing Cost** | **$0.1210** |
| | |
| **2nd Processing** | |
| Direct Labor | $0.0320 |
| Indirect Labor | $0.0061 |
| Plant Overhead | $0.0069 |
| Depreciation | 0.0000 |
| Packaging | $0.0400 |
| Downgrade/Reject | $0.0051 |
| **Total 2nd Processing Cost** | **$0.0901** |
| | |
| **Injection Process** | |
| Direct Labor | $0.0211 |
| Indirect Labor | $0.0044 |
| Marinade Cost | $0.0129 |
| **Total Inject Process Cost** | **$0.0384** |
| | |
| **Total Plant Cost** | **$0.8741** |
| Injection Yield - net of aging and drain | 104.00% |
| **Total FOB Plant Cost - Yielded to meat pounds** | **$0.8405** |
| | |
| Margin/Profit | $0.0925 |
| | |
| **FOB Cost Plus 8pc Price** | **$0.9330** |
| **FOB Cost Plus Dark Meat Price** | **$0.6330** |
| ($0.3000 back of 8pc price) | |
| | |
| **Additional Costs:** | |
| Fuel Surcharge | $0.0023 |
| Freezer Cost | $0.0300 |
| | |
| Average Case Weight - 8 Piece | 46.12 |
| Average Case Weight - Dark Meat | 42.15 |

Church's Cost Plus Marinated 04 2012                    3/19/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)         GEODOJ_0582920
May Contain Confidential Business Information; Not Subject to FOIA

**GEORGE'S FARMS, INC.**
**Church's Cost Plus Pricing**
**April 02, 2012 - April 29, 2012**

| | Per Bushel/Ton | Per Pound | % of Feed | Feed Conversion | Feed Cost |
|---|---|---|---|---|---|
| Corn | $7.2133 | $0.1288 | 59.75% | 1.78 | $0.1370 |
| Soy Meal | $ 332.73 | $0.1664 | 21.95% | 1.78 | $0.0650 |
| Other | | $0.2183 | 18.30% | 1.78 | $0.0711 |
| Subtotal | | | 100.00% | | $0.2731 |
| Feed Shrink | | | 0.75% | | $0.0020 |
| Ingredient Cost of Feed | | | | | $0.2752 |
| Feed Milling & Delivery | $13.09 | $0.0065 | 100.00% | 1.78 | $0.0117 |
| Delivered Ingredient Cost of Feed | | | | | $0.2868 |

| Date | | Corn $/Bushel | | | Meal $/Ton |
|---|---|---|---|---|---|
| 12/29/11 | Board | $ 6.3800 | | | $ 306.60 |
| 01/26/12 | Board | $ 6.3450 | | | $ 323.60 |
| 02/23/12 | Board | $ 6.3950 | | | $ 332.90 |
| | Average Board | $ 6.3733 | | Average Board | $ 321.03 |
| 12/29/11 | Basis | $ 0.3000 | | Basis | $ (12.00) |
| 01/26/12 | Basis | $ 0.2500 | | Basis | $ (10.00) |
| 02/23/12 | Basis | $ 0.2000 | | Basis | $ (8.00) |
| | Average Basis | $ 0.2500 | | Average Basis | $ (10.00) |
| 12/29/11 | Freight | $ 0.5900 | | Freight | $ 21.70 |
| 01/26/12 | Freight | $ 0.5900 | | Freight | $ 21.70 |
| 02/23/12 | Freight | $ 0.5900 | | Freight | $ 21.70 |
| | Average Freight | $ 0.5900 | | Average Freight | $ 21.70 |
| 12/29/11 | Monthly Total | $ 7.2700 | | Monthly Total | $ 316.30 |
| 01/26/12 | Monthly Total | $ 7.1850 | | Monthly Total | $ 335.30 |
| 02/23/12 | Monthly Total | $ 7.1850 | | Monthly Total | $ 346.60 |
| | Monthly Average | $ 7.2133 | | Monthly Average | $ 332.73 |

Church's Cost Plus Marinated 04 2012                                    3/19/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0582921

### April 02, 2012 - April 29, 2012

| Poultry Distributor | Poultry Processor | FOB 8-piece | FOB Dark | Freight per Lb. to DC | Fuel Surcharge to DC | Distribution Fee | Delivered $/lb | Billed Weight Per Case 8-Piece | Billed Weight Per Case Dark |
|---|---|---|---|---|---|---|---|---|---|
| PFG-TEMPLE, TX | George's-AR | $ 0.9330 | $ 0.6330 | $ 0.0352 | $ 0.0023 | $ 0.0375 | | $ 44.76 | $ 28.26 |

| | | |
|---|---|---|
| Avg 4 Wk Fuel Cost | $ | 4.0570 |
| Fuel Surcharge Table | | 0.19 |
| Miles to Temple, Tx | | 471 |
| Pounds P/Load | | 38,500 |

| Four Weeks | |
|---|---|
| Feb 20, 2012 | 3.96 |
| Feb 27, 2012 | 4.051 |
| Mar 05, 2012 | 4.094 |
| Mar 12, 2012 | 4.123 |
| Avg $ | 4.0570 |

L:\Purchasing\8PC and Dk Movement per week per store\2010\Poultry Supplier-Distributor Monthly Cost Breakout for 2010.xls

updated by eah: 11:26 AM

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0582922

**GEORGE'S FARMS, INC.**
**Church's Cost Plus Pricing**
**February 27, 2012 - April 01, 2012**

|  | Current |
|---|---|
| **Broiler Growout** |  |
| Feed Expense | $0.2790 |
| Chick Cost | $0.0736 |
| Grower Pay | $0.0588 |
| Service Cost | $0.0024 |
| Catching & Live Haul | $0.0155 |
| DOA, Field & Plant Condemn | $0.0032 |
| **Total Growout Cost** | **$0.4325** |
| % WOG Yield | 70.50% |
| **Yielded Broiler Cost** | **$0.6135** |
|  |  |
| **1st Processing** |  |
| Direct Labor | $0.0229 |
| Indirect Labor | $0.0227 |
| Plant Administration | $0.0073 |
| Plant Overhead | $0.0354 |
| Depreciation | $0.0160 |
| Corporate Overhead Cost | $0.0268 |
| Offal Credits | ($0.0195) |
| Giblet Credits | ($0.0038) |
| **Total 1st Process Cost** | **$0.1078** |
| RTC Yield % (Gib Yield) | 89.02% |
| **Yielded 1st Processing Cost** | **$0.1210** |
|  |  |
| **2nd Processing** |  |
| Direct Labor | $0.0320 |
| Indirect Labor | $0.0061 |
| Plant Overhead | $0.0069 |
| Depreciation | 0.0000 |
| Packaging | $0.0400 |
| Downgrade/Reject | $0.0051 |
| **Total 2nd Processing Cost** | **$0.0901** |
|  |  |
| **Injection Process** |  |
| Direct Labor | $0.0211 |
| Indirect Labor | $0.0044 |
| Marinade Cost | $0.0129 |
| **Total Inject Process Cost** | **$0.0384** |
|  |  |
| **Total Plant Cost** | **$0.8630** |
| Injection Yield - net of aging and drain | 104.00% |
| **Total FOB Plant Cost - Yielded to meat pounds** | **$0.8298** |
|  |  |
| Margin/Profit | $0.0925 |
|  |  |
| **FOB Cost Plus 8pc Price** | **$0.9223** |
|  |  |
| **FOB Cost Plus Dark Meat Price** | **$0.6223** |
| ($0.3000 back of 8pc price) |  |
|  |  |
| **Additional Costs:** |  |
| Fuel Surcharge | $0.0018 |
| Freezer Cost | $0.0300 |
|  |  |
| Average Case Weight - 8 Piece | 46.44 |
| Average Case Weight - Dark Meat | 42.64 |

Handwritten annotations (right margin):

```
Co.        8pc.      DM
Tyson    .8940    .5940
                   $1.00 II
Pilgrims .8898    .5898
M-D
Koch     .9088    .6388
George's .9223    .6223
```

Church's Cost Plus Marinated 03 2012                                      2/17/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)           GEODOJ_0582923
May Contain Confidential Business Information; Not Subject to FOIA

**GEORGE'S FARMS, INC.**
**Church's Cost Plus Pricing**
**February 27, 2012 - April 01, 2012**

|  | Per Bushel/Ton | Per Pound | % of Feed | Feed Conversion | Feed Cost |
|---|---|---|---|---|---|
| Corn |  $6.9892 | $0.1248 | 59.75% | 1.78 | $0.1327 |
| Soy Meal | $  314.80 | $0.1574 | 21.95% | 1.78 | $0.0615 |
| Other |  | $0.2183 | 18.30% | 1.78 | $0.0711 |
| Subtotal |  |  | 100.00% |  | $0.2653 |
| Feed Shrink |  |  | 0.75% |  | $0.0020 |
| Ingredient Cost of Feed |  |  |  |  | $0.2673 |
| Feed Milling & Delivery | $13.09 | $0.0065 | 100.00% | 1.78 | $0.0117 |
| Delivered Ingredient Cost of Feed |  |  |  |  | $0.2790 |

| Date |  | Corn $/Bushel |  | Meal $/Ton |
|---|---|---|---|---|
| 11/25/11 | Board | $ 5.8225 | Board | $ 283.10 |
| 12/29/11 | Board | $ 6.3800 | Board | $ 306.60 |
| 01/26/12 | Board | $ 6.3450 | Board | $ 323.60 |
|  | Average Board | $ 6.1825 | Average Board | $ 304.43 |
| 11/25/11 | Basis | $ 0.1000 | Basis | $ (12.00) |
| 12/29/11 | Basis | $ 0.3000 | Basis | $ (12.00) |
| 01/26/12 | Basis | $ 0.2500 | Basis | $ (10.00) |
|  | Average Basis | $ 0.2167 | Average Basis | $ (11.33) |
| 11/25/11 | Freight | $ 0.5900 | Freight | $ 21.70 |
| 12/29/11 | Freight | $ 0.5900 | Freight | $ 21.70 |
| 01/26/12 | Freight | $ 0.5900 | Freight | $ 21.70 |
|  | Average Freight | $ 0.5900 | Average Freight | $ 21.70 |
| 11/25/11 | Monthly Total | $ 6.5125 | Monthly Total | $ 292.80 |
| 12/29/11 | Monthly Total | $ 7.2700 | Monthly Total | $ 316.30 |
| 01/26/12 | Monthly Total | $ 7.1850 | Monthly Total | $ 335.30 |
|  | Monthly Average | $ 6.9892 | Monthly Average | $ 314.80 |

Church's Cost Plus Marinated 03 2012                                                                                 2/17/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)                GEODOJ_0582924
May Contain Confidential Business Information; Not Subject to FOIA

## February 27, 2012 - April 01, 2012

| Poultry Distributor | Poultry Processor | FOB 8-piece | FOB Dark | Freight per Lb. to DC | Fuel Surcharge to DC | Distribution Fee | Delivered $/lb | Billed Weight Per Case 8-Piece | Billed Weight Per Case Dark |
|---|---|---|---|---|---|---|---|---|---|
| PFG-TEMPLE, TX | George's-AR | $ 0.9223 | $ 0.6223 | $ 0.0352 | $ 0.0018 | $ 0.0370 | | $ 44.55 | $ 28.11 |

Avg 4 Wk Fuel Cost  $ 3.8520
Fuel Surcharge Table   0.15
Miles to Temple, Tx   471
Pounds P/Load   38,500

Four Weeks
Jan 16, 2012   3.854
Jan 23, 2012   3.848
Jan 30, 2012   3.85
Feb 06, 2012   3.856
Avg  $  3.8520

L:\Purchasing\8PC and Dk Movement per week per store\2010\Poultry Supplier-Distributor Monthly Cost Breakout for 2010.xls

updated by eah: 11:06 AM

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0582925

**GEORGE'S FARMS, INC.**
**Church's Cost Plus Pricing**
**January 30, 2012 through February 26, 2012**

|  | Current |
|---|---|
| **Broiler Growout** |  |
| Feed Expense | $0.2798 |
| Chick Cost | $0.0736 |
| Grower Pay | $0.0588 |
| Service Cost | $0.0024 |
| Catching & Live Haul | $0.0155 |
| DOA, Field & Plant Condemn | $0.0032 |
| **Total Growout Cost** | **$0.4333** |
| % WOG Yield | 70.50% |
| **Yielded Broiler Cost** | **$0.6146** |
|  |  |
| **1st Processing** |  |
| Direct Labor | $0.0229 |
| Indirect Labor | $0.0227 |
| Plant Administration | $0.0073 |
| Plant Overhead | $0.0354 |
| Depreciation | $0.0160 |
| Corporate Overhead Cost | $0.0268 |
| Offal Credits | ($0.0195) |
| Giblet Credits | ($0.0038) |
| **Total 1st Process Cost** | **$0.1078** |
| RTC Yield % (Gib Yield) | 89.02% |
| **Yielded 1st Processing Cost** | **$0.1210** |
|  |  |
| **2nd Processing** |  |
| Direct Labor | $0.0320 |
| Indirect Labor | $0.0061 |
| Plant Overhead | $0.0069 |
| Depreciation | 0.0000 |
| Packaging | $0.0400 |
| Downgrade/Reject | $0.0051 |
| **Total 2nd Processing Cost** | **$0.0901** |
|  |  |
| **Injection Process** |  |
| Direct Labor | $0.0211 |
| Indirect Labor | $0.0044 |
| Marinade Cost | $0.0129 |
| **Total Inject Process Cost** | **$0.0384** |
|  |  |
| **Total Plant Cost** | **$0.8641** |
| Injection Yield - net of aging and drain | 104.00% |
| **Total FOB Plant Cost - Yielded to meat pounds** | **$0.8309** |
|  |  |
| Margin/Profit | $0.0925 |
|  |  |
| **FOB Cost Plus 8pc Price** | **$0.9234** |
|  |  |
| **FOB Cost Plus Dark Meat Price** | **$0.6234** |
| ($0.3000 back of 8pc price) |  |
|  |  |
| **Additional Costs:** |  |
| Fuel Surcharge | $0.0017 |
| Freezer Cost | $0.0300 |
|  |  |
| Average Case Weight - 8 Piece | 46.44 |
| Average Case Weight - Dark Meat | 42.64 |

Handwritten annotations:
- Co.   8pc   DM
- Tyson .
- Pilgrim .
- M-D .
- -.27 Koch   .9078   .6378
- George's   .9234   .6237

Church's Cost Plus Marinated Feb 2012                                                                                                1/17/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)   GEODOJ_0582926
May Contain Confidential Business Information; Not Subject to FOIA

## GEORGE'S FARMS, INC.
### Church's Cost Plus Pricing
### January 30, 2012 through February 26, 2012

|  | Per Bushel/Ton | Per Pound | % of Feed | Feed Conversion | Feed Cost |
|---|---|---|---|---|---|
| Corn | $6.9975 | $0.1250 | 59.75% | 1.78 | $0.1329 |
| Soy Meal | $ 313.26 | $0.1566 | 21.95% | 1.78 | $0.0612 |
| Other |  | $0.2211 | 18.30% | 1.78 | $0.0720 |
| Subtotal |  |  | 100.00% |  | $0.2661 |
| Feed Shrink |  |  | 0.75% |  | $0.0020 |
| Ingredient Cost of Feed |  |  |  |  | $0.2681 |
| Feed Milling & Delivery | $13.09 | $0.0065 | 100.00% | 1.78 | $0.0117 |
| Delivered Ingredient Cost of Feed |  |  |  |  | $0.2798 |

| Date |  | Corn $/Bushel |  | Meal $/Ton |
|---|---|---|---|---|
| 10/27/11 | Board | $ 6.5150 |  | $ 323.50 |
| 11/25/11 | Board | $ 5.8225 |  | $ 283.10 |
| 12/29/11 | Board | $ 6.3800 |  | $ 306.60 |
|  | Average Board | $ 6.2392 | Average Board | $ 304.40 |
| 10/27/11 | Basis | $ 0.1000 | Basis | $ (15.00) |
| 11/25/11 | Basis | $ 0.1000 | Basis | $ (12.00) |
| 12/29/11 | Basis | $ 0.3000 | Basis | $ (12.00) |
|  | Average Basis | $ 0.1667 | Average Basis | $ (13.00) |
| 10/27/11 | Freight | $ 0.5950 | Freight | $ 22.18 |
| 11/25/11 | Freight | $ 0.5900 | Freight | $ 21.70 |
| 12/29/11 | Freight | $ 0.5900 | Freight | $ 21.70 |
|  | Average Freight | $ 0.5917 | Average Freight | $ 21.86 |
| 10/27/11 | Monthly Total | $ 7.2100 | Monthly Total | $ 330.68 |
| 11/25/11 | Monthly Total | $ 6.5125 | Monthly Total | $ 292.80 |
| 12/29/11 | Monthly Total | $ 7.2700 | Monthly Total | $ 316.30 |
|  | Monthly Average | $ 6.9975 | Monthly Average | $ 313.26 |

Church's Cost Plus Marinated Feb 2012                                    1/17/2012

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)   GEODOJ_0582927
May Contain Confidential Business Information; Not Subject to FOIA

## January 30, 2012 through February 26, 2012

| Poultry Distributor | Poultry Processor | FOB 8-piece | FOB Dark | Freight per Lb. to DC | Fuel Surcharge to DC | Distribution Fee | Delivered $/lb | Billed Weight Per Case 8-Piece | Billed Weight Per Case Dark |
|---|---|---|---|---|---|---|---|---|---|
| PFG-TEMPLE, TX | George's-AR | $ 0.9234 | $ 0.6234 | $ 0.0352 | $ 0.0017 | $ 0.0369 | | $ 44.60 | $ 28.15 |

Avg 4 Wk Fuel Cost $ 3.8075
Fuel Surcharge Table 0.14
Miles to Temple, Tx 471
Pounds P/Load 38,500

Four Weeks
Dec 19, 2011    3.828
Dec 26, 2011    3.791
Jan 02, 2012    3.783
Jan 09, 2012    3.828
Avg $    3.8075

updated by eah: 10:01 AM

L:\Purchasing\8PC and Dk Movement per week per store\2010\Poultry Supplier-Distributor Monthly Cost Breakout for 2010.xls

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed.R.Cr.P.6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0582928

| Month | Last day to book commodities | Cost Plus Data Due from Suppliers to Church's by Tuesday: | Pricing to DCs by Tuesday: | Pricing periods: |
|---|---|---|---|---|
| Jan 2012 | December 16 | Dec 20, 2011 | Dec 27, 2011 | Mon 1/2/2012 – Sun 1/29/2012 |
| February | January 13 | January 17 | January 24 | Mon 1/30 – Sun 2/26/2012 |
| March | February 10 | February 14 | February 21 | Mon 2/27 – Sun 4/1/2012 |
| April | March 16 | March 20 | March 27 | Mon 4/2 – Sun 4/29/2012 |
| May | April 13 | April 17 | April 24 | Mon 4/30 – Sun 6/3/2012 |
| June | May 18 | May 22 | May 29 | Mon 6/4 – Sun 7/1/2012 |
| July | June 15 | June 19 | June 26 | Mon 7/2 – Sun 7/29/2012 |
| August | July 13 | July 17 | July 24 | Mon 7/30 – Sun 9/2/2012 |
| September | August 17 | August 21 | August 28 | Mon 9/3 – Sun 9/30/2012 |
| October | September 14 | September 18 | September 25 | Mon 10/1 – Sun 11/4/2012 |
| November | October 19 | October 23 | October 30 | Mon 11/5 – Sun 12/2/2012 |
| December | November 16 | November 20 | November 27 | Mon 12/3 – Sun 12/30/2012 |