# ATTACHMENT A

Case No. 1:20-cr-00152-PAB   Document 512-1   filed 09/23/21   USDC Colorado   pg 2 of 3



Known Sample of Blake's Handwriting | Exhibit 2-335 at 1

## Known Sample of Blake's Handwriting

## Exhibit 2-335 at 3

**Left document (Known Sample):**

RSCS Feed Flow Thru Calculation
George's Farms, Inc. and George's Foods, LLC
Period 01 2018
December 31, 2017 - January 27, 2018

Purple Label
Reduced IMOR
20 Head

**Live Delivered:**
- Feed Expense — $0.2161
- Chick Cost — $0.0778
- Grower Pay — $0.0639
- Other Grow Out Expenses — $0.0030
- Catching and Hauling — $0.0164
- DOA, Field and Plant Condemn — $0.0017
- Live Delivered Cost — $0.3789

**First Processing:**
- Offal & Giblet Credit — ($0.0198)
- — $0.3590
- Total WOG Yield w/ F&T — 71.54%
- WOG Meat Cost — $0.5019

- Labor — $0.0603
- Utilities & Misc Plant Overhead — $0.0427
- Depreciation — $0.0089
- Plant WOG Cost Exit Chiller — $0.6137

**KFC Process**
- Fat & Tail Yield — 98.11%
- Total Yielded Meat Cost — $0.6255
- Labor — $0.0391
- Utilities & Misc Plant Overhead — $0.0190
- Depreciation — $0.0015
- Packaging Cost — $0.0377
- Marinade Ingredient Cost — $0.0094
- Downgrade/Rejects — $0.0074
- Total Plant Cost — $0.7397

- Corporate Overhead — $0.0361
- RSCS Admin Fee — $0.0015
- Supplier Margin — $0.0967
- Return Per Bird Margin — $0.0673
- Total FOB Cost — $0.9413
- Discount
- Total FOB Cost — $0.9413

Handwritten notes:
- Co        8pc
- Pilgrim   .9748
- Claxton   .9506
- Mar-Jac   .9514
- Tyson     .9606
- George's  .9413
- Koch      .9682
- Case      .

**Right document (Exhibit 2-335 at 3):**

RSCS Feed Flow Thru Calculation
George's Farms, Inc. and George's Foods, LLC
Period 13 2017
December 03, 2017 - December 30, 2017

Purple Label
Reduced IMOR
20 Head

**Live Delivered:**
- Feed Expense — $0.2170
- Chick Cost — $0.0778
- Grower Pay — $0.0639
- Other Grow Out Expenses — $0.0030
- Catching and Hauling — $0.0164
- DOA, Field and Plant Condemn — $0.0017
- Live Delivered Cost — $0.3798

**First Processing:**
- Offal & Giblet Credit — ($0.0198)
- — $0.3599
- Total WOG Yield w/ F&T — 71.54%
- WOG Meat Cost — $0.5031

- Labor — $0.0603
- Utilities & Misc Plant Overhead — $0.0427
- Depreciation — $0.0089
- Plant WOG Cost Exit Chiller — $0.6150

**KFC Process**
- Fat & Tail Yield — 98.11%
- Total Yielded Meat Cost — $0.6268
- Labor — $0.0391
- Utilities & Misc Plant Overhead — $0.0190
- Depreciation — $0.0015
- Packaging Cost — $0.0377
- Marinade Ingredient Cost — $0.0094
- Downgrade/Rejects — $0.0074
- Total Plant Cost — $0.7410

- Corporate Overhead — $0.0361
- RSCS Admin Fee — $0.0015
- Supplier Margin — $0.0967
- Return Per Bird Margin — $0.0756
- Total FOB Cost — $0.9509
- Discount
- Total FOB Cost — $0.9509

Handwritten notes:
- AD         8pc
- Pilgrim    1.0099
- Claxton    .9916
- Mar-Ja     .9730
- Tyson
- Georges    .9509
- Koch
- Case