IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-cr-00152-PAB

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

**Defendants' Motion for a Total of 45 Minutes of Attorney Conducted Voir Dire**

Defendants, through their counsel, respectfully request that the Court grant them a total of 45 minutes for attorney conducted voir dire. As grounds, the Defendants state as follows:

1. As the Court is aware, "[v]oir dire examination serves the dual purposes of enabling the court to select an impartial jury and assisting counsel in exercising peremptory challenges." *Gardner v. Galetka*, 568 F.3d 862, 890 (10th Cir. 2009) (quoting *Mu'Min v. Virginia,* 500 U.S. 415, 431 (1991)). Indeed, a defendant "cannot exercise sensitive and intelligent peremptory challenges"—which are imperative in ensuring a fair and impartial jury—without a meaningful

opportunity for voir dire examination.  *United States v. Baker*, 638 F.2d 198, 200 (10th Cir. 1980).

2. Pursuant to the Court's Jury Selection Protocol, each side in a case is typically permitted 15 minutes of attorney conducted voir dire.

3. In this case, there are ten defendants.  If the Court followed its standard protocol, each defendant would get approximately 90 seconds for attorney conducted voir dire.  While each Defendant would prefer to have their own 15 minutes, they recognize that would require two and one-half hours of attorney conducted voir dire for the Defendants alone.

4. In an effort to be mindful of both the Court's and potential juror's time, the Defendants have conferred and agreed to request a total amount of 45 minutes of attorney conducted voir dire for all of the Defendants.  The Defendants will then agree amongst themselves how best to utilize the time.

5. The Court has broad discretion in setting a procedure for the jury selection process.  *United States v. Sandoval*, No. CR 04-02362 JB, 2006 U.S. Dist. LEXIS 29130, at *8-9 (D.N.M. Feb. 1, 2006).  Accordingly, Defendants respectfully request that the Court grant this motion and approve a total of 45 combined minutes of attorney conducted voir dire for all of the Defendants.

Respectfully submitted this 1st day of October, 2021.

| | |
|---|---|
| *s/ Barry J. Pollack* | *s/ Chad D. Williams* |
| Barry J. Pollack | Chad D. Williams |
| ROBBINS, RUSSELL, ENGLERT, | Jacqueline V. Roeder |
| ORSECK & UNTEREINER LLP | DAVIS GRAHAM & STUBBS LLP |
| 2000 K Street N.W., 4th Floor | 1550 17th Street, Suite 500 |
| Washington, DC 20006 | Denver, CO 80202 |
| (202) 775-4514 | (303) 892-9400 |
| bpollack@robbinsrussell.com | chad.williams@dgslaw.com |
| | jackie.roeder@dgslaw.com |

| | |
|---|---|
| s/ *Wendy L. Johnson* <br> Wendy L. Johnson <br> RMP LLP <br> 5519 Hackett St., Suite 300 <br> Springdale, AR 72762 <br> (479) 439-2705 <br> wjohnson@rmp.law <br><br> *Attorneys for Ric Blake* | s/ *Michael F. Tubach* <br> Michael F. Tubach <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> (415) 984-8700 <br> mtubach@omm.com <br><br> *Attorneys for Jayson Jeffrey Penn* |
| s/ *Richard K. Kornfeld* <br> Richard K. Kornfeld <br> RECHT KORNFELD, P.C. <br> 1600 Stout Street, Suite 1400 <br> Denver, CO 80202 <br> (303) 573-1900 <br> rick@rklawpc.com <br><br> *Attorney for Mikell Reeve Fries* | s/ *John A. Fagg, Jr.* <br> John A. Fagg, Jr. <br> MOORE & VAN ALLEN PLLC <br> 100 North Tryon Street, Suite 4700 <br> Charlotte, NC 28202 <br> (704) 331-3622 <br> johnfagg@mvalaw.com <br><br> *Attorney for William Wade Lovette* |
| s/ *Craig Allen Gillen* <br> Craig Allen Gillen <br> GILLEN, WITHERS & LAKE <br> 400 Galleria Parkway, Ste. 1920 <br> Atlanta, GA 30339 <br> (404) 842-9700 <br> cgillen@gwllawfirm.com <br><br> *Attorney for Gary Brian Roberts* | s/ *Elizabeth B. Prewitt* <br> Elizabeth B. Prewitt <br> LATHAM & WATKINS LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> (212) 906-1200 <br> elizabeth.prewitt@lw.com |
| s/ *Bryan Lavine* <br> Bryan Lavine <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> 600 Peachtree St. NE, Suite 3000 <br> Atlanta, GA 30308 <br> (404) 885-3170 <br> Bryan.lavine@troutman.com <br><br> *Attorney for Scott James Brady* | s/ *Marci G. LaBranche* <br> Marci G. LaBranche <br> STIMSON STANCIL LABRANCHE HUBBARD LLC <br> 1652 N. Downing Street <br> Denver, CO 80218 <br> (720) 689-8909 <br> labranche@sslhlaw.com <br><br> *Attorneys for Timothy R. Mulrenin* |

*s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*Attorney for Jimmie Lee Little*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I electronically filed the foregoing *Defendants' Motion for a Total of 45 Minutes of Attorney Conducted Voir Dire* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*s/ Nancy Hickam*
Nancy Hickam