IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

       Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action.  I hereby certify that I am a member in good standing of the bar of New York.

                                    Julie Withers
                                    Law Offices of Julie Withers
                                    750 Third Avenue, Suite 2400
                                    New York, NY 10017
                                    Tel.: (917) 403-8021
                                    Email: julie@jwitherslaw.com

Dated:  New York, New York         Respectfully Submitted,
       October 7, 2021

By:   /s/ Julie Withers

Julie Withers
*julie@jwitherslaw.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (917) 403-8021

2