EXHIBIT K





### Key Benefits

- Secure access to enterprise content
- Secure internal and external file sharing and collaboration
- Rapid development of custom content-rich mobile applications
- Compliance with FIPS, SOX, HIPAA, GLBA
- Increased mobile data security
- Improved business productivity
- Reduced IT support costs



### Key Features

- Secure file sharing
- Document collaboration
- Unlimited file size
- Native mobile apps
- Mobile SDKs for iOS, Android
- Desktop sync
- Task management
- File commenting
- File versioning
- File lock/unlock
- Activity stream
- Notifications
- Role based access
- Activity logs
- Authentication via LDAP/AD
- SSO via SAML, Kerberos
- Integrated Antivirus scanning
- User-friendly DRM
- Online Viewer
- Custom branding

*"**kite**works helps teams to unleash business productivity by allowing internal and external stakeholders to securely collaborate on files across any device."*

# Secure File Sharing and Collaboration
## Unleash business productivity, and share confidential information securely.

kiteworks, by Accellion, is a secure file sharing platform that facilitates access to enterprise content sources by allowing internal and external users to share, send, sync and edit files on any type of device from any content store.

### Designed for the Enterprise

kiteworks enables enterprise organizations to securely connect workers with enterprise content across any device including laptop, desktop, smartphone and tablet. Designed with enterprise-grade scalability and flexibility, the kiteworks content platform is a secure file sharing and collaboration solution, and offers enterprise APIs and mobile SDKs to create custom enterprise mobile applications with full access to the kiteworks file sharing and collaboration capabilities.

### Improved Team Collaboration and Productivity

kiteworks allows teams to streamline workflows by allowing internal and external users to share, send sync and edit files, manage tasks, organize content, comment, lock/unlock files and add new file versions, on any type of device. kiteworks supports user self-provisioning, creation of sub-folders and management of permissions by assigning individuals or members of an LDAP group as a "manager", "collaborator", "viewer", or "downloader".

**Secure File Transfer** File sharing is improved when users can securely share files of any size. kiteworks supports unlimited file sizes offering the opportunity for organizations to replace legacy FTP systems.

### Internal and External Collaboration

Set up shared folders with both internal and external users without requiring VPN access. Folder permissions and security controls are fully configurable by administrators.

### Integrated with Microsoft Office 365

kiteworks offers enhanced productivity with Microsoft Office 365 integration to create, edit and save kiteworks files, including files from existing enterprise content sources such as SharePoint, Network Drives, Windows File Shares, OpenText, Documentum, Box and others, securely connected through kiteworks.

### Unified Experience Across All Devices



**Datasheet** | Secure File Sharing and Collaboration

Accellion

### Outlook Plugin
The kiteworks plugin for Microsoft Outlook provides end users a seamless way to share secure links to large files from within their normal email workflow.

### Task Management
Task management improves project workflow. kiteworks provides the capability to easily create a task, assign the task to an individual or multiple people, select a due date, and update task status throughout the workflow.

### Secure Message
kiteworks users have the ability to secure the email body in addition to the attachments. To avoid sending confidential information by email, users send a secure link notifying the recipients that the full email can be accessed by authenticating to kiteworks.

### Enable/Disable Collaboration
kiteworks allows IT administrators to enable/disable collaboration features at user level.

### File Lock/Unlock
kiteworks supports lock and unlock of files to prevent editing conflicts. Files can only be unlocked by the user who locks them, or by the folder "owner" and "manager".

### Comments & Notifications
Enterprise collaboration is improved with kiteworks as users can view, add, edit or remove comments to files. To stay up to date users receive notifications when files have been added or removed, and comments have been made.

### Track File Versions
Maintaining file versions makes file management easy and kiteworks tracks and displays all versions of files added to folders.

### Restricted Folder
Restricted folders prevent collaborators from downloading files to their systems during or after editing.

### Desktop Sync
The kiteworks solution supports continuous and on-demand file synchronization, including conflict resolution. When a potential conflict occurs, the user can decide whether to upload the existing document, download the new document, or "Pause Sync" to decide what to do next.

kiteworks provides a desktop sync client, that offers users the ability to right-click on any file to send content securely.

### Full Content Search
In an enterprise organization the volume of enterprise content can be unwieldy. kiteworks offer full content search capabilities to allow users to efficiently search for content located across kiteworks folders. Users can easily filter on file/folder name, author, time, as well as file type and file size.

### Online Viewer
With kiteworks content can be securely viewed in a browser or mobile app. For enhanced security, users assigned a Viewer role are restricted from downloading those files.

### User-Friendly DRM
To prevent the capture and sharing of confidential information, kiteworks includes user friendly DRM features including the ability to restrict content access to view only with a custom watermark, restricting the ability to download or forward content, and offering the ability for users to withdraw files.

## Mobile Access
kiteworks offers mobile apps for iOS, Android, and Windows that enable mobile users to securely create, edit, view, and collaborate on Microsoft Word, Excel, and PowerPoint files within the kiteworks' secure container. Integrated mobile productivity tools prevent data loss and enhance data security and compliance. The secure container and integrated productivity tools are also accessible via the mobile SDKs for integration within custom enterprise mobile apps.

## Robust Administrative Interface
The kiteworks admin interface includes interactive dashboards and system health alerts to help admins manage, configure, and deploy the system. Admins can quickly manage users and content, set storage quotas, create file and folder retention policies, enable LDAP Groups, remotely wipe content, and enable client applications.

**About Accellion**
Accellion, Inc. is an award-winning private company that provides mobile solutions to enterprise organizations to enable increased business productivity while ensuring security and compliance. As the leading provider of private cloud solutions for secure mobile file sharing and collaboration, Accellion offers enterprise organizations the scalability, flexibility, control and security to enable a mobile workforce with the tools they need to create, access and share information securely, wherever work takes them. More than 12 million users and 2,000 of the world's leading corporations and government agencies including Procter & Gamble; Indiana University Health; Kaiser Permanente; Lovells; Bridgestone; Harvard University; Guinness World Records; US Securities and Exchange Commission; and NASA use Accellion solutions to increase business productivity, protect intellectual property, ensure compliance and reduce IT costs.

ACC-DS-KFS-0316   © Accellion Inc. All rights reserved

Email: sales@accellion.com
Phone: +1 650 485 4300

Accellion, Inc.
1804 Embarcadero Road
Palo Alto, CA 94303

   



For additional information: www.accellion.com/kiteworks

