# **<u>Exhibit A</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

## GOVERNMENT'S NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)

---

The government hereby provides notice of its intent to offer evidence that may be construed as other crimes, wrongs, or acts of the defendants under Federal Rule of Evidence 404(b)(2).

The government is providing notice of the evidence listed below out of an abundance of caution and does not concede that they are evidence of other crimes, wrongs, or acts under Rule 404(b). Specifically, the government believes that the evidence described below is intrinsic to the conduct alleged in Count One of the

Superseding Indictment and therefore relevant under Fed. R. Evid. 401 and 402.

Nevertheless, the government lists the evidence below as meeting the requirements of

Fed. R. Evid. 404(b) in the event that the Court rules that the evidence is not intrinsic:

| Doc. No. | Approx. date | Description | 404(b) Permitted Use and Reasoning |
|---|---|---|---|
| 1<br><br>PILGRIMS-0005822161 | 8/22/2011 | **Penn** to **Lovette**: "They are pushing hard for fixed pricing for 2012. We are trying to keep him on current qtrly program or move to Ga. Dock pricing. Buyer is insisting on flat pricing and has offered delivered pricing at $1.85 on the boneless and $0.82 on the split chix. Buyer says he has a couple of people willing to do the fixed pricing. We have heard Claxton is willing to fix his pricing for next year." | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |
| 2<br><br>PILGRIMS-0009031705 | 11/21/2011 | **Penn** to **Lovette**: "Per Roger [Austin], Hot Wings came down 4 cents because the group consensus came down to the $1.60 level for this year." | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |
| 3<br><br>PILGRIMS-DOJ-0000509305 | 12/6/2011 | **Penn** to **Lovette**: "The relationships I developed through the organization [USAPEEC] allowed me to pick up the phone any time and call multiple friends to | <u>Plan</u> to conspire<br><br><u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |

| Doc. No. | Approx. date | Description | 404(b) Permitted Use and Reasoning |
|---|---|---|---|
| | | flush out current and forward pricing from friendly competitors." **Lovette** to **Penn**: "I appreciate your candid feedback." | <u>Intent</u> to conspire |
| 4<br><br>PILGRIMS-DOJ-0002452440 | 12/21/2011 | **Penn** to **Little**: "I understand Koch is holding firm at dark -27. Are you aware of this?" | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |
| 5<br><br>GEODOJ_0582734 | 2010 | **Blake's** hard-copy document with phone numbers of competitors and competitor pricing information (*e.g.*, Pilgrim's, Koch, M-D, and George's) for Church's in 2010. | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |
| 6<br><br>GEODOJ_0582840 | 2011 | **Blake's** hard-copy document with phone numbers of competitors and competitor pricing information (*e.g.*, Pilgrim's, Koch, and George's) for Church's in 2011. | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |
| 7<br><br>GEODOJ_0573591; GEODOJ_0573592 | 9/30/2009 | **Blake** received a spreadsheet (GEODOJ_0573592) titled DIST NATIONAL ACCOUNTS with competitor pricing information (*e.g.*, Marshall, Tyson, Georges, Pilgrim, Cagle, Claxton). | <u>Knowledge</u> of how to conspire<br><br><u>Opportunity</u> to conspire |

| Doc. No. | Approx. date | Description | 404(b) Permitted Use and Reasoning |
|---|---|---|---|
| 8<br><br>GEODOJ_0574731 | 12/7/2010 | Keck to **Kantola**: "I assume you will portray this info as Agristats derived???"<br>**Kantola** to Keck: "Thanks for the info." | Knowledge of how to conspire<br><br>Opportunity to conspire |
| 9<br><br>PILGRIMS-0009031402 | 11/9/2011 | **Lovette** to **Penn**: "Since this wont be finished don't want to show tomorrow. We must find a way to increase rev per lb or margin per lb" | Motive to conspire |
| 10<br><br>PILGRIMS-DOJ-0001762863 | 5/20/2011 | **Little** to **Austin**: "Promote Scott Brady to be the guy to help you! He will be awesome and Ledford will help us."<br>**Little** to **Brady**: "Do not forward" | Opportunity to conspire |
| 11<br><br>PILGRIMS-DOJ-0002138789<br><br>(same as PILGRIMS-DOJ-0002138791) | 04/22/2011 | DeLong to **Little**: "My Hero, I'm perplexed here…I enlisted your eloquence to get the customer to go 5 days to the distributor, now I get a note from the customer that they have changed it to 2 days to distributor? You sure have some unique negotiating tactics."<br>**Little** to DeLong: "I told u at the meeting I was working on 6 for PP and 2 for Koch!" | Knowledge of how to conspire<br><br>Opportunity to conspire |