# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 8, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Sarah Mitchell |

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

   Defendants.

*Counsel:*

Michael T. Koenig
Carolyn M. Sweeney
Heather D. Call
Paul J. Torzilli

Michael F. Tubac
Anna T. Pletcher
Richard K. Kornfeld
Kelly L. Page
Bryan B. Lavine
Megan C. Rahman
Michael S. Feldberg
Laura E. Carwile
Julie V. Withers
Elizabeth B. Prewitt
Marci A. LaBranche
Roxann E. Henry
James A. Backstrom
Mark A. Byrne
Dennis J. Canty
John A. Fagg, Jr.
Frank E. Schall
Craig A. Gillen
Richard T. Tegtmeier
Wendy W. Johnson
Barry J. Pollak

---

### COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**2:01 p.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendants Mikell Reeve Fries, Scott James Brady, Roger Born Austin, and Jimmie Lee Little appear by VTC.

Court indicates some motions have been ruled upon this week and others will be ruled upon shortly.

Discussion regarding United States' Motion to Dismiss Count 2 of the Superseding Indictment Without Prejudice [ECF 607].

**ORDERED:**   Defendant Jimmy Lee Little shall file a response to United States' Motion to Dismiss Count 2 of the Superseding Indictment Without Prejudice [ECF 607] by **Wednesday, October 13, 2021.**

Court indicates counsel shall arrive on Monday, October 25, 2021, at 8:00 a.m. Court will use two (2) alternate jurors and they will be the jurors who occupy seats 3 and 11. Court outlines juror seating, protocol for jury selection, and courtroom seating for attorneys and parties.

Court indicates that transceivers will be used for challenges for cause and bench conferences. Court's remarks regarding voir dire questions asked by the Court and protocol for peremptory challenges.

Discussion regarding using an overflow courtroom during trial.

Court's rulings on proposed voir dire questions submitted by counsel.

**ORDERED:**   Each side shall submit three sentences summarizing the case by **Friday, October 15, 2021.**

Discussion regarding anticipated length of trial, witness lists, exhibit lists, and trial schedule.

Discussion regarding time limits for opening statements and use of demonstrative exhibits during opening statements.

Court informs counsel that they shall become familiar with transceivers, video presenter, and indicates where jury monitors will be located during trial. Court indicates that a representative from the Court's information technology department is present to give training to counsel on the use of transceivers at the conclusion of this hearing.

**ORDERED:   Bond is CONTINUED as to all defendants.**

**3:41 p.m.      Court in recess.**

Hearing concluded.
Total time in court:    1:40