# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



Total: 884

ID: GDX-007        SOURCE: 68000, 8063, 8041        9



