# Exhibit A10

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.1          SOURCE: 1036.xlsx                                                                 1

# Hidden Columns in Excel Spreadsheet



Column L is selected

ID: GDX-012.2          SOURCE: 1036.xlsx                                        2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3  SOURCE: 1036.xlsx  3

# Hidden Columns in Excel Spreadsheet



Column **L** is hidden now

ID: GDX-012.4                SOURCE: 1036.xlsx                                                4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5　　　　　SOURCE: 1036.xlsx　　　　　　　　　　　　　　5

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.6　　　　　SOURCE: 1036.xlsx　　　　　　　　　　　　6

# Hidden Columns in Excel Spreadsheet



Both **L** and **M** columns are hidden now

ID: GDX-012.7          SOURCE: 1036.xlsx                                    7