# Exhibit A5



## March 8, 2013

**Scott Brady**

3/8/2013 3:44 PM
I talked to roger about the KFC sizes and he is in agreement with us.

**Mikell Fries**

SOURCES: EX. 1615, 6184, 6045, 9237, 9240

# November 19, 2013



**Scott Brady**

11/19/2013 1:31PM
Just an FYI last year we were . 32 back on dark meat and this year we are 3050 back.

11/19/2013 1:31PM
Roger is at .30 back and not moving

11/19/2013 1:31PM
K. Can do.31 if want.

11/19/2013 1:33PM
Stay.305 then

**Mikell Fries**

SOURCES: EX. 1734, 6184, 6045, 9237, 9240



# April 18, 2014

**Scott Brady**

**Mikell Fries**

4/18/2014 12:02 PM
I talked to Tim today at Tyson and for ABF they are at .02 per lb live weight. He said they are supposed to give a number to CFA today. I told him we were .31 to .32 per lb on finished product.

4/18/2014 1:37PM
Did he say what there finished increase would be?

4/18/2014 1:40PM
Work in progress. I told him what we were doing , Perdue and pilgrims

SOURCES: EX. 355, 6005, 9237, 9240

