IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

    Defendants.

## Defendants' Proposed Jury Selection Procedure

Defendants have consulted and propose the following procedure for jury selection:

<u>Attorney Voir Dire</u>

1. Defendants have agreed upon two attorneys who will conduct attorney-conducted voir dire on behalf of all ten defendants. David Beller of Recht Kornfeld, P.C., (Mikell R. Fries) and Dru Nielsen of Eytan Nielsen, LLC (William W. Lovette) will conduct the voir dire in succession.

2. Defendants respectfully request the Court explain to the jurors that Defendants are each represented by different lawyers with their own interests, rights, and factual circumstances. Defendants request the following explanation from the Court:

    *Every defendant charged in this case has individual interests, rights, and factual*

*circumstances.  For the purpose of efficiency, jury selection is being conducted for all of the Defendants by just two of the lawyers.  Please know, this is being done only in the interest of time for jury selection.  After the jury is selected, each lawyer will then be speaking only for that lawyer's individual client.*

Exercising Strikes

1. Defendants will agree amongst themselves on the order in which peremptory strikes will be exercised.  However, to avoid taking multiple breaks during the process of exercising strikes, Defendants request the Court take a one-hour break after counsel have conducted voir dire, so Defendants can confer in a private setting to discuss how to exercise their strikes.  Defendants request access to a jury deliberation room or empty courtroom to meet during that break such that they may have confidential discourse about the exercise of their peremptory challenges.

2. In the event the government does not exercise all of its peremptory challenges, or when other unexpected decisions need to be made, Defendants request leave to briefly confer with their respective teams and co-defendants' counsel.

3. A single lawyer will exercise peremptory challenges for all Defendants, subject to additional request or argument.

Dated: October 19, 2021.                    Respectfully submitted,

<u>s/ *Barry J. Pollack*</u>
Barry J. Pollack
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

<u>s/ *Chad D. Williams*</u>
Chad D. Williams
Jacqueline V. Roeder
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-9400
chad.williams@dgslaw.com
jackie.roeder@dgslaw.com

s/ *Wendy L. Johnson*
Wendy L. Johnson
RMP LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
(479) 439-2705
wjohnson@rmp.law

*Attorneys for Ric Blake*

s/ *Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*Attorneys for Jayson Jeffrey Penn*

s/ *Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*Attorney for Mikell Reeve Fries*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*Attorney for William Wade Lovette*

s/ *David M. Beller*
David M. Beller
RECHT KORNFELD, P.C.
1600 Stout St., Suite 1400
Denver, CO 80202
(303) 573-1900
david@rklawpc.com

*Attorney for Gary Brian Roberts*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*Attorney for Timothy R. Mulrenin*

s/ *Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*Attorney for Scott James Brady*

s/ *Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com

*Attorney for Timothy R. Mulrenin*

3

| | |
|---|---|
| *s/ James A. Backstrom* <br> James A. Backstrom <br> 1515 Market Street, Suite 1200 <br> Philadelphia, PA 19102-1932 <br> (215) 864-7797 <br> jabber@backstromlaw.com <br><br> *Attorney for William Vincent Kantola* | *s/ Michael S. Feldberg* <br> Michael S. Feldberg <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 750 Third Avenue, Suite 2400 <br> New York, NY 10017 <br> (212) 381-1965 <br> mfeldberg@reichmanjorgensen.com <br><br> *Attorney for Roger Born Austin* |
| *s/ Craig Allen Gillen* <br> Craig Allen Gillen <br> GILLEN, WITHERS & LAKE <br> 400 Galleria Parkway, Ste. 1920 <br> Atlanta, GA 30339 <br> (404) 842-9700 <br> cgillen@gwllawfirm.com <br><br> *Attorney for Gary Brian Roberts* | *s/ Mark A. Byrne* <br> Mark A. Byrne <br> BYRNE & NIXON LLP <br> 888 West Sixth St, Suite 1100 <br> Los Angeles, CA 90017 <br> (213) 620-8003 <br> markbyrne@byrnenixon.com <br><br> *Attorney for Jimmie Lee Little* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

      *s/ Erin Holweger*
      Erin Holweger