IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **JAYSON JEFFREY PENN,**
2.    **MIKELL REEVE FRIES,**
3.    **SCOTT JAMES BRADY,**
4.    **ROGER BORN AUSTIN,**
5.    **TIMOTHY R. MULRENIN,**
6.    **WILLIAM VINCENT KANTOLA,**
7.    **JIMMIE LEE LITTLE,**
8.    **WILLIAM WADE LOVETTE,**
9.    **GARY BRIAN ROBERTS, and**
10.  **RICKIE PATTERSON BLAKE,**

Defendants.

**Defendants' Proposed Jury Selection Procedure**

    Defendants have consulted and propose the following procedure for jury selection:

<u>Attorney Voir Dire</u>

    1. Defendants have agreed that it is not practical in the time that the Court has allotted for each of the Defendants to have their own counsel participate in voir dire. Accordingly, the Defendants have agreed upon two attorneys who will conduct attorney-conducted voir dire. David Beller of Recht Kornfeld, P.C., (representing Mikell R. Fries) and Dru Nielsen of Eytan Nielsen, LLC (representing William W. Lovette) will conduct the voir dire in succession.

    2. In light of the fact that each of the Defendants will not be able to have his counsel participate in voir dire, the Defendants respectfully request the Court explain to the jurors that Defendants are each represented by different lawyers with very different interests and factual

circumstances and will be entitled to individualized consideration by the jury.  Defendants request the following explanation:

> *Every defendant charged in this case has individual interests, rights, and factual circumstances and will be entitled to individualized consideration by the jury.  For the purpose of efficiency, however, because it is not practical to have ten different attorneys participate in jury selection, the jury selection will be conducted by lawyers for just two of the Defendants.  Please know, this is only in the interest of time for jury selection and, after the jury is selected, each Defendant will have his own lawyers speaking on behalf of their individual client.*

Exercising Strikes

1. Defendants will agree amongst themselves on the order in which preemptory strikes will be exercised.  However, to avoid taking multiple breaks during the process of exercising strikes, Defendants request the Court take a one-hour break after counsel have conducted voir dire, so Defendants can confer in a private setting to discuss how to exercise their strikes.  Defendants request access to a jury deliberation room or empty courtroom to meet during that break such that they may have confidential discourse about the exercise of their preemptory challenges.

2. In the event the government does not exercise all of its peremptory challenges, or when other unexpected decisions need to be made, Defendants request leave to briefly confer with their respective teams and co-defendants' counsel.

3. A single lawyer will exercise peremptory challenges for all Defendants, subject to additional request or argument.

      Dated: October 19, 2021.                    Respectfully submitted,

2

s/ *Barry J. Pollack*
Barry J. Pollack
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

s/ *Wendy L. Johnson*
Wendy L. Johnson
RMP LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
(479) 439-2705
wjohnson@rmp.law

*Attorneys for Ric Blake*

s/ *Richard K. Kornfeld*
Richard K. Kornfeld
David M. Beller
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com
david@rklawpc.com

*Attorneys for Mikell Reeve Fries*

s/ *Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Attorney for Gary Brian Roberts*

s/ *Chad D. Williams*
Chad D. Williams
Jacqueline V. Roeder
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-9400
chad.williams@dgslaw.com
jackie.roeder@dgslaw.com

s/ *Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*Attorneys for Jayson Jeffrey Penn*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*Attorney for William Wade Lovette*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

3

<table>
<tr><td>

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*Attorney for Scott James Brady*

</td><td>

*s/ Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com

*Attorneys for Timothy R. Mulrenin*

</td></tr>
<tr><td>

*s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

</td><td>

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*

</td></tr>
<tr><td></td><td>

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*Attorney for Jimmie Lee Little*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                        *s/ Erin Holweger*
                                        Erin Holweger