# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

---

### DECLARATION OF CLIFFORD C. HISTED IN SUPPORT OF
### NON-PARTY KOCH FOODS INC.'S MOTION TO MODIFY THE GOVERNMENT'S
### OCTOBER 20, 2021 TRIAL SUBPOENA PURSUANT TO FED. R. CRIM. P. 17

---

I, Clifford C. Histed, declare as follows:

    1.    I am an attorney at the law firm of K&L Gates LLP, and one of the attorneys of record for interested party Koch Foods, Inc. ("Koch"). I submit this declaration in support of **NON-PARTY KOCH FOODS INC.'S MOTION TO MODIFY THE GOVERNMENT'S OCTOBER 20, 2021 TRIAL SUBPOENA PURSUANT TO FED. R. CRIM. P. 17** ("Koch's Motion to Modify"). I make this declaration based on my own personal knowledge. If called upon to do so, I would testify under oath to the matters stated herein.

2.      The following facts and exhibits, the latter of which are attached hereto, are submitted in support of Koch's Motion to Modify.

3.      On June 25, 2019, Koch received a grand jury subpoena from the Government, requiring the preservation and production of documents responsive to the subpoena. Over the course of 2019 and 2020, Koch made multiple productions of documents to the Government pursuant to this subpoena.

4.      **Exhibit 1** is a true and correct copy of the Certificates of Authenticity provided by Koch to the Government.

5.      **Exhibit 2** is a true and correct copy of the trial subpoena *ad testificandum* that the Government sent to Koch's counsel on September 9, 2021.

6.      On September 10, 2021, I agreed to accept service of the Government's September 9, 2021 trial subpoena to Koch's Custodian of Records, but requested to meet and confer with the Government. On September 14, 2021, I met and conferred with the Government regarding its September 9, 2021 subpoena. Counsel for the Government indicated on that call that the Government "hoped not to have to use the trial subpoena," but would—as trial in the above-captioned matter approached—provide Koch with a list of specific exhibits for which the Government will call someone to testify to the exhibits' authenticity. On that call, I explained to the Government that Koch's Custodian of Records (Mr. Stewart Ward) would only be able to testify to the "authenticity" of Koch's produced records by restating that to which he had already sworn in his Certificates of Authenticity.

7.      **Exhibit 3** is a true and correct copy of the trial subpoena that the Government sent to Koch's counsel on October 20, 2021 at 2:29 a.m. CDT.

8.      **Exhibit 4** is a true and correct copy of Attachment A to the trial subpoena that the Government sent to Koch's counsel on October 20, 2021 at 2:29 a.m. CDT.

9.      **Exhibit 5** is a true and correct copy of correspondence from the Government to Koch's Counsel regarding the trial subpoena that the Government sent to Koch's counsel on October 20, 2021 at 2:29 a.m. CDT.

10.     **Exhibit 6** is a true and correct copy of the revised version of Attachment A to the trial subpoena that the Government sent to Koch's counsel on October 20, 2021 at 9:44 a.m. CDT.

11.     **Exhibit 7** is a true and correct copy of correspondence from Koch's Counsel to the Government regarding the trial subpoena that the Government sent to Koch's counsel on October 20, 2021.

12.     **Exhibit 8** is a true and correct copy of correspondence from the Government to Koch's Counsel regarding the trial subpoena that the Government sent to Koch's counsel on October 20, 2021.

*      *      *      *

I declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed October 21, 2021, in Chicago, Illinois.

*/s/ Clifford C. Histed*
Clifford C. Histed

# Exhibit 1

## CERTIFICATE OF AUTHENTICITY

I, Stewart Ward, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Koch Foods Inc., and my title is Vice President of Information Systems. I state that the documents produced to the United States Department of Justice Antitrust Division as bates numbers KOCHFOODS-0000005850-KOCHFOODS-0000367044 and KOCHFOODS-0000375265-KOCHFOODS-0000477195 were retrieved from Koch Foods Inc.'s email server and that Koch Foods Inc. maintained this email server in the ordinary course of its business. To the best of my knowledge, these documents are true and correct duplicates of original documents maintained on Koch Foods Inc.'s email server. I do not certify to the accuracy of the contents of these documents.

Date
8/24/2020

Signature

## **CERTIFICATE OF AUTHENTICITY**

I, Stewart Ward, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Koch Foods Inc., and my title is Vice President of Information Systems. I state that the documents produced to the United States Department of Justice Antitrust Division as bates numbers KOCHFOODS-0000005850-KOCHFOODS-0000367044, KOCHFOODS-0000375265-KOCHFOODS-0000477195, KOCHFOODS-0000485284-KOCHFOODS-0000586060, and KOCHFOODS-0000588179-KOCHFOODS-0000652924 were retrieved from Koch Foods Inc.'s email server and that Koch Foods Inc. maintained this email server in the ordinary course of its business. To the best of my knowledge, these documents are true and correct duplicates of original documents maintained on Koch Foods Inc.'s email server. I do not certify to the accuracy of the contents of these documents.

Date

6/11/2021

Signature

_____

1

310015516.1

## <u>CERTIFICATE OF AUTHENTICITY</u>

I, Stewart Ward, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Koch Foods Inc., and my title is Vice President of Information Systems. I state that the documents produced to the United States Department of Justice Antitrust Division as bates numbers KOCHFOODS-0000005850-KOCHFOODS-0000367044, KOCHFOODS-0000375265-KOCHFOODS-0000477195, KOCHFOODS-0000485284-KOCHFOODS-0000586060, and KOCHFOODS-0000588179-KOCHFOODS-0000652951 were retrieved from Koch Foods Inc.'s email server and that Koch Foods Inc. maintained this email server in the ordinary course of its business. To the best of my knowledge, these documents are true and correct duplicates of original documents maintained on Koch Foods Inc.'s email server. I do not certify to the accuracy of the contents of these documents.

Date

6/28/2021

Signature

1

310015516.1

## CERTIFICATE OF AUTHENTICITY

I, Stewart Ward, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Koch Foods Inc., and my title is Vice President of Information Systems.  I state that the documents produced to the United States Department of Justice Antitrust Division as bates numbers KOCHFOODS-0000005850-KOCHFOODS-0000367044, KOCHFOODS-0000375265-KOCHFOODS-0000477195, KOCHFOODS-0000485284-KOCHFOODS-0000586060, and KOCHFOODS-0000588179-KOCHFOODS-0000653010, and the documents produced in *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.), as

| | | |
|---|---|---|
| bates numbers | KOCH_0000003371-KOCH_0000047553, | KOCH_0000047554- |
| KOCH_0000079051, | KOCH_0000079173-KOCH_0000082895, | KOCH_0000082896- |
| KOCH_0000262875, | KOCH_0000262876-KOCH_0000323897, | KOCH_0000386377- |
| KOCH_0000409510, | KOCH_0000409511-KOCH_0000525637, | KOCH_0000525638- |
| KOCH_0000598410, | KOCH_0000598411-KOCH_0000733039, | KOCH_0000741219- |
| KOCH_0000838997, | KOCH_0000838998-KOCH_0001096467, | KOCH_0001096468- |
| KOCH_0001316203, | KOCH_0001316204-KOCH_0001379077, | KOCH_0001454304- |
| KOCH_0001624044, | KOCH_0001624045-KOCH_0001825664, | KOCH_0001825665- |
| KOCH_0002016814, | KOCH_0002016815-KOCH_0002168294, | KOCH_0002168347- |
| KOCH_0002169040, | KOCH_0002169041-KOCH_0002283713, | KOCH_0002384686- |
| KOCH_0002513036, | KOCH_0002513037-KOCH_0002586117, | KOCH_0002587270- |
| KOCH_0002632025, | KOCH_0002642715-KOCH_0002667643, | KOCH_0002668031- |
| KOCH_0002668343, | KOCH_0002668904-KOCH_0002669037, | KOCH_0002669039- |
| KOCH_0002669910, | KOCH_0002673760-KOCH_0002682755, | KOCH_0002690166- |
| KOCH_0002690558, | KOCH_0002691733-KOCH_0002692680, | KOCH_0002695827- |
| KOCH_0002695831, | KOCH_0002696899-KOCH_0002696912, | KOCH_0002699898- |
| KOCH_0002703253, | KOCH_0002709317-KOCH_0002709791, | KOCH_0002713259- |

1

KOCH_0002713461,          KOCH_0002713462-KOCH_0002714476,          KOCH_0002714614-

KOCH_0002724255,          KOCH_0002724268-KOCH_0002724269,          KOCH_0002724300-

KOCH_0002724383,          KOCH_0002724398-KOCH_0002724418,          KOCH_0002724422-

KOCH_0002724427,          KOCH_0002724500-KOCH_0002724514,          KOCH_0002724515-

KOCH_0002724610,          KOCH_0002724611-KOCH_0002724679,          KOCH_0002724682-

KOCH_0002724833,          KOCH_0002724835-KOCH_0002725404,          KOCH_0002725406-

KOCH_0002725743,          KOCH_0002725928-KOCH_0002732789,          KOCH_0002740332-

KOCH_0002751227,          KOCH_0002752783-KOCH_0002752793,          KOCH_0002752924-

KOCH_0002755973,          KOCH_0002756121-KOCH_0002758259,          KOCH_0002758267-

KOCH_0002758340,          KOCH_0002758403-KOCH_0002758407,          KOCH_0002758605-

KOCH_0002758612,          KOCH_0002758615-KOCH_0002759308,          KOCH_0002759312-

KOCH_0002759317,  KOCH_0002851693-KOCH_0002884991,  and  KOCH_CD_0000000001-

KOCH_CD_0000012089 were retrieved from Koch Foods Inc.'s email server and that Koch Foods

Inc. maintained this email server in the ordinary course of its business.  To the best of my

knowledge, these documents are true and correct duplicates of original documents maintained

on Koch Foods Inc.'s email server.  I do not certify to the accuracy of the contents of these

documents.

Date

9/24/2021

Signature

2

310015516.1

# Exhibit 2

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jayson Penn et al. | ) | Case No.   1:20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    The Custodian(s) of Records for Koch Foods with the requisite knowledge to testify to the authenticity of all records produced in response to the grand jury subpoena received by Koch Foods (19 GJ 256), and all records produced by Koch Foods in response to the In re Broiler Chicken Antitrust Litigation in the Northern District of Illinois which were subsequently produced to the U.S. Department of Justice Antitrust Division.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 10/25/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:    09/09/2021



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America
, who requests this subpoena, are:

Upon receipt of this Subpoena, please contact
Witness Coordinator, Sherry Russom, at
(888)751-4450,or e-mail her with contact
Information at mailto:Sherry.Russom@usdoj.gov

Michael Koening
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street, NW
Denver, Colorado 80202
Washington, DC 20530
Email: Michael.Koenig@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 3

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jayson Penn et al. | ) | Case No.  1:20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      Koch Foods, Inc.
      1300 West Higgins Rd, Ste. 100
      Park Ridge, IL 60068

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 10/25/2021 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment A.

Date:  ___10/20/2021___



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
    United States of America
_____ , who requests this subpoena, are:

Michael Koenig - Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
Phone: 202-616-2165
Email: Michael.Koenig@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    1:20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 4

**ATTACHMENT A:**

**KOCH FOODS INC. CUSTODIAN OF RECORDS TRIAL SUBPOENA**

Koch Foods Inc. shall make available for testimony the Custodian(s) of Records sufficient to testify to the following with respect to the documents listed in this attachment:

- Email authentication, including the storage of company emails, how emails are saved and maintained on the company's server, how the company's server is maintained, how the company's email addresses are assigned to employees or employee accounts, how emails are transmitted and received from the accounts as reflected in the "to" and "from" entries, and how other related items such as calendar invitations and email attachments are made, saved, and maintained;
- Non-email business record authentication, including how documents are saved and stored on the company's server, how the server is maintained, whether documents were made and maintained during the course of regularly conducted business, and explanation as to why the entry on the record was reliable;
- And how all of the above documents were collected and produced in response to the grand jury subpoena.

| Trial Exhibit Number | Bates Number |
| --- | --- |
| 102 | KOCHFOODS-0000216752 |
| 103 | KOCHFOODS-0000219678 |
| 104 | KOCHFOODS-0000219679 |
| 135 | KOCHFOODS-0000208963 |
| 136 | KOCHFOODS-0000214830 |
| 205 | KOCHFOODS-0000055258 |
| 206 | KOCHFOODS-0000143973 |
| 207 | KOCHFOODS-0000195321 |
| 208 | KOCHFOODS-0000246838 |
| 209 | KOCHFOODS-0000246839 |
| 210 | KOCHFOODS-0000246840 |
| 211 | KOCHFOODS-0000246841 |
| 212 | KOCHFOODS-0000246842 |
| 213 | KOCHFOODS-0000246843 |
| 214 | KOCHFOODS-0000246844 |
| 215 | KOCHFOODS-0000246845 |
| 216 | KOCHFOODS-0000246846 |
| 217 | KOCHFOODS-0000246847 |
| 403 | KOCH_0001260075 |
| 725 | KOCHFOODS-0000013551 |
| 800 | KOCH_0000111644 |
| 801 | KOCH_0000473001 |
| 802 | KOCH_0000473002 |
| 803 | KOCH_0001174605 |
| 804 | KOCH_0001174791 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 805 | KOCH_0001174793 |
| 806 | KOCH_0001176263 |
| 807 | KOCH_0001176462 |
| 808 | KOCH_0001176463 |
| 809 | KOCH_0001257085 |
| 810 | KOCH_0001697070 |
| 811 | KOCH_0001697071 |
| 812 | KOCH_0002115941 |
| 813 | KOCH_0002181461 |
| 814 | KOCH_0002181463 |
| 815 | KOCH_0002193748 |
| 816 | KOCH_0002257011 |
| 901 | KOCHFOODS-0000006822 |
| 1019 | KOCHFOODS-0000138643 |
| 1020 | KOCHFOODS-0000138867 |
| 1021 | KOCHFOODS-0000139105 |
| 1022 | KOCHFOODS-0000139106 |
| 1023 | KOCHFOODS-0000227518 |
| 1024 | KOCHFOODS-0000227520 |
| 1025 | KOCHFOODS-0000227521 |
| 1026 | KOCHFOODS-0000227522 |
| 1244 | KOCHFOODS-0000189487 |
| 1409 | KOCH_0002060716 |
| 1410 | KOCHFOODS-0000561602 |
| 1411 | KOCHFOODS-0000561603 |
| 1412 | KOCHFOODS-0000562838 |
| 1413 | KOCHFOODS-0000562839 |
| 1414 | KOCHFOODS-0000652943 |
| 1415 | KOCHFOODS-0000652945 |
| 1416 | KOCHFOODS-0000652946 |
| 1417 | KOCHFOODS-0000652947 |
| 1445 | KOCHFOODS-0000563546 |
| 1519 | KOCH_0001206873 |
| 1520 | KOCHFOODS-0000006100 |
| 1521 | KOCHFOODS-0000542731 |
| 1521-1 | KOCHFOODS-0000542732 |
| 1565 | KOCHFOODS-0000134930 |
| 1576 | KOCHFOODS-0000134924 |
| 1577 | KOCHFOODS-0000134926 |
| 1578 | KOCHFOODS-0000563144 |
| 1579 | KOCHFOODS-0000563145 |
| 1602 | KOCHFOODS-0000214516 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 1603 | KOCHFOODS-0000215383 |
| 1604 | KOCHFOODS-0000215384 |
| 1813 | KOCHFOODS-0000087800 |
| 1814 | KOCHFOODS-0000087801 |
| 1815 | KOCHFOODS-0000093639 |
| 1816 | KOCHFOODS-0000093640 |
| 1817 | KOCHFOODS-0000257660 |
| 1818 | KOCHFOODS-0000258653 |
| 1819 | KOCHFOODS-0000258656 |
| 1820 | KOCHFOODS-0000266039 |
| 1821 | KOCHFOODS-0000267825 |
| 3006 | KOCH_0002118465 |
| 3007 | KOCH_0002118466 |
| 3008 | KOCH_0002222819 |
| 3009 | KOCH_0002222821 |
| 3010 | KOCHFOODS-0000097181 |
| 3011 | KOCHFOODS-0000098814 |
| 3012 | KOCHFOODS-0000125826 |
| 3013 | KOCHFOODS-0000143974 |
| 3014 | KOCHFOODS-0000195322 |
| 3015 | KOCHFOODS-0000203040 |
| 3016 | KOCHFOODS-0000203041 |
| 3017 | KOCHFOODS-0000227519 |
| 6125 | KOCH_0000555521 |
| 6126 | KOCH_0001097776 |
| 6127 | KOCH_0001108958 |
| 6128 | KOCH_0001115514 |
| 6129 | KOCH_0001118219 |
| 6130 | KOCH_0001130283 |
| 6131 | KOCH_0001175647 |
| 6132 | KOCH_0001188741 |
| 6133 | KOCH_0001256909 |
| 6134 | KOCH_0002062821 |
| 6135 | KOCH_0002259507 |
| 6136 | KOCH_0002515670 |
| 6137 | KOCHFOODS-0000008466 |
| 6138 | KOCHFOODS-0000055368 |
| 6139 | KOCHFOODS-0000055600 |
| 6140 | KOCHFOODS-0000067040 |
| 6141 | KOCHFOODS-0000067041 |
| 6142 | KOCHFOODS-0000071578 |
| 6143 | KOCHFOODS-0000071579 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 6144 | KOCHFOODS-0000088562 |
| 6145 | KOCHFOODS-0000110164 |
| 6146 | KOCHFOODS-0000122048 |
| 6147 | KOCHFOODS-0000128928 |
| 6148 | KOCHFOODS-0000135530 |
| 6149 | KOCHFOODS-0000157407 |
| 6150 | KOCHFOODS-0000185554 |
| 6151 | KOCHFOODS-0000192152 |
| 6152 | KOCHFOODS-0000207222 |
| 6153 | KOCHFOODS-0000606889 |
| 7004 | KOCH_0001173313 |
| 7005 | KOCH_0002192947 |
| 7006 | KOCHFOODS-0000535826 |
| 7007 | KOCHFOODS-0000535828 |
| 7008 | KOCHFOODS-0000545047 |
| 7009 | KOCHFOODS-0000546060 |
| 9012 | KOCH_0002515419 |
| 9013 | KOCHFOODS-0000006477 |
| 9014 | KOCHFOODS-0000128927 |
| 9015 | KOCHFOODS-0000229689 |
| 9152 | KOCH_0000055997 |
| 9153 | KOCH_0001229667 |
| 9154 | KOCHFOODS-0000099529 |
| 9155 | KOCHFOODS-0000174545 |
| 9156 | KOCHFOODS-0000217454 |

# Exhibit 5

| | |
|---|---|
| **From:** | Koenig, Michael (ATR) |
| **To:** | Histed, Clifford; Donahue, Lauren Norris; michael.martinez@kogates.com; Smith, Brian J. |
| **Cc:** | Rogowski, Jillian (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Call, Heather (ATR) |
| **Subject:** | Subpoena to Koch Foods |
| **Date:** | Wednesday, October 20, 2021 2:29:29 AM |
| **Attachments:** | Custodian of Records Trial Subpoena - Koch 10.20.21.pdf |
| | Attachment A Koch Foods Custodian of Records Subpoena.pdf |

**External Sender:**

Cliff,

Please see the attached subpoena and confirm that you accept service. If you do not agree to accept service, we will serve the subpoena by the traditional means. As you will see, Koch Foods must produce a qualified witness or witnesses to testify to all of the topics listed on October 25, 2021, in Denver, Colorado. There is no guarantee that the witness(es) will testify that day and will need to be available until called to testify. If Koch does not provide a qualified witness or witnesses, the government will pursue any and all available remedies with the Court.

Michael T. Koenig
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Room 11048
Washington, D.C. 20530
(202) 616-2165 (O)
(202) 476-0435 (C)

# Exhibit 6

**ATTACHMENT A:**

**KOCH FOODS INC. CUSTODIAN OF RECORDS TRIAL SUBPOENA**

Koch Foods Inc. shall make available for testimony the Custodian(s) of Records competent to testify about the following with respect to the documents listed in this attachment:

- Email authentication, including the storage of company emails, how emails are saved and maintained on the company's server, how the company's server is maintained, how the company's email addresses are assigned to employees or employee accounts, how emails are transmitted and received from the accounts as reflected in the "to" and "from" entries, and how other related items such as calendar invitations and email attachments are made, saved, and maintained;
- Business record authentication (for both email non-email business records), including how documents are saved and stored on the company's server, how the server is maintained, whether documents were made and maintained during the course of regularly conducted business, and explanation as to why the entry on the record was reliable;
- And how all of the above documents were collected and produced in response to the grand jury subpoena.

| Trial Exhibit Number | Bates Number |
|---|---|
| 102 | KOCHFOODS-0000216752 |
| 103 | KOCHFOODS-0000219678 |
| 104 | KOCHFOODS-0000219679 |
| 135 | KOCHFOODS-0000208963 |
| 136 | KOCHFOODS-0000214830 |
| 205 | KOCHFOODS-0000055258 |
| 206 | KOCHFOODS-0000143973 |
| 207 | KOCHFOODS-0000195321 |
| 208 | KOCHFOODS-0000246838 |
| 209 | KOCHFOODS-0000246839 |
| 210 | KOCHFOODS-0000246840 |
| 211 | KOCHFOODS-0000246841 |
| 212 | KOCHFOODS-0000246842 |
| 213 | KOCHFOODS-0000246843 |
| 214 | KOCHFOODS-0000246844 |
| 215 | KOCHFOODS-0000246845 |
| 216 | KOCHFOODS-0000246846 |
| 217 | KOCHFOODS-0000246847 |
| 403 | KOCH_0001260075 |
| 725 | KOCHFOODS-0000013551 |
| 800 | KOCH_0000111644 |
| 801 | KOCH_0000473001 |
| 802 | KOCH_0000473002 |
| 803 | KOCH_0001174605 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 804 | KOCH_0001174791 |
| 805 | KOCH_0001174793 |
| 806 | KOCH_0001176263 |
| 807 | KOCH_0001176462 |
| 808 | KOCH_0001176463 |
| 809 | KOCH_0001257085 |
| 810 | KOCH_0001697070 |
| 811 | KOCH_0001697071 |
| 812 | KOCH_0002115941 |
| 813 | KOCH_0002181461 |
| 814 | KOCH_0002181463 |
| 815 | KOCH_0002193748 |
| 816 | KOCH_0002257011 |
| 901 | KOCHFOODS-0000006822 |
| 1019 | KOCHFOODS-0000138643 |
| 1020 | KOCHFOODS-0000138867 |
| 1021 | KOCHFOODS-0000139105 |
| 1022 | KOCHFOODS-0000139106 |
| 1023 | KOCHFOODS-0000227518 |
| 1024 | KOCHFOODS-0000227520 |
| 1025 | KOCHFOODS-0000227521 |
| 1026 | KOCHFOODS-0000227522 |
| 1244 | KOCHFOODS-0000189487 |
| 1409 | KOCH_0002060716 |
| 1410 | KOCHFOODS-0000561602 |
| 1411 | KOCHFOODS-0000561603 |
| 1412 | KOCHFOODS-0000562838 |
| 1413 | KOCHFOODS-0000562839 |
| 1414 | KOCHFOODS-0000652943 |
| 1415 | KOCHFOODS-0000652945 |
| 1416 | KOCHFOODS-0000652946 |
| 1417 | KOCHFOODS-0000652947 |
| 1445 | KOCHFOODS-0000563546 |
| 1519 | KOCH_0001206873 |
| 1520 | KOCHFOODS-0000006100 |
| 1521 | KOCHFOODS-0000542731 |
| 1521-1 | KOCHFOODS-0000542732 |
| 1565 | KOCHFOODS-0000134930 |
| 1576 | KOCHFOODS-0000134924 |
| 1577 | KOCHFOODS-0000134926 |
| 1578 | KOCHFOODS-0000563144 |
| 1579 | KOCHFOODS-0000563145 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 1602 | KOCHFOODS-0000214516 |
| 1603 | KOCHFOODS-0000215383 |
| 1604 | KOCHFOODS-0000215384 |
| 1813 | KOCHFOODS-0000087800 |
| 1814 | KOCHFOODS-0000087801 |
| 1815 | KOCHFOODS-0000093639 |
| 1816 | KOCHFOODS-0000093640 |
| 1817 | KOCHFOODS-0000257660 |
| 1818 | KOCHFOODS-0000258653 |
| 1819 | KOCHFOODS-0000258656 |
| 1820 | KOCHFOODS-0000266039 |
| 1821 | KOCHFOODS-0000267825 |
| 3006 | KOCH_0002118465 |
| 3007 | KOCH_0002118466 |
| 3008 | KOCH_0002222819 |
| 3009 | KOCH_0002222821 |
| 3010 | KOCHFOODS-0000097181 |
| 3011 | KOCHFOODS-0000098814 |
| 3012 | KOCHFOODS-0000125826 |
| 3013 | KOCHFOODS-0000143974 |
| 3014 | KOCHFOODS-0000195322 |
| 3015 | KOCHFOODS-0000203040 |
| 3016 | KOCHFOODS-0000203041 |
| 3017 | KOCHFOODS-0000227519 |
| 6125 | KOCH_0000555525 |
| 6126 | KOCH_0001097776 |
| 6127 | KOCH_0001108958 |
| 6128 | KOCH_0001115514 |
| 6129 | KOCH_0001118219 |
| 6130 | KOCH_0001130283 |
| 6131 | KOCH_0001175647 |
| 6132 | KOCH_0001188741 |
| 6133 | KOCH_0001256909 |
| 6134 | KOCH_0002062821 |
| 6135 | KOCH_0002259507 |
| 6136 | KOCH_0002515670 |
| 6137 | KOCHFOODS-0000008466 |
| 6138 | KOCHFOODS-0000055368 |
| 6139 | KOCHFOODS-0000055600 |
| 6140 | KOCHFOODS-0000067040 |
| 6141 | KOCHFOODS-0000067041 |
| 6142 | KOCHFOODS-0000071578 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 6143 | KOCHFOODS-0000071579 |
| 6144 | KOCHFOODS-0000088562 |
| 6145 | KOCHFOODS-0000110164 |
| 6146 | KOCHFOODS-0000122048 |
| 6147 | KOCHFOODS-0000128928 |
| 6148 | KOCHFOODS-0000135530 |
| 6149 | KOCHFOODS-0000157407 |
| 6150 | KOCHFOODS-0000185554 |
| 6151 | KOCHFOODS-0000192152 |
| 6152 | KOCHFOODS-0000207222 |
| 6153 | KOCHFOODS-0000606889 |
| 7004 | KOCH_0001173313 |
| 7005 | KOCH_0002192947 |
| 7006 | KOCHFOODS-0000535826 |
| 7007 | KOCHFOODS-0000535828 |
| 7008 | KOCHFOODS-0000545047 |
| 7009 | KOCHFOODS-0000546060 |
| 9012 | KOCH_0002515419 |
| 9013 | KOCHFOODS-0000006477 |
| 9014 | KOCHFOODS-0000128927 |
| 9015 | KOCHFOODS-0000229689 |
| 9152 | KOCH_0000055997 |
| 9153 | KOCH_0001229667 |
| 9154 | KOCHFOODS-0000099529 |
| 9155 | KOCHFOODS-0000174545 |
| 9156 | KOCHFOODS-0000217454 |

# Exhibit 7

| | |
|---|---|
| **From:** | Histed, Clifford |
| **To:** | Koenig, Michael (ATR); Donahue, Lauren Norris; Smith, Brian J.; Martinez, Michael E. |
| **Cc:** | Rogowski, Jillian (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Call, Heather (ATR) |
| **Subject:** | RE: Subpoena to Koch Foods |
| **Date:** | Wednesday, October 20, 2021 9:16:53 AM |
| **Attachments:** | image003.jpg |

Mike:

As I confirmed in an email to your team on September 10, and as we discussed on our September 14 telephone call, Koch Foods has accepted the trial subpoena for a custodian of records.  The witness is Stewart Ward.  Mr. Ward will be prepared to testify concerning topics about which he has first-hand knowledge, which will not conform to some of your desired list of topics.  Neither Koch Foods nor Mr. Ward have an obligation to custom-make testimony for the U.S. Department of Justice.

Your subpoena calls for Mr. Ward's attendance on October 25 while DOJ's previous emails said October 26.  You will be engaged in jury selection on October 25, and that process may continue into the following day(s).  Please clarify that you do not need Mr. Ward on October 25.

Finally, since it appears that the purpose of the desired testimony is to lay a foundation for admissibility of evidence, do you intend to call Mr. Ward to testify outside the presence of the jury pursuant to FRE 104(c) or to present him as a witness in your case-in-chief, understanding that his testimony may not live up to your expectations?

Cliff



**Clifford C. Histed**
Partner
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602-4207
Phone: 312-807-4448
Fax: 312-827-8062
clifford.histed@klgates.com
www.klgates.com

**From:** Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>
**Sent:** Wednesday, October 20, 2021 2:34 AM
**To:** Histed, Clifford <Clifford.Histed@klgates.com>; Donahue, Lauren Norris
<Lauren.Donahue@klgates.com>; michael.martinez@kogates.com; Smith, Brian J.
<Brian.J.Smith@klgates.com>
**Cc:** Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR)

&lt;Laura.Butte@usdoj.gov&gt;; Cheng, Cecilia (ATR) &lt;Yixi.Cheng@usdoj.gov&gt;; Torzilli, Paul (ATR)
&lt;Paul.Torzilli@usdoj.gov&gt;; Sweeney, Carolyn (ATR) &lt;Carolyn.Sweeney@usdoj.gov&gt;; Call, Heather
(ATR) &lt;Heather.Call@usdoj.gov&gt;
**Subject:** RE: Subpoena to Koch Foods

**External Sender:**

Cliff,

I sent the wrong version of the attachment. It is attached to this email with the subpoena. I should
also add that this version of the subpoena provides the additional specificity you requested.

Mike

---

**From:** Koenig, Michael (ATR)
**Sent:** Wednesday, October 20, 2021 3:29 AM
**To:** clifford.histed@klgates.com; lauren.donahue@klgates.com; michael.martinez@kogates.com;
brian.j.smith@klgates.com
**Cc:** Rogowski, Jillian (ATR) &lt;Jillian.Rogowski@usdoj.gov&gt;; Butte, Laura (ATR)
&lt;Laura.Butte@usdoj.gov&gt;; Cheng, Cecilia (ATR) &lt;Yixi.Cheng@usdoj.gov&gt;; Torzilli, Paul (ATR)
&lt;Paul.Torzilli@usdoj.gov&gt;; Sweeney, Carolyn (ATR) &lt;Carolyn.Sweeney@usdoj.gov&gt;; Call, Heather
(ATR) &lt;Heather.Call@usdoj.gov&gt;
**Subject:** Subpoena to Koch Foods

Cliff,

Please see the attached subpoena and confirm that you accept service. If you do not agree to accept
service, we will serve the subpoena by the traditional means. As you will see, Koch Foods must
produce a qualified witness or witnesses to testify to all of the topics listed on October 25, 2021, in
Denver, Colorado. There is no guarantee that the witness(es) will testify that day and will need to be
available until called to testify. If Koch does not provide a qualified witness or witnesses, the
government will pursue any and all available remedies with the Court.

Michael T. Koenig
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Room 11048
Washington, D.C. 20530
(202) 616-2165 (O)
(202) 476-0435 (C)

# Exhibit 8

| | |
|---|---|
| **From:** | Koenig, Michael (ATR) |
| **To:** | Histed, Clifford; Donahue, Lauren Norris; Smith, Brian J.; Martinez, Michael E. |
| **Cc:** | Rogowski, Jillian (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Call, Heather (ATR) |
| **Subject:** | RE: Subpoena to Koch Foods |
| **Date:** | Wednesday, October 20, 2021 8:45:44 PM |
| **Attachments:** | image001.jpg |
| | INVITATIONAL TRAVEL QUESTIONNAIRE.docx |

**External Sender:**

Cliff,

The government is not asking you to custom-make testimony. The subpoena is clear that Koch is required to produce a witness competent to testify about the subjects listed in Attachment A. If Mr. Ward is able to testify to only a subset of those subjects, then Koch needs to produce someone else to testify as well. Alternatively, if Koch does not employ someone competent to testify on the subjects Mr. Ward is unable to testify about because that person is employed by a vendor, please provide the name of the person/vendor. In the event Mr. Ward reveals there are others knowledgeable Koch employees while testifying at trial, the government will seek remedies for not complying with the subpoena.

If Koch wants the government to pay for Mr. Ward's travel, please fill out questions 1 and 2 of the attached document and return it immediately.

Mike

---

**From:** Histed, Clifford <Clifford.Histed@klgates.com>
**Sent:** Wednesday, October 20, 2021 10:17 AM
**To:** Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Donahue, Lauren Norris <Lauren.Donahue@klgates.com>; Smith, Brian J. <Brian.J.Smith@klgates.com>; Martinez, Michael E. <Michael.Martinez@klgates.com>
**Cc:** Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Subject:** [EXTERNAL] RE: Subpoena to Koch Foods

Mike:

As I confirmed in an email to your team on September 10, and as we discussed on our September 14 telephone call, Koch Foods has accepted the trial subpoena for a custodian of records.  The witness is Stewart Ward.  Mr. Ward will be prepared to testify concerning topics about which he has first-hand knowledge, which will not conform to some of your desired list of topics.  Neither Koch Foods nor Mr. Ward have an obligation to custom-make testimony for the U.S. Department of

Justice.

Your subpoena calls for Mr. Ward's attendance on October 25 while DOJ's previous emails said October 26.  You will be engaged in jury selection on October 25, and that process may continue into the following day(s).  Please clarify that you do not need Mr. Ward on October 25.

Finally, since it appears that the purpose of the desired testimony is to lay a foundation for admissibility of evidence, do you intend to call Mr. Ward to testify outside the presence of the jury pursuant to FRE 104(c) or to present him as a witness in your case-in-chief, understanding that his testimony may not live up to your expectations?

Cliff



**Clifford C. Histed**
Partner
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602-4207
Phone: 312-807-4448
Fax: 312-827-8062
clifford.histed@klgates.com
www.klgates.com

---

**From:** Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>
**Sent:** Wednesday, October 20, 2021 2:34 AM
**To:** Histed, Clifford <Clifford.Histed@klgates.com>; Donahue, Lauren Norris <Lauren.Donahue@klgates.com>; michael.martinez@kogates.com; Smith, Brian J. <Brian.J.Smith@klgates.com>
**Cc:** Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Subject:** RE: Subpoena to Koch Foods

Cliff,

I sent the wrong version of the attachment. It is attached to this email with the subpoena. I should also add that this version of the subpoena provides the additional specificity you requested.

Mike

**From:** Koenig, Michael (ATR)
**Sent:** Wednesday, October 20, 2021 3:29 AM
**To:** clifford.histed@klgates.com; lauren.donahue@klgates.com; michael.martinez@kogates.com; brian.j.smith@klgates.com
**Cc:** Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Subject:** Subpoena to Koch Foods

Cliff,

Please see the attached subpoena and confirm that you accept service. If you do not agree to accept service, we will serve the subpoena by the traditional means. As you will see, Koch Foods must produce a qualified witness or witnesses to testify to all of the topics listed on October 25, 2021, in Denver, Colorado. There is no guarantee that the witness(es) will testify that day and will need to be available until called to testify. If Koch does not provide a qualified witness or witnesses, the government will pursue any and all available remedies with the Court.

Michael T. Koenig
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Room 11048
Washington, D.C. 20530
(202) 616-2165 (O)
(202) 476-0435 (C)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Clifford.Histed@klgates.com.