# ATTACHMENT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | Case No. 16-cv-8637 |
| ) | |
| BROILER CHICKEN ANTITRUST ) | Judge Thomas M. Durkin |
| LITIGATION ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| *This Document Relates to All Actions* ) | |

**ORDER GRANTING THE UNITED STATES' EMERGENCY EX PARTE MOTION FOR A LIMITED LIFT OF ORDER SEALING ECF NO. 3617**

The United States' motion for a limited lift of the Court's Order at docket number 3615 sealing documents filed at docket number 3617 is **GRANTED**. The seal imposed by the Court's Order ECF No. 3615 granting "Defendants' Motion for Leave to File Under Seal Exs. A and B to Defendants' Response to All Plaintiffs' Motion to Amend," ECF No. 3613, is hereby lifted to the extent that

1. the United States may use and make public the redacted version of docket number 3617 contained in Attachment 1 to the United States' motion;

2. including for the purpose of authenticating exhibits and examining witnesses at trial in *United States v. Penn*, Criminal Action No.: 20-cr-00152-PAB (D. Colo.); and

3. the Court's Order ECF No. 3615 otherwise remains in effect.

SO ORDERED.
Date: October 25, 2021

_____
Magistrate Judge Jeffrey T. Gilbert
United States District Court

Government Exhibit
20-cr-152-PAB
9567

# EXHIBIT B
# (5/15/20 Motion for Leave to File Under Seal)

Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Tel: 404 815-3500
www.sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys At Law*

David C. Newman
Direct Tel:   404.815.3516
Direct Fax:  404.685.6816
dnewman@sgrlaw.com

January 28, 2020

**VIA E-MAIL**

Mindee J. Reuben
Lite DePalma Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102

In Re:  *Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)

Dear Mindee:

On behalf of the Mar-Jac Defendants, I write in response to your September 19, 2019 letter regarding the authenticity of those certain documents identified in Attachment A to your letter. Enclosed is a chart of Mar-Jac's responses and objections as to those documents.

It is premature for Mar-Jac to respond with respect to admissibility more generally at this time because, among other reasons, Plaintiffs have not identified the specific purpose for which they plan to use each of the documents identified in your Attachment A.

Sincerely,

*/s/ David C. Newman*

David C. Newman

cc:   Class Plaintiffs' Liaison Counsel
      Direct Action Plaintiffs' Liaison Counsel
      Ed Konieczny



Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | Munich | New York | Southampton | Washington D.C.

Case No. 1:20-cr-00152-PAB   Document 754-1   filed 10/28/21   USDC Colorado   pg 5 of 11

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 3 of 9 PageID #:309129

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 4 of 9 PageID #:309130

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 4 of 9 PageID #:309130

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 5 of 9 PageID #:309131

Case No. 1:20-cr-00152-PAB   Document 754-1   filed 10/28/21   USDC Colorado   pg 7 of 11

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 5 of 9 PageID #:309131

Case No. 1:20-cr-00152-PAB   Document 754-1   filed 10/28/21   USDC Colorado   pg 8 of 11

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 6 of 9 PageID #:309132

Case No. 1:20-cr-00152-PAB Document 754-1 filed 10/28/21 USDC Colorado pg 9 of 11

Case: 1:16-cv-08637 Document #: 5142-1 Filed: 10/25/21 Page 7 of 9 PageID #:309133

| Description | Exhibit Numbers | Authenticity |
|---|---|---|
| Handwritten notes | Plaintiff's Exhibit 2272 | No objection. |

