IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 27, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

   Defendants.

*Counsel:*

Michael T. Koenig
Carolyn M. Sweeney
Heather D. Call
Paul J. Torzilli
Jillian M. Rogowski
Laura J. Butte

Michael F. Tubach
Anna T. Pletcher
Jacqueline V. Roeder
Richard K. Kornfeld
Kelly L. Page
David M. Beller
Bryan B. Lavine
Megan C. Rahman
Michael S. Feldberg
Laura E. Carwile
Julie V. Withers
Elizabeth B. Prewitt
Marci G. LaBranche
Caroline Rivera
Roxann E. Henry
James A. Backstrom
Dennis J. Canty
John A. Fagg, Jr.
Frank E. Schall
Dru R. Nielsen
James P. McLoughlin, Jr.
Craig A. Gillen
Richard T. Tegtmeier
Wendy W. Johnson
Barry J. Pollack

## COURTROOM MINUTES

**JURY TRIAL - DAY 3**

| | |
|---|---|
| **8:26 a.m.** | **Court in session.** Jury not present. |
| | Defendants present on bond. |
| | Discussion regarding issues related to opening statements by counsel for defendants, use of laptops and tablets at Government's counsel table, issues related to custodial witnesses, and issues related to exchanged exhibits. |
| 8:48 a.m. | Jury enters. |
| 8:50 a.m. | Opening statement by Defendant Mikell Reeve Fries by Mr. Kornfeld. |
| 9:09 a.m. | Opening statement by Defendant Scott James Brady by Ms. Rahman. |
| 9:24 a.m. | Opening statement by Defendant Gary Brian Roberts by Mr. Gillen. |
| 9:44 a.m. | Opening statement by Defendant Timothy R. Mulrenin by Ms. Prewitt. |
| 10:05 a.m. | Jury excused. |
| | Discussion regarding objection by Government. |
| **10:06 a.m.** | **Court in recess.** |
| **10:29 a.m.** | **Court in session. Jury enters.** |
| 10:30 a.m. | Opening statement by Defendant William Vincent Kantola by Ms. Henry. |
| 10:59 a.m. | Opening statement by Defendant Rickie Patterson Blake by Mr. Pollack. |
| 11:19 a.m. | Government's witness **James Olson** sworn. |
| | Direct examination by Government by Ms. Sweeney.<br>***Exhibit(s) identified:*** 9251, 9236 |
| 12:00 p.m. | Jury excused. |
| | Discussion regarding an order filed this morning and filing a brief. |

**ORDERED:** Counsel shall file a brief over the lunch hour.

12:02 p.m.  Discussion regarding schedule of witnesses this afternoon.

**12:07 p.m.   Court in recess.**

**1:36 p.m.    Court in session.** Jury not present.

Discussion regarding stipulations.

1:39 p.m.   Jury enters.

Government's witness **James Olson** resumes.

Direct examination by Government continues by Ms. Sweeney.

**Exhibit(s) 9236, 9251 RECEIVED.**

2:06 p.m.   Bench conference regarding objection by Defendants.

2:19 p.m.   Direct examination by Government continues by Ms. Sweeney.

2:23 p.m.   Cross examination by Defendant Gary Brian Roberts by Mr. Gillen.

2:47 p.m.   Cross examination by Defendant Jayson Jeffrey Penn by Mr. Tubach.
*Exhibit(s) identified:     C-755, C-754, H-609, H-610, H-611, H-612*

**Exhibit(s) C-755, C-754 (p. 2 only) RECEIVED.**

3:15 p.m.   Jury excused.

Discussion regarding time necessary for recess.

**3:17 p.m.    Court in recess.**

**3:37 p.m.    Court in session.** Jury enters.

3:39 p.m.   Government's witness **James Olson** resumes.

Cross examination by Defendant Jayson Jeffrey Penn continues by Mr. Tubach.
*Exhibit(s) identified:     C-116, C-781*

**Exhibit C-116 REFUSED.**

3:54 p.m.   Bench conference regarding objection by Government.

| | |
|---|---|
| 3:57 p.m. | Cross examination by Defendant Jayson Jeffrey Penn continues by Mr. Tubach.<br>***Exhibit(s) identified:***     ***F-815*** |
| 4:06 p.m. | Cross examination by Defendant William Wade Lovette by Mr. McLoughlin.<br>***Exhibit(s) identified:***     ***C-755, C-781, C-121*** |

**Exhibit C-121 REFUSED.**

| | |
|---|---|
| 4:37 p.m. | Cross examination by Defendant William Vincent Kantola by Ms. Henry. |
| 4:38 p.m. | Cross examination by Defendant Mikell Reeve Fries by Mr. Beller. |
| 4:40 p.m. | Cross examination by Defendant Rickie Patterson Blake by Ms. Johnson. |
| 4:46 p.m. | Re-direct examination by Government by Ms. Sweeney. |
| 4:51 p.m. | Government's witness **Melissa Lee Sandoval** sworn.<br><br>Direct examination by Government by Ms. Ragowski.<br>***Exhibit(s) identified:***     ***9556*** |
| 5:04 p.m. | Jury excused for the evening and shall report back on October 28, 2021, at 8:30 a.m.<br><br>Court's remarks regarding phones ringing in the courtroom. |
| 5:06 p.m. | Discussion regarding examination of witness Robert Bryant, which will be addressed tomorrow morning, at 8:00 a.m. |
| 5:10 p.m. | Discussion regarding obtaining supplemental exhibit lists. |
| 5:14 p.m. | Discussion regarding protocol for authentication witnesses, Government exhibits 9251 and 9236, briefs filed over the lunch recess, and providing marked exhibits to the Court. |

**ORDERED: Bond is CONTINUED as to all defendants.**

**5:22 p.m.     Court in recess.     Trial continued.     Total time in court:     6:44**