IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | |
| 1.    JAYSON JEFFREY PENN, | |
| 2.    MIKELL REEVE FRIES, | |
| 3.    SCOTT JAMES BRADY, | No. 20-cr-00152-PAB |
| 4.    ROGER BORN AUSTIN, | |
| 5.    TIMOTHY R. MULRENIN, | |
| 6.    WILLIAM VINCENT KANTOLA, | |
| 7.    JIMMIE LEE LITTLE, | |
| 8.    WILLIAM WADE LOVETTE, | |
| 9.    GARY BRIAN ROBERTS, and | |
| 10.  RICKIE PATTERSON BLAKE, | |
|     Defendants. | |

**CERTAIN DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR MOTION REGARDING IMMUNITY DOCUMENT TO BE USED DURING THE TESTIMONY OF ROBERT BRYANT**

The undersigned Defendants, by and through their counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict Certain Defendants' Motion Regarding Immunity Document to be Used During the Testimony of Robert Bryant, and its related exhibits. Doc. 767; Doc. 767-1; Doc. 767-2; Doc. 767-3. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 2 restriction of the motion and its exhibits is necessary because the motion relates to confidential discussions between the parties and their proposals for documents discussing certain immunity issues. Level 2 restriction is also appropriate because a number of non-parties have entered appearances in these proceedings and would have access to a Level 1 filing. Accordingly, Defendants

1

respectfully request leave to restrict at Level 2.

| | |
|---|---|
| Dated:  November 1, 2021 | Respectfully submitted, |

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  November 1, 2021

*s/ Michael F. Tubach*

Michael F. Tubach