IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 28, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael T. Koenig |
| | Carolyn M. Sweeney |
| | Heather D. Call |
| | Paul J. Torzilli |
| | Jillian M. Rogowski |
| | Laura J. Butte |
| Plaintiff, | |
| v. | |
| 1.  JAYSON JEFFREY PENN, | Michael F. Tubach |
| | Anna T. Pletcher |
| | Jacqueline V. Roeder |
| 2. MIKELL REEVE FRIES, | Richard K. Kornfeld |
| | Kelly L. Page |
| | David M. Beller |
| 3. SCOTT JAMES BRADY, | Bryan B. Lavine |
| | Megan C. Rahman |
| 4. ROGER BORN AUSTIN, | Michael S. Feldberg |
| | Laura E. Carwile |
| | Julie V. Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth B. Prewitt |
| | Marci G. LaBranche |
| | Caroline Rivera |
| 6. WILLIAM VINCENT KANTOLA, | Roxann E. Henry |
| | James A. Backstrom |
| 7. JIMMIE LEE LITTLE, | Dennis J. Canty |
| 8. WILLIAM WADE LOVETTE, | John A. Fagg, Jr. |
| | Frank E. Schall |
| | Dru R. Nielsen |
| | James P. McLoughlin, Jr. |
| 9. GARY BRIAN ROBERTS, and | Craig A. Gillen |
| | Richard T. Tegtmeier |
| 10.  RICKIE PATTERSON BLAKE, | Wendy W. Johnson |
| | Barry J. Pollack |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 4**

**8:03 a.m.**      **Court in session. Jury not present.**

Defendants present on bond.

Defendants' Motion [ECF 739] is raised for argument.

8:04 a.m.      Argument by counsel.

**ORDERED:** Defendants' Motion [ECF 739] is **GRANTED IN PART and DENIED IN PART.**

8:19 a.m.      Discussion regarding issues related to Government's exhibit 1030.

**ORDERED:** **RULING IS RESERVED** on Defendants' Motion [ECF 749].

8:21 a.m.      Discussion regarding preliminary matters, objections to documents, and schedule for today.

**8:39 a.m.**      **Court in recess.**

**9:33 a.m.**      **Court in session.** Jury not present.

Discussion regarding progress on stipulations as to custodian witnesses.

9:38 a.m.      Jury enters.

9:40 a.m.      Government's witness **Melissa Lee Sandoval** resumes.

Direct examination by Government continues by Ms. Ragowski.

**Exhibit(s) 352, 352-1, 495, 495-1, 496, 497, 497-1, 499, 499-1, 499-2, 499-3, 590, 590-1, 625, 625-1, 764, 764-1, 980, 980-1, 981, 981-1, 1232, 1232-1, 1236, 1236-1, 1237, 1237-1, 1240, 1240-1, 1241, 1241-1, 1249, 1249-1, 1426, 1426-1, 1428, 1428-1, 1443, 1443-1, 1444, 1444-1, 1614, 1614-1, 1733, 1733-1, 1959, 1959-1, 1960, 1960-1, 1961, 1961-1, 1963, 1963-1, 8024, 8025, 8026, 8071, 8027, 8028, 2029, 8030, 8031, 8032, 8033, 8072, 8073, 8034, 8035, 8036, 8074, 8037, 8075, 8076, 8077, 8078, 8038, 8039, 8079, 8080, 8081, 8082, 8040, 8083, 8084, 8046, 8047, 8048, 8049, 8050, 8051, 8071, 8072, 8073, 8074, 8075, 8076, 8077, 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085 RECEIVED.**

| | |
|---|---|
| 9:48 a.m. | Government's witness **Matthew Wayne Bunch** sworn. |
| | Direct examination by Government by Ms. Butte.<br>*Exhibit(s) identified:*    9556, 114, 230, 232 |
| 9:59 a.m. | Bench conference regarding objection by Defendants. |
| 10:04 a.m. | Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack<br>*Exhibit(s) identified:*    114 |
| 10:11 a.m. | Government's witness **Carolyn Sue Arens** sworn. |
| | Direct examination by Government by Ms. Butte.<br>*Exhibit(s) Identified:*    9549 |
| 10:16 a.m. | Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt.<br>*Exhibit(s) identified:*    H-675, H-676 |
| 10:23 a.m. | Bench conference regarding exhibits. |
| 10:29 a.m. | Government's witness **Stephen Gresch** sworn. |
| | Direct examination by Government by Ms. Butte.<br>*Exhibit(s) identified:*    9552, 244, 3074, 9211, 9212, 9214 |
| 10:42 a.m. | Jury excused. |
| | Court's remarks to counsel regarding issue to take up after the break. |
| **10:43 a.m.** | **Court in recess.** |
| **10:59 a.m.** | **Court in session.** Jury not present. |
| | Discussion regarding declaration in lieu of a certification. |
| 11:02 a.m. | Jury enters. |
| 11:03 a.m. | Government's witness **Stephen Gresch** resumes. |
| | Direct examination by Government continues by Ms. Butte. |
| 11:06 a.m. | Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt. |

| | |
|---|---|
| 11:18 a.m. | Government's witness **Bill Kent** sworn. |
| | Direct examination by Government by Ms. Rogowski.<br>***Exhibit(s) Identified:***     9554 |
| 11:38 a.m. | Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack. |
| 11:43 a.m. | Cross examination by Defendant William Vincent Kantola by Ms. Henry. |
| 11:44 a.m. | Cross examination by Defendant William Wade Lovette Mr. Fagg. |
| 11:46 a.m. | Cross examination by Defendant Jayson Jeffrey Penn Mr. Tucach. |
| 11:48 a.m. | Re-direct examination by Government by Ms. Rogowski.<br>***Exhibit(s) Identified:***     1136 |
| 11:53 a.m. | Government's witness **Robert Hood** sworn. |
| | Direct examination by Government by Ms. Rogowski.<br>***Exhibit(s) Identified:***     9553 |
| 11:59 a.m. | Jury excused. |
| | Discussion regarding any issues to be addressed and there are no issues. |
| **12:01 p.m.** | **Court in recess.** |
| **1:32 p.m.** | **Court in session.** Jury not present. |
| | Discussion regarding how to refer to civil litigation during examination of witnesses. |
| 1:41 p.m. | Jury enters. |
| | Government's witness **Robert Hood** resumes. |
| | Direct examination by Government continues by Ms. Rogowski.<br>***Exhibit(s) identified:***     9531, 9533, 9553 |
| 1:59 p.m. | Cross examination by Defendant Rickie Patterson Blake by Ms. Johnson. |
| 2:06 p.m. | Re-direct examination by Government by Ms. Rogowski. |

| Time | Event |
|---|---|
| 2:12 p.m. | Government's witness **Lumakar Challa** sworn. |
| | Direct examination by Government by Ms. Rogowski. *Exhibit(s) identified:* 9551 |
| 2:29 p.m. | Cross examination by Defendant William Wade Lovette by Mr. Fagg. |
| 2:39 p.m. | Cross examination by Defendant Jimmie Lee Little by Mr. Canty. |
| 2:43 p.m. | Re-direct examination by Government by Ms. Rogowski. *Exhibit(s) identified:* 9254 |
| 2:49 p.m. | Government's witness **Sean King** sworn. |
| | Direct examination by Government by Ms. Rogowski. |
| 3:00 p.m. | Cross examination by Defendant Jimmie Lee Little by Mr. Canty. |
| 3:02 p.m. | Re-direct examination by Government by Ms. Rogowski. |
| 3:05 p.m. | Government's witness **Theodore Spanglisp** sworn. |
| | Direct examination by Government by Ms. Rogowski. *Exhibit(s) identified:* 9557 |
| 3:15 p.m. | jury excused. |
| | Counsel indicates there are no issues to address. |
| **3:16 p.m.** | **Court in recess.** |
| **3:36 p.m.** | **Court in session.** Jury not present. |
| 3:40 p.m. | Jury enters. |
| | Government's witness **Theodore Spanglis** resumes. |
| | Direct examination by Government continues by Ms. Rogowski. |

**Exhibit(s) 572, 3028, 1104, 1105, 1226, 1529, 1530, 1531, 1532, 1524, 1525, 1583, 1584, 1825, 1826, 9504, 9505, 9166, 9168 RECEIVED.**

| | |
|---|---|
| 3:58 p.m. | Government's witness **Stewart Ward** sworn. |
| | Direct examination by Government by Mr. Koenig.<br>***Exhibit(s) identified:*** ***9501, 9595, 1025, 1026*** |
| 4:28 p.m. | Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack.<br>***Exhibit(s) identified:*** ***9595*** |
| 4:30 p.m. | Government's witness **Gregory Scott Finch** sworn. |
| | Direct examination by Government by Ms. Sweeney.<br>***Exhibit(s) identified:*** ***9594, 500, 503, 579, 702, 703, 762, 100, 1402, 1435, 1500, 1501, 1505, 1506, 1507, 1508, 3001, 900-1, 900, 9143, 1508*** |

**Exhibit(s) 900, 1508 RECEIVED.**

| | |
|---|---|
| 5:07 p.m. | Cross examination by Defendant Mikell Reeve Fries by Mr. Kornfeld. |
| 5:13 p.m. | Jury excused until Monday, November 1, 2021, at 8:30 a.m. |
| | Discussion regarding text messages produced by Government. |

**ORDERED:   Bond is CONTINUED as to all defendants.**

**5:16 p.m.   Court in recess.   Trial continued.   Total time in court:   6:11**