**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 15, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

<u>Parties:</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

    Defendants.

<u>Counsel:</u>

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

Michael Tubach
Anna Pletcher
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Craig Gillen
Richard Tegtmeier
Wendy Johnson
Barry Pollack

## COURTROOM MINUTES

**JURY TRIAL – DAY 14**

**8:18 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding sick juror, scheduling the testimony of Mr. Skalak, pending motions, and testimony by Mr. Brink related to confidentiality agreements.

**ORDERED:** United States' Motion to Exclude Sequestered Documents [831] is DENIED as MOOT.  Documents are to be produced to Defendants, as discussed.

**ORDERED:** Defendants' Motion to Exclude Any Reference to Confidentiality Agreements [819] is GRANTED, as stated on record.

**ORDERED:** Defendants Mikell Fries and Scott Brady's Motion to Exclude the Testimony of Joseph Brink [833] is DENIED, as stated on record.

**9:21 a.m.**     **Court in recess.**
**10:16 a.m.**    **Court in session.**

**ORDERED:** United States' Motion for Ruling Regarding Authentication of Evidence Pursuant to Federal Rule of Evidence 902(14) [824] is GRANTED.

Discussion regarding scheduling Mr. Skalak's testimony.

Statement by Mr. Skalak's attorney, Craig Lee.  The Court will meet with Mr. Lee *in camera* regarding the issue.

**10:27 a.m.**    **Court in recess.**
**10:44 a.m.**    **Court in session.**

Discussion regarding *in camera* discussion.  The Court advises counsel that it will permit Mr. Skalak to testify on November 23, 2021 and November 24, 2021.  Mr. Beller suggests recording Mr. Skalak's testimony to play back to the jury.

**10:56 a.m.**    **Court in recess.**
**11:09 a.m.**    **Court in session.**

Discussion regarding sick juror.

11:11 a.m.     Jury present.

Court advises jury about the sick juror.  Jury confirms they are fine with sick juror returning tomorrow.

11:13 a.m.     Jury excused until November 16, 2021 at 8:30 a.m.

Discussion regarding recording Mr. Skalak's testimony.  Court advises counsel to arrange for a videographer.

**11:17 a.m.     Court in recess.**
**11:43 a.m.     Court in session.**

Mr. Beller informs the Court that a videographer will be available in the afternoon.  If a professional videographer is not available, defendants consent to proceed with the Court's video system.

**11:48 a.m.     Court in recess.**
**1:34 p.m.      Court in session.**

Cross examination of Mr. Skalak is set to continue outside of the jury's presence.  The testimony will be videotaped and played back to the jury tomorrow.

1:40 p.m.      Continued cross examination of Mr. Skalak by Mr. Beller.

2:00 p.m. – 2:04 p.m.      Bench conference.

Continued cross examination of Mr. Skalak by Mr. Beller.

**3:14 p.m.      Court in recess.**
**3:31 p.m.      Court in session.**

Continued cross examination of Mr. Skalak by Mr. Beller.

3:49 p.m.      Cross examination of Mr. Skalak by Mr. McLoughlin.

3:58 p.m.      Cross examination of Mr. Skalak by Ms. Johnson.

3:59 p.m.      Redirect examination of Mr. Skalak by Ms. Sweeney.

Discussion regarding scheduling.

**4:15 p.m.      Court in recess.**
**4:32 p.m.      Court in session.**

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness. Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling and playing Mr. Skalak's testimony.

**ORDERED:   Bond is continued as to all defendants.**

**5:35 p.m.     Court in recess.**

Trial continued.
Total time in court:    5:06