IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  November 16, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

Defendants.

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

Michael Tubach
Anna Pletcher
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Craig Gillen
Richard Tegtmeier
Wendy Johnson
Barry Pollack

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 15**

**8:32 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding the recording of Mr. Skalak's testimony.

8:37 a.m.     Jury present.

8:38 a.m. – 10:17 a.m.     Cross examination of Mr. Skalak by Mr. Beller by videotape played to jury.

Jury excused.

**10:17 a.m.     Court in recess.**
**10:37 a.m.     Court in session.**

Jury present.

10:40 a.m. – 10:58 a.m.     Cross examination of Mr. Skalak by Mr. Beller, Mr. McLoughlin, and Ms. Johnson by videotape played to jury.

10:58 a.m. – 11:14 a.m.     Redirect examination of Mr. Skalak by Ms. Sweeney by videotape played to jury.

11:14 a.m. – 11:21 a.m.     Bench conference.

**Exhibits 9714 and 9715 are admitted.**

11:25 a.m. – 11:26 a.m.     Bench conference.

**Exhibits 355, 920, 982, 1615, 1700, 1713, 1734, 1822, 6235, 1846, 1847, 1848, 1849, 1850, 1851, 1852, 1853, 1854, and 1855 are admitted.**

11:47 a.m. – 11:54 a.m.     Bench conference.

**Exhibits 1856, 1858, 1862, 1894, and 1864 are admitted.**

Government witness, Gary Weeks, sworn.

11:59 a.m.     Direct examination of Mr. Weeks by Ms. Butte.

12:06 p.m. – 12:20 p.m.     Bench conference.

Continued direct examination of Mr. Weeks by Ms. Butte.

Jury excused.

Discussion regarding the video testimony, as edited, of Mr. Skalak.

**Court Exhibit 1** will be identified as the edited copy of Mr. Skalak's cross and redirect examinations.

Discussion regarding juror with something in his ear.  Court will further inquire and report back to counsel.

**12:30 p.m.     Court in recess.**
**1:52 p.m.      Court in session.**

Discussion regarding documents produced within the last week related to Pollo Tropical that will be introduced during Mr. Brink's testimony.

1:58 p.m.     Jury present.

**Exhibits 739, 744, 710, 711, 733, 731, 732, 9723, 702, 703, 752, 753, 754, 755, 756, 757, 758, 751, 748, 749, and 9724 are admitted.**

Government witness, Joseph Brink, sworn.

2:16 p.m.     Direct examination of Mr. Brink by Mr. Torzilli.

2:22 p.m. – 2:29 p.m.     Bench conference.

Continued direct examination of Mr. Brink by Mr. Torzilli.

**Exhibit 9740 is admitted.**

3:10 p.m. – 3:29 p.m.     Bench conference.

Jury excused.

**3:31 p.m.     Court in recess.**
**3:50 p.m.     Court in session.**

Discussion regarding scheduling.

4:09 p.m.   Jury present.

Continued direct examination of Mr. Brink by Mr. Torzilli.

4:24 p.m. – 4:25 p.m.   Bench conference.

Continued direct examination of Mr. Brink by Mr. Torzilli.

4:30 p.m. – 4:34 p.m.   Bench conference.

Continued direct examination of Mr. Brink by Mr. Torzilli.

**Exhibits 548 and 566 are admitted.**

Jury excused until November 17, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:02 p.m.   Court in recess.**

Trial continued.
Total time in court:   6:29