# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 7, 2021 |
| Courtroom Deputy: Sabrina Grimm/Robert Keech | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski
Cecilia Cheng

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

   Michael Tubach
   Anna Pletcher
   Brian Quinn

2. MIKELL REEVE FRIES,

   Richard Kornfeld
   David Beller
   Kelly Page

3. SCOTT JAMES BRADY,

   Bryan Lavine
   Megan Rahman
   Laura Kuykendall

4. ROGER BORN AUSTIN,

   Michael Feldberg
   Laura Carwile
   Julie Withers

5. TIMOTHY R. MULRENIN,

   Elizabeth Prewitt
   Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

   Roxann Henry
   James Backstrom

7. JIMMIE LEE LITTLE,

   Mark Byrne
   Dennis Canty

8. WILLIAM WADE LOVETTE,

   John Fagg, Jr.
   Frank Schall
   Dru Nielsen
   James McLoughlin
   Catherine Prater

9. GARY BRIAN ROBERTS, and

   Craig Gillen
   Richard Tegtmeier

| | |
|---|---|
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 23**

**8:30 a.m.    Court in session.**

Defendants' presence is not required for today's hearing.

Discussion regarding jury instructions.

**10:20 a.m.   Court in recess.**
**10:38 a.m.   Court in session.**

Continued discussion regarding jury instructions.

**12:03 p.m.   Court in recess.**
**1:07 p.m.    Court in session.**

Discussion regarding posterboards that will be used for closings and jury instructions.

**3:17 p.m.    Court in recess.**
**3:38 p.m.    Court in session.**

Further discussion regarding posterboards that will be used for closings, jury Instructions, and verdict form.

Discussion regarding the possibility of the jury deliberating on Friday, December 10, 2021.

**5:52 p.m.    Court in recess.**

Trial continued.
Total time in court:    07:39