# <u>Exhibit A</u>

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1522 | Email chain between Jayson Penn, Bill Lovette, Scott Tucker, and Roger Austin on or about 11/30/2012 attaching Excel spreadsheet (PILGRIMS-0002671675). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 73-77); Duplicative of 1567 and 1568 | Admitted without a witness (11.9.21 Trial Tr. at 2158:13-14); Excluded GXs 1567 and 1568 as duplicative of GX 1522 (11.9.21 Trial Tr. at 2158:2-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1544 | Email chain between Roger Austin, Jayson Penn, Jason McGuire Justin Gay, and Scott Tucker on or about 11/29/2012 (PILGRIMS-DOJ-0000383926). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 60-63, 66-68) | Admitted without a witness (11.9.21 Trial Tr. at 2141:22-23) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1547 | Email chain between Jayson Penn, Scott Tucker, Roger Austin, and Jason McGuire on or about 11/30/2012 (PILGRIMS-DOJ-0000513615). | Was not included on the James Log and does not satisfy 801(d)(2)(E); objection to the Government's argument that "questions are simply not assertive of anything and are therefore not hearsay"; statements are hearsay that do not satisfy any exception (11.9.21 Trial Tr. at 2358:13-21)

Rule of Completeness - Penn requested that DX E-570 also be admitted; briefing was submitted by Penn, Blake, and the government (Dkts. 814, 815, 816, 817) (11.10.21 Trial Tr. at 2377:14-24) | Admitted without witness with limiting instruction, and the Court required that DX E-570 also be admitted under the Rule of Completeness (11.10.21 Trial Tr. at 2377:2-24) | **Rule of Completeness** - As at the first trial, this exhibit must be considered with DX E-570 (11.10.21 Trial Tr. at 2377:2-24)

**Limiting Instruction** - This exhibit should be subject to the same limiting instruction as at the first trial: the upper email may be considered against Mr. Penn only. |

1

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1567 | Email between Scott Tucker, Jayson Penn, and Roger Austin on or about 11/30/2012 attaching spreadsheet (PILGRIMS-DOJ-0000333156). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 73-77) (different exhibit but same statements)<br><br>Objection to admitting GXs 1522 and 1523 and GXs 1567 and 1568 as duplicative (11.9.21 Trial Tr. at 2158:2-22) | EXCLUDED as duplicative of GXs 1522 and 1523 (11.9.21 Trial Tr. at 2158:2-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Duplicative** - As at the first trial, this exhibit should be excluded as duplicative of GX 1522 and 1523. |
| GX 1722 | Email chain between Roger Austin and Jayson Penn on or about 1/29/2013 (PILGRIMS-0009043857). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 86-87) | Admitted without witness (11.18.21 Unofficial Tr. at 61:3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1855 | Text message from Tim Stiller to Jayson Penn on or about 2/18/2017 (PILGRIMS-DOJ-0000915340). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 476-77), Misleading by Penn as to the order this exhibit is presented to the jury in relation to other exhibits with text messages. (11.12.21 Unofficial Tr at 41:5-44:19) | Admitted without witness (11.12.21 Unofficial Tr. at 44:18-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1864 | Text message from Jayson Penn to Tim Stiller on or about 2/21/2017 (PILGRIMS-DOJ-0000915538). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 482-83) | Admitted without witness (11.12.21 Unofficial Tr. at 47:14-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1966 | Handwritten notes of Jayson Penn (PILGRIMS-0009771048). | N/A | New exhibit | **Authentication/Lack of Foundation** - Without foundational testimony, the government cannot establish what these undated notes are, why they are relevant, or how they relate to the remainder of the pages of the notebook. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Relevance** – The government cannot establish that these undated notes (1) were made within the charged conspiracy period and (2) relate to the conduct charged in the indictment.<br><br>**Rule 403** - To the extent the Court finds the exhibit relevant, any relevance is outweighed by the danger of misleading the jury by permitting the government to argue that the exhibit relates to the charged conduct without an evidentiary basis.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy.<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Rule of Completeness** – This exhibit is a single page of notes excerpted from a larger compilation. If admitted, the notes require additional context before they can fairly be considered. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |
| GX 1967 | Handwritten notes of Jayson Penn (PILGRIMS-0009771049). | N/A | New exhibit | **Authentication/Lack of Foundation** - Without foundational testimony, the government cannot establish what these undated notes are, why they are relevant, or how they relate to the remainder of the pages of the notebook.

**Relevance** – The government cannot establish that these undated notes (1) were made within the charged conspiracy period and (2) relate to the conduct charged in the indictment.

**Rule 403** - To the extent the Court finds the exhibit relevant, any relevance is outweighed by the danger of misleading the jury by permitting the government to argue that the exhibit relates to the charged conduct without an evidentiary basis.

**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).

**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | | | the government should not be permitted to admit a copy.<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Rule of Completeness** - This exhibit is a single page of notes excerpted from a larger compilation. If admitted, the notes require additional context before they can fairly be considered.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1968 | Handwritten notes of Jayson Penn (PILGRIMS-0009771147). | N/A | New exhibit | **Authentication/Lack of Foundation** - Without foundational testimony, the government cannot establish what these undated notes are, why they are relevant, or how they relate to the remainder of the pages of the notebook.<br><br>**Relevance** – The government cannot establish that these undated notes (1) were made within the charged conspiracy period and (2) relate to the conduct charged in the indictment.<br><br>**Rule 403** - To the extent the Court finds the exhibit relevant, any relevance is outweighed by the danger of misleading the jury by permitting the government to argue that the exhibit relates to the charged conduct without an evidentiary basis.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy.<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the |

6

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Rule of Completeness** - This exhibit is a single page of notes excerpted from a larger compilation. If admitted, the notes require additional context before they can fairly be considered.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1970 | Handwritten notes of Jayson Penn (PILGRIMS-DOJ-0000511800). | N/A | New exhibit | **Authentication/Lack of Foundation** - Without foundational testimony, the government cannot establish what these undated notes are, why they are relevant, or how they relate to the remainder of the pages of the notebook.<br><br>**Relevance** – The government cannot establish that these undated notes (1) were made within the charged conspiracy period and (2) relate to the conduct charged in the indictment.<br><br>**Rule 403** - To the extent the Court finds the exhibit relevant, any relevance is outweighed by the danger of misleading the jury by permitting the government to argue that the exhibit relates to the charged conduct without an evidentiary basis.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | the government should not be permitted to admit a copy.<br><br>**Rule of Completeness** - This exhibit is a single page of notes excerpted from a larger compilation. If admitted, the notes require additional context before they can fairly be considered.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant.<br><br>**Duplicative** - This exhibit is the same as GX 1966. |
| GX 1971 | Handwritten notes of Jayson Penn (PILGRIMS-DOJ-0000511801). | N/A | New exhibit | **Authentication/Lack of Foundation** - Without foundational testimony, the government cannot establish what these undated notes are, why they are relevant, or how they relate to the remainder of the pages of the notebook.<br><br>**Relevance** – The government cannot establish that these undated notes (1) were made within the charged conspiracy period and (2) relate to the conduct charged in the indictment.<br><br>**Rule 403** - To the extent the Court finds the exhibit relevant, any relevance is outweighed by the danger of misleading the jury by permitting the government to argue that the exhibit relates to the charged conduct without an evidentiary basis. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy.<br><br>**Rule of Completeness** - This exhibit is a single page of notes excerpted from a larger compilation. If admitted, the notes require additional context before they can fairly be considered.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant.<br><br>**Duplicative** - This exhibit is the same as GX 1967. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 2000 | Email chain between Jayson Penn, Fabio Sandri, and Bill Lovette on or about 12/22/2014 (PILGRIMS-0005858337). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 557-61); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without witness (11.12.21 Unofficial Tr. at 200:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 2001 | Email chain between Jayson Penn, Chad Baker, and Bill Lovette on or about 11/26/2014 (PILGRIMS-0006956340). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 371-73); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Limiting instructions requested (11.12.21 Unofficial Tr. at 195:22-197:21) | Admitted without witness with limiting instruction that Mr. Baker's statements can be considered only for their effect on the listener (11.12.21 Unofficial Tr. at 198:3-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - The statements of Chad Baker should be subject to the same limiting instruction given at the first trial (11.12.21 Unofficial Tr. at 198:3-6). |
| GX 2002 | Email chain between Jayson Penn, Bill Lovette, and Chad Baker on or about 11/26/2014 (PILGRIMS-0006956343). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 374-77); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Limiting instructions requested (11.12.21 Unofficial Tr. at 198:19-200:1) | Admitted without witness with limiting instruction that Mr. Baker's statements can be considered only for their effect on the listener (11.12.21 Unofficial Tr. at 200:1-3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - The statements of Chad Baker are hearsay and should be subject to the same limiting instruction given at the first trial (11.12.21 Unofficial Tr. at 200:1-3). |
| GX 2005 | Email chain between Jayson Penn, John Curran, and Bill Lovette on or about 11/25/2014 (PILGRIMS-0009084158). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 365-71); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Objected on the basis that | Admitted without witness (11.12.21 Unofficial Tr. at 195:13-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

11

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | GX 2005 is a different version of a document the government had on the James log (GX 2004, entry 193) (11.12.21 Unofficial Tr. at 194:18-195:12) | | |
| GX 3025 | Email between Jayson Penn and Bill Lovette on or about 07/24/2013 (PILGRIMS-0009051822). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 134-36); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); No additional objections (11.18.21 Unofficial Tr. at 144:12-15) | Admitted without witness (11.18.21 Unofficial Tr. at 144:18) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 3037 | Email chain between Jayson Penn, Jason McGuire, Brenda Ray, Rob Alsberg, and Jimmie Little, among others, on or about 9/1/2012 (PILGRIMS-DOJ-0000509304). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 27-29); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); No additional objections | Admitted without witness, but with limiting instruction on the lower email. (11.5.21 Trial Tr. at 1768:23-1769:10). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - The lower email in this exhibit should be subject to the same limiting instruction given at the first trial: The jury can consider the email to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy. (11.5.21 Trial Tr. at 1768:23-1769:10). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|----------------------------|----------------|
| GX 6198 | Email chain between Larry Pate, Brenda Ray, Jayson Penn, Rob Alsberg, and Craig Kasmier, among others on or about 8/31/2012 (PILGRIMS-DOJ-0000447738). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 25-27); Hearsay. (11.5.21 Trial Tr. at 1701:1-3, 1760:14-1761:3); Authenticity as to Pilgrim's documents (11.5.21 Trial Tr. at 1742:11-1743:8); Prejudicial and misleading as to Mr. Blake because reference to George's incorrectly implies Mr. Blake was involved (11.5.21 Trial Tr. at 1766:16-23) | Admitted without witness with limiting instruction (11.5.21 Trial Tr. at 1761:4-10; 11.8.21 Trial Tr. 1868:25-1869:4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). <br><br> **Limiting Instruction** - This exhibit should be subject to the same limiting instruction as at the first trial: the jury can consider this particular exhibit for the proof of the existence of a conspiracy, but not as to whether any defendant was a member of that conspiracy and it is admitted. (11.8.21 Trial Tr. 1868:25-1869:4) |
| GX 6331 | Email chain between Eric Oare, Tim Stiller, Terri Ferguson, Roger Austin, and Jayson Penn, among others, on or about 11/17/2014 (PILGRIMS-0003619232). | N/A | New exhibit | **Authentication** - This document has not been authenticated  (FRE 901). <br><br> **Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). <br><br> **Relevance** - This email relates to a customer who was not identified as a victim, and it is therefore irrelevant. To the extent the government is seeking to bring new allegations not included in the indictment, it violates Due Process. <br><br> **Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
|  |  |  |  | statements cannot be considered against defendants other than the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 6346 | Email between Bill Lovette, Roger Austin, Jayson Penn, Jason McGuire, Chad Baker, and David Blackmon on or about 9/5/2014 (PILGRIMS-DOJ-0001533192). | N/A | New exhibit | **Authentication** - The document cannot be authenticated without a sponsoring witness.<br><br>**Relevance** - The email chain is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance. Specifically, this document is an internal communication between employees at Pilgrim's Pride and does not discuss contract negotiations,  competitor's bids or pricing.<br><br>**Rule 403** - To the extent the Court finds this document relevant, any probative value is outweighed by its prejudicial nature. Without a sponsoring witness to testify regarding this document, the jury is left to speculate what this discussion is about and the source of this information. Nothing on this document can be identified as relating to contract negotiations, bids or contract prices. Without a sponsoring witness to cross examine about this document, the notes, on their own, are confusing, misleading and more prejudicial than probative. Additionally, this document will waste time as it will require Defendants to present additional defense to explain to the jury how these notes are not related to any of the facts in the case, resulting in an undue delay in an already lengthy trial.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). Additionally, this document should not be admitted under Rule 801(d)(2)(E) because there is nothing in this document that suggests it was a communication made by a co-conspirator in furtherance of the conspiracy. This document is also not admissible as a statement of a party opponent because there is nothing in this document to establish who wrote these notes. Because the Government has failed to establish that these are the notes of a defendant the proper foundation has not been laid to admit this document pursuant to 801(d)(2)(a). Furthermore, there is nothing to suggest that the content of this document is an assertion by the person who wrote it and therefore is not a statement under Ruel 801(a) nor is it a statement against the unidentified declarant's interest.<br><br>**Limiting Instruction** - To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 6347 | Email between Tim Stiller, Bill Lovette, and Jayson Penn on or about 9/17/2015 (PILGRIMS-DOJ-0002732328). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Relevance** - This document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E) and therefore is not admissible because the declarant is not a party opponent. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 6348 | Email chain between Bill Lovette and Jayson Penn on or about 9/5/2014 (PILGRIMS-DOJ-0006242981). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901). <br><br> **Relevance** - The email chain is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance. Specifically, this document is an internal communication between employees at Pilgrim's Pride and does not discuss competitor's bids or pricing nor does it discuss pricing at all. <br><br> **Rule 403** - To the extent the Court finds this document is relevant, any probative value of this document is outweighed by the prejudicial nature. Without a sponsoring witness to testify regarding this document, the jury is left to speculate what this discussion is about and the Defendants are not given an opportunity to cross examine a witness to discuss the meaning of this document. <br><br> **Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). This document should not be admitted under Rule 801(d)(2)(E) because there is nothing in this document that suggests it was a communication made by a co-conspirator in furtherance of the conspiracy. This document is not admissible under Rule 801(d)(2)(A) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | because the declarant is not a party opponent. Furthermore, there is nothing to suggest that the content of this document is an assertion by the person who wrote it and therefore is not a statement under Ruel 801(a) nor is it a statement against the unidentified declarant's interest.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |
| GX 9026 | Email chain between Bill Lovette, Fabio Sandri, Jayson Penn, and Stacey Crump on or about 11/16/2011 attaching pricing spreadsheet (PILGRIMS-0002820577). | Relevance; hearsay; not included on the James Log. (11.18.21 Unofficial Tr. at 146:18-147:9); Hearsay within hearsay - This email involves the transmission of hearsay statement from Ms. Stacey Crump and Mr. | Admitted without a witness only against Lovette (11.18.21 Unofficial Tr. at 148:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit should be subject to the same limiting instruction as at the first trial: it may only be considered against Mr. Lovette. (11.18.21 Unofficial Tr. at 148:12-14). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | Penn then forwards it to Mr. Lovette without making an statement at all so Ms. Crump's statement would be hearsay within hearsay (11.18.21 Unofficial Tr. at 146:18-147:9); Standing authenticity objection to emails from Pilgrim's server. (11.5.21 Trial Tr. at 1742:11-1743:8) | | |
| GX 9707 | Text Message from Jayson Penn to Bill Lovette and Fabio Sandri on or about 11/9/2014 (PILGRIMS-DOJ-0000484965). | Rule of Completeness (11.9.21 Trial Tr. at 2127:16-2129:22) | Admitted without witness (11.9.21 Trial Tr. at 2129:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). <br><br> **Relevance -** These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are not relevant and are not related to bids or pricing for that customer. <br><br> **Rule of Completeness** - As at the first trial, this exhibit must be considered with GXs 449, 450, and 451 (11.9.21 Trial Tr. at 2127:16-2129:22) |
| GX 9711 | Text message from Fabio Sandri to Jayson Penn and Bill Lovette dated on or about 11/9/2014 (PILGRIMS-DOJ-0000484949). | No prior objections | Admitted without witness (11.9.21 Trial Tr. at 2236:12-13) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). <br><br> **Relevance -** These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | not relevant and are not related to bids or pricing for that customer. |
| GX 9712 | Text message from Fabio Sandri to Jayson Penn and Bill Lovette dated on or about 11/9/2014 (PILGRIMS-DOJ-0000484950). | No prior objections | Admitted without witness (11.9.21 Trial Tr. at 2236:12-13) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance** - These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are not relevant and are not related to bids or pricing for that customer. |
| GX 9744 | Email chain between Jason McGuire and Jayson Penn dated on or about 8/18/2014 (PILGRIMS-DOJ-0001527546). | Objected to as cumulative because different versions of this same document were already admitted (e.g., GX 1074, see 11.23.21 Unofficial Tr. at 13:3-16); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Limiting instruction sought because this version of document was not on James log (11.23.21 Unofficial Tr. at 14:10-12) | Admitted without witness, no limiting instruction (11.23.21 Unofficial Tr. at 14:4-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Cumulative** - There is no reason to admit multiple versions of the same document at retrial. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 9807 | Handwritten notes of Jayson Penn (PILGRIMS-DOJ-0000511682). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |
| GX 9808 | Handwritten notes of Jayson Penn (PILGRIMS-DOJ-0000511886). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Chain of Custody** - The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy.<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. |
| GX 9866 | Email between Greg Tatum, Beverly Diviney, Bill Lovette, and Jayson Penn, among others, on or about 8/2/2011 (PILGRIMS-DOJ-0004180550). | N/A | New exhibit | **Authentication** - This document has not been authenticated  (FRE 901).<br><br>**Relevance** - The investigation of a separate company in 2011 has no relevance to this case and the email predates the alleged start of the conspiracy.<br><br>**Rule 403** - This exhibit has no relevance and presents a serious danger of unfair prejudice that could result from alerting the jury to the DOJ's investigation of a different, non-defendant company.  Furthermore, majority of this document is redacted raising questions for the jury about the content of this communication, especially given that the subject line of the email is referring to a previous, unrelated DOJ Agristats Investigation, which is not relevant to the subject matter of this case. The Court has previously ruled that references to and evidence about a non-defendant's alleged misconduct is irrelevant and prejudicial (Doc. 603 at 4). The Court has also previously ruled that references to other related proceedings is |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | irrelevant and prejudicial. (Doc . 603 at 10). **Hearsay** - This document contains no statements that could satisfy Rules 801(d)(2)(A) or 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). The government does not intend to call a witness to lay the foundation for admission under Rule 803(6), nor could any witness lay such a foundation because this is not the type of regularly kept record that is admissible under Rule 803(6). |
| GX 9867 | Email between Bill Lovette, Sheri Garland, Jayson Penn, David Blackmon, and Alexander Ivannikov dated on or about 8/18/2014 (PILGRIMS-0009357813). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Relevance** - A calendar invitation with information regarding transportation to a meeting has no apparent relevance to this case, especially given that the meeting is not related to any of the customer negotiations that are the subject matter of this action, and the government does not intend to call a witness to lay a foundation establishing its relevance. **Rule 403** - This document has no apparent relevance and creates a danger of unfair prejudice by appealing to jurors' judgments about the use of corporate jets. **Hearsay** - This document contains no statements that could satisfy Rules 801(d)(2)(A) or 801(d)(2)(E). The Court has |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). The government does not intend to call a witness to lay the foundation for admission under Rule 803(6), nor could any witness lay such a foundation because this is not the type of regularly kept record that is admissible under Rule 803(6). |
| GX 108 | Email chain between Jimmie Little, Dean Bradley, Sarah Knust, and Grace Pope on or about 05/31/2013 (PILGRIMS-DOJ-0000174707). | Hearsay. (11.15.21 Unofficial Tr. at 151:17-24) Statements do not satisfy 801(d)(2)(E). (Dkt. 395-1, p.106-108) Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without a witness Admitted only against Little. Statements of Bradley admitted not for the truth of the matter asserted, but effect on listener. (11.15.21 Unofficial Tr. at 152:1-5) | **Authentication -** This document has not been authenticated for admission at retrial (FRE 901). **Limiting Instruction -** This exhibit should be subject to the same limiting instruction issued at the first trial: the exhibit can only be considered against Mr. Little and Mr. Bradley's statements can only be considered for its effect on the listener. (11.15.21 Unofficial Tr. at 152:1-5). |
| GX 109 | Email chain between Jimmie Little, Thomas Lane, Dean Bradley, Sarah Knust, and Grace Pope on or about 05/31/2013 (PILGRIMS-DOJ-0000174709). | Hearsay, not admissible under FRE 801(d)(2)(E); denial of constitutional right of confrontation; limiting instruction requested.  (11.12.21 Unofficial Tr. at 201:1-10, 201:25-202:4, 202:18-203:13, 204:10-18) Standing authenticity objection to emails from Pilgrim's server. (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without a witness Admitted only against Little. Bradley's statements not admitted for the truth of the matter asserted, but for effect on listener. (11.12.21 Unofficial Tr. at 203:23-204:18) | **Authentication -** This document has not been authenticated for admission at retrial (FRE 901). **Limiting Instruction -** This exhibit should be subject to the same limiting instruction issued at the first trial: Bradley's statements can only be considered for their effect on the listener. (11.12.21 Unofficial Tr. at 203:23-204:18) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 113 | Email chain between Carl Pepper and Dean Bradley on or about 05/31/2013 (TY-000062843). | Hearsay; *James* hearing objections--including failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (on *James* log and refused after hearing)(Dkt. 395-1 at 104-06) | Refused: Hearsay objection sustained and found no basis for admissibility (11.12.21 Unofficial Tr. at 208:25 to 211:6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - As at the first trial, this exhibit should be excluded as hearsay. (11.12.21 Unofficial Tr. at 208:25 to 211:6) |
| GX 114 | Email chain between Brian Roberts, Carl Pepper, Tim Scheiderer, Tim Mulrenin, and Dean Bradley, among others, on or about 06/03/2013 (TY-000063844). | Hearsay; *James* hearing objections—including, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 110-13); Objections regarding the inadequacy of the use of limiting instructions | Admitted with Limiting Instruction: Bradley's statements are only considered for effect on the listener (11.12.21 Unofficial Tr.at 211:15-212:22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting instruction** - This document should be subject to the same limiting instruction given at the first trial: Mr. Bradley's statements cannot be considered for their truth, but only for their effect on the listener (11.12.21 Unofficial Tr. at 211:15-212:22). |
| GX 120 | Email chain between Carl Pepper, Tim Scheiderer, Tim Mulrenin, Brian Roberts, and Dean Bradley, among others, on or about 05/31/2013 (TY-000243934). | Hearsay; *James* hearing objections—including, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and | Admitted with Limiting Instruction: Bradley's statements are only considered for effect on the listener (11.12.21 Unofficial Tr. at 205:5-206:16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting instruction** - This document should be subject to the same limiting instruction given at the first trial: Mr. Bradley's statements cannot be considered for their truth, but only |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | denial of constitutional rights of confrontation (Dkt. 395-1 at 102-04); Objections regarding the inadequacy of the use of limiting instructions | | for their effect on the listener (11.12.21 Unofficial Tr. at 205:5-206:16). |
| GX 219 | Email between Jimmie Little, Robbie Bryant, Jason McGuire, and Dean Bradley on or about 12/24/2013 (PILGRIMS-DOJ-0000177839). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 564-65) | Admitted (11.18.21 Unofficial Tr. at 145:19-146:6); also ruled admissible under 801(d)(2) (E) after James hearing) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 221 | Email chain between Carl Pepper, Brian Roberts, Jared Mitchell, Tim Mulrenin, and Tim Scheiderer, among others, on or about 12/26/2013 (TY-000000101). | Hearsay; James hearing objections—including, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 158-60); Objections regarding the inadequacy of the use of limiting instructions; 403. | Admitted with limiting instruction: statements of Hannigan, Knust, Scheiderer, Bolin, Ramsey, and Lubert admitted only for effect on the listener, not for truth (11.15.21 Unofficial Tr. at 173:14-175:3); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting instruction** - This document should be subject to the same limiting instruction given at the first trial: statements of Ms. Knust, Mr. Lubert, Mr. Ramsey, Mr. Bolin, Mr. Hannigan, and Mr. Scheiderer cannot be considered for their truth, but only for their effect on the listener (11.15.21 Unofficial Tr. at 173:14-175:3). |
| GX 224 | Email chain between Carl Pepper, Mike Hannigan, Tim Mulrenin, Sarah Knust, and | Hearsay; James hearing objections—including, failure to show | Admitted with limiting instruction that Knust and | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | Grace Pope, among others, on or about 12/21/2013 (TY-000088547). | conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 156-58); Objections regarding the inadequacy of the use of limiting instructions; Relevancy; 403 Confusing jury outweighs any probative value | Hannigan statements admitted only for effect on the listener, not for truth (11.15.21 Unofficial Tr. at 152:7-156:16); also ruled admissible under 801(d)(2) (E) after James hearing | **Limiting instruction** - This document should be subject to the same limiting instruction given at the first trial: statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener (11.15.21 Unofficial Tr. at 152:7-156:16). |
| GX 230 | Email between Carl Pepper and Dean Bradley attaching spreadsheets on or about 1/26/2014 (TY-000616147). | Hearsay | Hearsay objection sustained; refused (11.15.21 Unofficial Tr. at 167:8-170:22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - As at the first trial, this exhibit should be excluded as hearsay. (11.15.21 Unofficial Tr. at 167:8-170:22) |
| GX 232 | Excel spreadsheet titled Church's Chicken-Tyson Formula Based Cost Model undated (TY-000616151). | Hearsay (attachment to 230) | Hearsay objection sustained; refused (11.15.21 Unofficial Tr. at 167:8-170:22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - As at the first trial, this exhibit should be excluded as hearsay. (11.15.21 Unofficial Tr. at 167:8-170:22) |
| GX 234 | Email chain between Dean Bradley, Carl Pepper, and Janie Tucker on or about 1/27/2014 (TY-000616249). | Hearsay; denial of constitutional rights of confrontation | Objection sustained; refused (11.15.21 Unofficial Tr. at 175:5-178:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - As at the first trial, this exhibit should be excluded as hearsay. (11.15.21 Unofficial Tr. at 175:5-178:9) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 247 | Email chain between Jimmie Little and Dean Bradley on or about 12/23/2013 attaching PDF (PILGRIMS-DOJ-0002258077). | Hearsay; Request under Rule 106 for inclusion of attachment; Relevancy; Inadequacy of limiting instructions | Offered and Admitted only against Defendant Little and with limiting instruction to consider only against Little and also with limiting instruction that statements of Knust and Adams admitted only for effect on listener, not for truth; refused request for inclusion of attachment. (11.15.21 Unofficial Tr. at 163:22-167:6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction**: This exhibit should be subject to the same limiting instruction given at the first trial: the jury can consider it only against Little and the statements of Knust and Adams admitted only for effect on listener, not for truth**.** (11.15.21 Unofficial Tr. at 163:22-167:6) |
| GX 307 | Calendar invitation regarding NAE Supplier Communication Specifics including Meyer Skalak, David Rothmeier, and Mike Walpole on or about 1/3/2014 attaching presentation (CFA_0017844). | No objections | Admitted through Meyer Skalak. (11.10.21 Trial Tr. at 2604:7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance**<br><br>**Hearsay** if offered without witness (and no relevant witness is on Government's witness list) |
| GX 330 | Email chain between Kevin Filardi and Searcy Wildes on or about 4/1/2014 (PER-000152926). | Not offered but *James* hearing objections— including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and | No prior ruling | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** (FRE 802)<br><br>**James hearing objections**—including, hearsay, failure to show conspiracy, that the |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | denial of constitutional rights of confrontation (Dkt. 395-1 at 172-74) | | declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. No. 395-1 at 172-174). |
| GX 355 | Excerpt of Mikell Fries iPhone Report Instant Message #423-425 (CLAXTON_0181706). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 177-79) | Admitted (11.12.21 Unofficial Tr. at 173:11-20); (also ruled admissible under 801(d)(2) (E) after James hearing) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 404 | Document titled 2013 Pilgrim's Contract dated on or about 11/19/2012 (GC-0000001394). | No objections | Admitted through Telly Smith (11.8.21 Trial Tr. at 1970:1) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 410-1 | Redacted email chain between Kevin Grindle, Lee Moriggia, Tommy Francis, and Greg Tench on or about 9/30/2014 (MJPoultry-0000081260). | Cumulative; hearsay | Admitted only page MJPoultry-0000081261 (page before was refused as hearsay) (11.23.21 Unofficial Tr. at 33:19-36:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). <br><br> **Hearsay** - As at the first trial, MJPoultry-0000081260 page) should be excluded as hearsay. |
| GX 422 | Email chain between Scott Tucker, Tim Stiller, and Lee Moriggia on or about 11/10/2014 attaching Excel spreadsheet (PILGRIMS-0005935850). | | Withdrawn by Government as duplicative of D-788 (11.9.21 Trial Tr. at 2113:2-7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 423 | Excel spreadsheet titled Pricing Proposal - Golden Corral undated (PILGRIMS-0005935851). | | Not offered by Government (duplicative of GX789) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>Same as objections to its duplicate GX789 |
| GX 424 | Email chain between Scott Tucker, Tim Stiller, Robbie Bryant, Telly Smith, and Roger Austin on or about 11/10/2014 (PILGRIMS-0005935852). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 357-61) | Admitted (11.8.21 Trial Tr. at 1962:3-16); also ruled admissible under 801(d)(2) (E) after *James* hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 433 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484696). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 434 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484697). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | | |
| GX 435 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484698). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 436 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484699). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 437 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484700). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | rights of confrontation (Dkt. 395-1 at 339-41) | | |
| GX 438 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484701). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 439 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484702). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 440 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484703). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 441 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484704). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 442 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484705). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 443 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484706). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|----------------------------|----------------|
| GX 444 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484707). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 445 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484708). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 446 | Text message from Tim Stiller to Jayson Penn on or about 10/17/2014 (PILGRIMS-DOJ-0000484709). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 447 | Text message from Jayson Penn to Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000484710). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 339-41) | Admitted (11.5.21 Trial Tr. at 1841:18-21); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 448 | Text message from Tim Stiller to Jayson Penn on or about 11/7/2014 (PILGRIMS-DOJ-0000484944). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 352-53) | Admitted (11.9.21 Trial Tr. at 2114:7-11); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 449 | Text message from Jayson Penn to Bill Lovette and Fabio Sandri on or about 11/9/2014 (PILGRIMS-DOJ-0000484962). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 355-56); testimony at trial demonstrated that the | Admitted (11.9.21 Trial Tr. at 2124:11-14); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with GXs 9707 and 9708 (11.9.21 Trial Tr. at 11.9.21 Trial Tr. at 2127:16-2129:22) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | statements were not in furtherance of the conspiracy (11.9.21 Trial Tr. at 2119:2-24); Rule of Completeness - Should be admitted with subsequent text messages in the chain for context (11.9.21 Trial Tr. at 2116:24-2122:20) | | |
| GX 450 | Text message from Bill Lovette to Jayson Penn and Fabio Sandri on or about 11/9/2014 (PILGRIMS-DOJ-0000484963). | Hearsay; (not on *James* log ); Relevance; Request for Limiting Instruction; Rule of Completeness - Should be admitted with subsequent text messages in the chain for context (11.9.21 Trial Tr. at 2116:24-2122:20) | Admitted only for effect on listener but no limiting instruction given (not on *James* log) (11.9.21 Trial Tr. 2124:11-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with GXs 9707 and 9708 (11.9.21 Trial Tr. at 11.9.21 Trial Tr. at 2127:16-2129:22)<br><br>**Limiting instruction** - This document was not on the James log and should be subject to the same limitation imposed at the first trial: it is not admissible for its truth, only for the effect on the listener (11.9.21 TR14:18 to 24:25). |
| GX 451 | Text message from Jayson Penn to Bill Lovette on or about 11/9/2014 (PILGRIMS-DOJ-0000484964). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 355-56); | Admitted (11.9.21 Trial Tr. at 2125:1-2); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with GXs 9707 and 9708 (11.9.21 Trial Tr. at 11.9.21 Trial Tr. at 2127:16-2129:22) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | Rule of Completeness - Should be admitted with subsequent text messages in the chain for context (11.9.21 Trial Tr. at 2116:24-2122:20) | | |
| GX 453 | Email between Roger Austin and Tim Stiller on or about 10/17/2014 (PILGRIMS-DOJ-0000509302). | James hearing objections—including, hearsay, failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 338-39) | Admitted (11.9.21 Trial Tr. at 2114:4-5); also ruled admissible under 801(d)(2) (E) after James hearing | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 454 | Email chain between Scott Tucker, Justin Gay, and Lee Moriggia on or about 9/12/2014 (PILGRIMS-DOJ-0000509344). | Hearsay; James hearing objections--including failure to show conspiracy, that the declarants were a member of a conspiracy, or that statements were in furtherance thereof; and denial of constitutional rights of confrontation (Dkt. 395-1 at 282-83)(on James log and refused after hearing); Relevance; Request for Limiting Instruction | Denied after *James* hearing but at trial Admitted as co-conspirator statement without limiting instruction (11.9.21 Trial Tr. at 2107:10-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 480 | Excel spreadsheet titled 2015 Supplier compilation chart (SMITH_000155269). | No objections | Admitted through Telly Smith (11.8.21 Trial Tr. at 1911:21) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Relevance** **Hearsay** (if offered without witness) |
| GX 500 | Email chain between Walter Cooper, Mikell Fries, and Joe Brink on or about 10/14/2014 (CLAXTON_0014869). | No objections (Defense offered at first trial) (Brink Tr. 182:1-11) | Admitted through Joseph Brink (offered by defense) (Brink Tr. at182:1-11) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 518 | Email chain between Larry Pate, Jason McGuire, and Leslie Antoinette on or about 11/7/2012 (PILGRIMS-0000021364). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 52-53); unnoticed 404(b) evidence re Pollo Tropical; irrelevant insofar as it refers to Georgia Dock; misleading, unduly prejudicial, with risk of jury confusion (11.23.21 Unofficial Tr. at 2:4-25) | Ruled admissible without witness (11.23.21 Unofficial Tr. at 6:14-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 519-1 | Redacted email chain between Randy Long and Tim Stiller on or about 10/9/2014 (PILGRIMS-0003618962). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 333-335); in addition, statements by Mr. Long, who is not a co-conspirator, are hearsay and prejudicial and cannot be offered for the effect on the listener because Mr. Stiller, to whom the statements were made, is not a defendant and his state of | Ruled admissible without witness, with redaction, and with limiting instruction "that statements of Mr. Long should be considered not for the truth for the matters asserted, but rather only for the effect that those statements may have on the | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Redaction and Limiting Instruction** - If admitted, this exhibit should be subject to the same redaction and limiting instruction as at the first trial: the statements of Mr. Long may be considered only for their effect on the listener. (11.12.21 Unofficial Tr. at 96:2-10). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
| | | mind is not at issue in the case, and because there is no evidence of anything that was or was not done in response to the statements. (11.12.21 Unofficial Tr. at 86:6-14, 92:9-16; 93:11-94:5). The statements are also irrelevant insofar as they concern Pollo Tropical. (11.12.21 Unofficial Tr. 87:12-19). | listener." (11.12.21 Unofficial Tr. at 96:2-10) | |
| GX 528 | Email chain between Jimmie Little, Joe Brink, and Roger Austin on or about 10/3/2014 (PILGRIMS-0005934843). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 299-302); in addition, statements by Mr. Brink in this chain are hearsay that do not meet any exception (11.12.21 Unofficial Tr. at 97:3-7); the chain is also irrelevant and unnoticed 404(b) evidence insofar as it concerns Pollo Tropical. (11.12.21 Unofficial Tr. at 96:19-24). | Ruled admissible concerning the statements of Mr. Little, with limiting instruction that statements of Mr. Brink are admitted not for the truth of the matter asserted but only for the effect on the listener. (11.12.21 Unofficial Tr. at 98:2-11). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** -  If admitted, this exhibit should be subject to the same limiting instruction as at the first trial: the statements of  Mr. Brink are admitted only for their effect on the listener. (11.12.21 Unofficial Tr. at 98:2-11). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 542 | Email chain between Tim Stiller, Jason McGuire, Jayson Penn, Matthew Herman, and Tim Stiller, among others, on or about 9/23/2014 (PILGRIMS-DOJ-0001362265). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 294-295); in addition, statements by Ms. Lawson, who is not a co-conspirator, are hearsay and irrelevant. (11.12.21 Unofficial Tr. at 101:25-102:5). | Ruled admissible without witness and with limiting instruction that Ms. Lawson's statement is hearsay and cannot be considered for the truth of the matter asserted but only "for the effect on the recipients, namely explaining the Stiller, McGuire ba[ck] and forth that goes on after that which is admissible as co-conspirator statements." (11.12.21 Unofficial Tr. at 103:15-22). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted, this exhibit should be subject to the same limiting instruction as at the first trial: Ms. Lawson's statement is hearsay and cannot be considered for the truth of the matter asserted but only "for the effect on the recipients, namely explaining the Stiller, McGuire ba[ck] and forth that goes on after that which is admissible as co-conspirator statements." (11.12.21 Unofficial Tr. at 103:15-22). |
| GX 546 | Email between Jimmie Little and Matthew Boarman on or about 8/29/2014 (PILGRIMS-DOJ-0002269652). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 269-270); irrelevant and unnoticed 404(b) evidence regarding Pollo Tropical (11.12.21 Unofficial Tr. at 105:11-17). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 106:22-25). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 548 | Email chain between Joe Brink and Jimmie Little on or about 9/16/2014 (PILGRIMS-DOJ-0002270267). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 284-286); no additional objections. | Admitted through Joseph Brink (Brink Tr. 74:8-10). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 558 | Contract between Pollo Tropical and Pilgrim's Pride dated 11/09/2012 (PILGRIMS-DOJ-0002822851). | No objections (defense offered at first trial) (Brink Tr. 213:7-12) | Admitted through Joseph Brink (offered by defense) (Brink Tr. 213:7-12). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 559 | Email chain between Jimmie Little, Roger Austin, and Matthew Boarman on or about 8/14/2014 (PILGRIMS-DOJ-0002950645). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 215-217); in addition, statements by Mr. Boarman are hearsay and entire email chain is irrelevant (11.12.21 Unofficial Tr. at 107:15-108:11). | Ruled admissible without witness, with limiting instruction that statements of Mr. Boarman, who is not a co-conspirator, are not admitted for the truth of the matters asserted but only to "explain the effect on Mr. Little." (11.12.21 Unofficial Tr. at 109:25-110:8, 111:1-5). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted, this exhibit should be subject to the same limiting instruction as at the first trial: the statements of Mr. Boarman, who is not a co-conspirator, are not admitted for the truth of the matters asserted but only to "explain the effect on Mr. Little." (11.12.21 Unofficial Tr. at 109:25-110:8, 111:1-5). |
| GX 561 | Email chain between Joe Brink and Jimmie Little on or about 08/14/2014 (PILGRIMS-DOJ-0003384952). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 217-219); in addition, statements by Mr. Brink are hearsay that do not satisfy any hearsay exception; email chain is also irrelevant (11.12.21 Unofficial Tr. at111:22-112:25). | Ruled admissible without witness, with limiting instruction that "the statements of Mr. Brink will be admitted not for the truth of the matters that Mr. Brink asserts but only the effect that those statements have on the listener." (11.12.21 Unofficial Tr. at 113:24-114:4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted, this exhibit should be subject to the same limiting instruction as at the first trial: the statements of Mr. Brink will be admitted not for the truth of the matters that Mr. Brink asserts but only the effect that those statements have on the listener." (11.12.21 Unofficial Tr. at 113:24-114:4). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 563 | Email between Jimmie Little, Thomas Lane, Eric Oare, and Tim Stiller on or about 9/22/2014 (PILGRIMS-DOJ-0003385154). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 291-292), as this Court ruled after *James* hearing (11.12.21 Unofficial Tr. at 115:5-13). | Ruled admissible only against Mr. Little, as a statement of a party opponent; inadmissible against all other defendants. (11.12.21 Unofficial Tr. at 118:2-11). Mr. Little offered into evidence, without limiting instruction, with GX 563 and GX 566. (Brink Tr. 133:15-134:4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, it should be offered with a limiting instruction that the statements are admissible only against Mr. Little.  (11.12.21 Unofficial Tr. at 118:2-11). |
| GX 564 | Email chain between Jimmie Little and Matthew Boarman on or about 9/23/2014 (PILGRIMS-DOJ-0003385175). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 293-294); no additional objections (11.12.21 Unofficial Tr. at 118:18-19). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 118:20-21); offered into evidence by defense during cross of Mr. Brink (Brink Tr. 134:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 566 | Email chain between Jimmie Little and Joe Brink on or about 10/3/2014 (PILGRIMS-DOJ-0003385310). | No objections (Brink Tr. 77:10-15). | Admitted through Joseph Brink (Brink Tr. 77:10-15). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 567 | Email between Jimmie Little, Joe Brink, and Roger Austin on or about 10/3/2014 (PILGRIMS-DOJ-0003385325). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 331-333); no additional objections (11.12.21 Unofficial Tr. at 119:4-9). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 119:4-10). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance** - In addition to prior objections, this email chain is also irrelevant insofar as it concerns Pollo Tropical. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 572 | Adobe PDF titled Contract No. 214189P ("Contract") dated on or about 2/11/2015 (PILGRIMS-DOJ-0003975692). | No objections (10.28.21 Trial Tr. at 572:1). | Admitted through Sangalis (10.28.21 Trial Tr. at 572:4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 592 | Contract No. 214192P dated on or about 12/17/2014. | No objections (Defense offered at first trial) (Brink Tr. 212:12-17). | Admitted through Joseph Brink (offered by defense) (Brink Tr. 212:12-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 617 | Email chain between Tim Mulrenin, Steven Cullen, Carl Pepper, Tim Scheiderer, and Kent Kronauge on or about 3/27/2015 (TY-001066336). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 391-393); in addition, admission of statements by and about Mr. Kronauge and Popeye's violates confrontation clause (11.18.21 Unofficial Tr. at 79:2-6) | Ruled admissible without witness (11.18.21 Unofficial Tr. at 79:11-13). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 702 | Email between Scott Brady and Kent Kronauge on or about 9/5/2017 (CLA 0076096). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 528-530); in addition, admission of statements by and about Mr. Kronauge and Popeye's violates confrontation clause (11.12.21 Unofficial Tr. at 177:2-8) | Admitted without a witness (11.12.21 Unofficial Tr. at 176:25-177:1-10) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Confrontation Clause** |
| GX 703 | Excel spreadsheet titled CLAXTON POULTRY POPEYES COST PLUS MONTHLY PRICING January 2018 undated (CLA_0076099). | Attachment to email in GX 702; same objections were made as to both, in James log and at trial (Dkt. 395-1 at 528-530; 11.12.21 Unofficial Tr. at 177:2-8). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 177:9-10) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Confrontation Clause** |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 710 | Email between Dean Bradley, Kent Kronauge, Brian Coan, and Ric Blake on or about 9/5/2017 attaching excel spreadsheet titled Popeye's 2018 COB RFP (GEODOJ_0005007). | Authenticity not established under 901 or 902 (11.12.21 Unofficial Tr. at 156:21-158:7); hearsay statements do not satisfy business record or independent legal significance exceptions and violate confrontation clause (11.12.21 Unofficial Tr. at 166:16-20) | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. 165:20-166:14); overruled hearsay objections based on independent legal significance (11.12.21 Unofficial Tr.172:3-18). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 711 | Excel spreadsheet titled George's INC. Popeyes Cost Plus Monthly Pricing, undated (GEODOJ_0005008). | Attachment to email in GX 710; same objections were made as to both (11.12.21 Unofficial Tr. at 156:21-158:7). | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. 165:20-166:14); overruled hearsay objections based on independent legal significance (11.12.21 Unofficial Tr. 172:3-18). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 731 | Email between Justin Gay and Kent Kronauge on or about 9/5/2017 (PILGRIMS-DOJ-0000412081). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 530-532); no additional objections (11.12.21 Unofficial Tr. at 174:13-176:19 | Ruled admissible without witness (11.12.21 Unofficial Tr. at 176:14-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

45

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
| GX 732 | Excel spreadsheet titled PILGRIM'S PRIDE CORPORATION POPEYES COST PLUS MONTHLY PRICING 2018/2019 Pricing Proposal undated (PILGRIMS-DOJ-0000412082). | Attachment to email in GX 732; same objections were made as to both in James log (Dkt. 395-1 at 530-532). No additional objections were made (11.12.21 Unofficial Tr. at 176:14-19). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 176:14-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 733 | Email chain between Robbie Bryant, Justin Gay, and Kent Kronauge on or about 9/26/2017 (PILGRIMS-DOJ-0000412521). | Exhibit was not on James Log but is more complete version of document that was (GX 731), and to which defendants objected did not satisfy 801(d)(2)(E) (Dkt. 395-1 at 530-532). No additional objections were made (11.12.21 Unofficial Tr. at 175:1-8) | Ruled admissible without witness (11.12.21 Unofficial Tr. at 175:1-8). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - same objections under 801(d)(2)(E) that were made with regard to email chain in GX 731, which is a less complete version of the chain in GX 733 but was not previously included in James log, apply to both GX 731 and GX 733. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 739 | Email chain between Robbie Bryant, Justin Gay, Time Stiller, Thomas Lane, and Kent Kronauge on or about 8/18/2017 (PILGRIMS-DOJ-0002715088). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 516-518), which the Court agreed with in its James log ruling; the document is incomplete and not the best evidence because it was produced in black and white when the text of the email makes clear that certain responses were provided in color (11.12.21 Unofficial Tr. at 129:4-23). The statements by Mr. Gay are also hearsay that do not satisfy any exception, including effect on listener because there is no evidence of Mr. Gay's actions upon receipt of the email. (11.12.21 Unofficial Tr. at 130:12-22). Defense also objected that any redaction or limiting instruction would be inadequate and inappropriate, and that GX 739 was duplicative of GX 744. (11.12.21 Unofficial Tr. at 153:14-154:10). | Ruled admissible without witness, "not for the truth of Mr. Kronauge's statement, not for the truth of Mr. Bryant or Mr. Gay's statements, but rather simply for the purpose of indicating whether or not Mr. Gay received the offer" (11.12.21 Unofficial Tr. at 154:11-17). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted, the exhibit should be subject to the same limiting instruction as at the first trial: exhibit is not admissible for the truth of Mr. Kronauge's, Mr. Bryant's, or Mr. Gay's statements, but simply for the purpose of indicating whether or not Mr. Gay received the offer. (11.12.21 Unofficial Tr. at 154:11-17). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 744 | Email chain between Tim Mulrenin and Carl Pepper on or about 8/16/2017 (TY-000204047). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 518-519); in addition, the statements concerning Mr. Kronauge and Popeye's are irrelevant and violate the confrontation clause (11.12.21 Unofficial Tr. at 120:17-121:7, 123:4-124:1, 125:19-120:5). | Ruled admissible without witness as co-conspirator statements as to all parts of the email except for Mr. Kronauge's statement, which was ruled admissible not for the truth but only for the effect on the listener (11.12.21 Unofficial Tr. at 124:20-125:8). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction as at the first trial; Mr. Kronauge's statement is admissible not for the truth but only for the effect on the listener (11.12.21 Unofficial Tr. at 124:20-125:8). |
| GX 746-1 | Email chain between Kent Kronauge and others on or about 9/6/2017 with metadata (TY-000206379). | Government did not provide defendants access to the exhibit, with metadata, in a timely fashion (11.23.21 Unofficial Tr. at 49:18-51:10); in addition, there is no evidence of what Mr. Pepper did in response to the email to show "effect on the listener" (11.23.21 Unofficial Tr. at 51:13-23, 53:3-18). | Court sustained initial objections to GX 746 but allowed GX 746-1 to be admitted, with metadata, without witness, with limiting instruction that jury cannot consider Mr. Kronauge's statements for the truth of the matter asserted but only for the effect on the listener (11.23.21 Unofficial Tr. at 50:12-19, 54:16-55:8). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction as at the first trial; Mr. Kronauge's statement is admissible not for the truth but only for the effect on the listener. (11.23.21 Unofficial Tr. at 50:12-19, 54:16-55:8). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 748 | Email between Carl Pepper, Kent Kronauge, and Tim Mulrenin on or about 9/7/2017 (TY-000722084). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 539-540); no additional objections were made (11.12.21 Unofficial Tr. at 178:23-179:2). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 178:23-179:2). | **Authentication -** This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Confrontation clause -** Violation to admit hearsay statements by and about Mr. Kronauge and Popeye's. |
| GX 749 | Excel spreadsheet titled Tyson Foods, INC. Popeyes Cost Plus Monthly Pricing 2018 Proposed Model using Kent's Grain Assumptions, undated (TY-000722085). | Attachment to email in GX 749; same objections were made to GX 749 as to GX 748 (Dkt. 395-1 at 539-540). | Ruled admissible without witness (11.12.21 Unofficial Tr. at 178:23-179:2). | **Authentication -** This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Confrontation clause -** Violation to admit hearsay statements by and about Mr. Kronauge and Popeye's. |
| GX 751 | Text message from Carl Pepper to Tim Mulrenin on or about 09/06/2017 (TY-001632749). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 538-539). | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication -** This document has not been authenticated for admission at retrial (FRE 901). |

49

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 752 | Text message from Carl Pepper to Tim Mulrenin on or about 9/6/2017 (TY-001642732). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); not included on James log and constitutes hearsay that does not satisfy any exception (11.12.21 Unofficial Tr. at 146:14-25). | Ruled admissible without witness but with limiting instruction that statements are not to be considered for their truth but for the effect on the listener. (11.12.21 Unofficial Tr. at 147:1-4). Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction offered at the first trial: the statements can only be considered for their effect on the listener.  (11.12.21 Unofficial Tr. at 147:1-4). |
| GX 753 | Text message from Tim Mulrenin to Carl Pepper on or about 9/6/2017 (TY-001642733). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); not included on James log and constitutes hearsay that does not satisfy any exception (11.12.21 Unofficial Tr. at 146:14-25). | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction offered at the first trial: the statements can only be considered for their effect on the listener.  (11.12.21 Unofficial Tr. at 147:1-4). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 754 | Text message from Carl Pepper to Tim Mulrenin on or about 09/06/2017 (TY-001642734). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); Hearsay because exhibit was not on James log (11.12.21 Unofficial Tr. at 146:14-25) | Ruled admissible without witness but with limiting instruction that statements are not to be considered for their truth but for the effect on the listener. (11.12.21 Unofficial Tr. at 147:1-4). Overruled authenticity objection  (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction offered at the first trial: the statements can only be considered for their effect on the listener.  (11.12.21 Unofficial Tr. at 147:1-4). |
| GX 755 | Text message from Carl Pepper to Tim Mulrenin on or about 9/6/2017 (TY-001642735). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 533-535); | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 756 | Text message from Tim Mulrenin to Carl Pepper on or about 9/6/2017 (TY-001642736). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 535-536); | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 757 | Text message from Carl Pepper to Tim Mulrenin on or about 9/6/2017 (TY-001642737). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 536-538); | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 758 | Text message from Tim Mulrenin to Carl Pepper on or about 9/6/2017 (TY-001642738). | Lack of authenticity under 901 and 902 (11.12.21 Unofficial Tr. at 135:2-136:5); not included on James log and constitutes hearsay that does not satisfy any exception (11.12.21 Unofficial Tr. at 146:14-25). | Ruled admissible without witness. Overruled authenticity objection (11.12.21 Unofficial Tr. at 144:13-18); overruled hearsay objections (11.12.21 Unofficial Tr. at 147:1-4). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction offered at the first trial: the statements can only be considered for their effect on the listener.  (11.12.21 Unofficial Tr. at 147:1-4). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 803 | Email chain between Joe Grendys and Bill Lovette on or about 5/1/2016 (KOCH 0001174605). | Statement does not satisfy 801(d)(2)(E) (Dkt. 395-1 at 425-427); no additional objections were made (11.12.21 Unofficial Tr. at 119:18-23) | Admitted without witness as co-conspirator statement (11.12.21 Unofficial Tr. at 119:18-23). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 900 | Document titled Board Meeting dated on or about 8/28/2014 (CLA 0072794). | Lack of authenticity (10.28.21 Trial Tr. at 621:3-12); hearsay that does not satisfy business records exception because it was not recorded contemporaneously or near contemporaneously with events transcribed (10.28.21 Trial Tr. at 621:12-18). | Admitted through Finch. Authenticity and hearsay objections overruled (10.28.21 Trial Tr. at 622:6-20). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 901 | Email between Bill Kantola and Joe Grendys on or about 12/22/2014 (KOCHFOODS-0000006822). | Statement does not satisfy 801(d)(2)(E) (Dkt. 395-1 at 382-383), as this Court ruled after *James* hearing (11.5.21 Trial Tr. at 1843:22-25); in addition, the statement is irrelevant, misleading, lacking in foundation, and prejudicial (11.5.21 Trial Tr. at 1844:4-1845:12). Defense also objected to authenticity (11.5.21 Trial Tr. at 1848:10-18). | Overruled authenticity argument (11.5.21 Trial Tr. at 1848:19-1849:11). Initially reserved ruling on hearsay objections, but after further briefing ruled that statements by Mr. Kantola are admissible as to Mr. Kantola only under 801(d)(2)(A) and would give limiting instruction to that effect (11.08.21 Trial | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - If admitted over prior objections, the exhibit should be subject to the same limiting instruction offered at trial: the exhibit can only be considered against Mr. Kantola. (11.8.21 Trial Tr.at 1970:20-1971:6). |

53

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | Tr.at 1970:20-1971:6). | |
| GX 920 | Email chain between Justin Gay, Bill Lovette, Jayson Penn, Meyer Skalak, and Searcy Wildes on or about 5/9/2014 (PILGRIMS-0006742191). | Statements do not satisfy 801(d)(2)(E). (Dkt. 395-1, 190-192) Standing authenticity objection to emails from Pilgrim's server. (11.5.21 Trial Tr. at 1742:11-1743:8). No additional objections. | Admitted without a witness (11.12.21 Unofficial Tr. at 77:7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 933 | Email chain between Jimmie Little, Jason McGuire, Sheri Garland, Jayson Penn, and Bill Lovette, among others, on or about 7/17/2014 (PILGRIMS-0009347177). | Hearsay. (11.18.21 Unofficial Tr. at 79:23-25) Statements do not satisfy 801(d)(2)(E). (Dkt. 395-1, p. 200-202) Standing authenticity objection to emails from Pilgrim's server. (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without a witness Garland's statements are not admitted for the truth of the matter asserted, but for the effect on listener. (11.18.21 Unofficial Tr. at 80:6-9). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit should be subject to the same limiting instruction issued at the first trial: Garland's statements are admissible only for their effect on the listener. (11.18.21 Unofficial Tr. at 80:6-9) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 940 | Text message from Jayson Penn to Jason McGuire on or about 10/29/2014 (PILGRIMS-DOJ-0000484811). | Statements do not satisfy FRE 801(d)(2)(E ) Dkt. 395-1 at 349-350); objected to hearsay within hearsay by Penn; objection as to relevance by Fries and Brady (11.5.21 Trial Tr. at 1842:14-1843:1) | All objections overruled and admitted without a sponsoring witness (11.5.21 Trial Tr. at 1842:18-1843:5) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 948 | Email chain between Jason McGuire, Christi Proctor, Darren Lamb, Michael Chalmers, and Nicole Bean, among others, on or about 8/12/2014 (PILGRIMS-DOJ-0001532669). | Statements do not satisfy FRE 801(d)(2)(E) Dkt. 395-1 at 213-214; objection to hearsay as to everyone but McGuire; objection to relevance as to Fries and Brady; objections overruled but Court provides limiting instruction that statements of others are not for the truth of the matter asserted but effect on listener (11.18.21 Unofficial Tr. at 2-4) | All objections overruled and admitted without a sponsoring witness (11.18.21 Unofficial Tr. at 2-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit should be subject to the same limiting instruction issued at the first trial: statements of others are admissible only for their effect on the listener. |
| GX 953 | Email chain between Scott Tucker and Jason Slider on or about 8/28/2014 (PILGRIMS-DOJ-0002023481). | Statements do not satisfy FRE 801(d)(2)(E ) Dkt 395-1 at265-267; objection to second portion of e-mail with Jason Slider as hearsay; Court admits over objection but provides limiting instruction that Mr. Sliders statements aren't for the truth of the matter | Objections overruled and admitted without a sponsoring witness (11.5.21 Trial Tr. at 1836:25-1837:7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit should be subject to the same limiting instruction issued at the first trial: Mr. Slider's statements can't be considered for their truth. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | asserted but to provide context/background (11.5.21 Trial Tr. at 1836:25-1837:7) | | |
| GX 955 | Email chain between Lonnie Justice, Tim Stiller, Jimmie Little, and Thomas Lane on or about 9/19/2014 (PILGRIMS-DOJ-0002525317). | Statements do not satisfy FRE 801(d)(2)(E ) Dkt 395-1 at290-291; hearsay objection as to Lonnie Justice; Fries objections as to relevance and 404(b) admits over objection with limiting instruction that statements are not for truth but for effect on the listener. (11.5.21 Trial Tr. at 1829:1-1834:17) | All objections overruled and admitted without a sponsoring witness (11.5.21 Trial Tr. at 1829:1-1834:17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction issued at the first trial: Mr. Justice's  statements can't be considered for their truth. |
| GX 959 | Email between Brian Roberts, Charlie Solomon, Steven Cullen, Brandon Campbell, and Tim Mulrenin, among others, on or about 9/5/2014 attaching pricing spreadsheet (TF-0003607786). | Statements do not satisfy FRE 801(d)(2)(E ) Dkt 395-1 at279-280; no additional objection. (11.18.21 Unofficial Tr. at 80-81) | Admitted without a sponsoring witness (11.18.21 Unofficial Tr.at 80-81) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 982 | Excerpt of Mikell Fries iPhone Report Instant Message # 508-511 (CLAXTON_0181706). | Statements do not satisfy FRE 801(d)(2)(E ) Dkt 395-1 at 551-553; objection under 403 and 404(b) and Kantola asks for a limiting instruction; Court overrules objections and refuses a limiting | All objections overruled and admitted without a sponsoring witness (11.12.21 Unofficial Tr. at 77-79). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | instruction (11.12.21 Unofficial Tr. at 77-79) | | |
| GX 984 | Email chain between Brandon Campbell, Brian Roberts, and Charlie Solomon, among others, on or about 9/5/2014 (TY-000130111). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication** - This document has not been authenticated (FRE 901 ).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |
| GX 985 | Email chain between Brandon Campbell, Tim Mulrenin, Carl Pepper, Brian Roberts, and Steven Cullen, among others, on or about 11/4/2014 (TY-000142344). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication** - This document has not been authenticated (FRE 901 ).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|----------------------------|----------------|
| | | | | confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |
| GX 986 | Email chain between Tim Mulrenin, Brandon Campbell, Carl Pepper, Brian Roberts, and Charlie Solomon, among others, on or about 11/3/2014, attaching Excel spreadsheet (TY-000647049). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay**  (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |
| GX 987 | Excel spreadsheet titled Popeyes 2015 Pricing dated 9/5/2014 (TY-000647050). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay**  (FRE 802) **Rule 404** - Evidence of other acts for which |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |
| GX 988 | Email chain between Tim Mulrenin, Brandon Campbell, Carl Pepper, Brian Roberts, and Charlie Solomon, among others, on or about 11/3/2014, attaching Excel spreadsheet (TY-000647085). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication -** This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 989 | Excel spreadsheet titled Popeyes 2015 Pricing dated on or about 9/5/2014 (TY-000647086). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication -** This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |
| GX 990 | Email between Carl Pepper, Kent Kronauge, and Tim Mulrenin on or about 11/20/2014 attaching Excel spreadsheet (TY-000647989). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication -** This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 991 | Excel spreadsheet titled Popeyes 2015 Final Pricing Summary.xlsx dated on or about 11/12/2015 (TY-000647991). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |
| GX 992 | Email between Tim Mulrenin, Brian Roberts, and Carl Pepper on or about 11/5/2014 attaching Excel spreadsheet (TY-000649202). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 993 | Email chain between Carl Pepper, Tim Mulrenin, and Kent Kronauge on or about 11/4/2014 (TY-000649203). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication -** This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |
| GX 994 | Excel spreadsheet titled Tyson Foods, Inc. Popeyes Cost Plus Monthly Pricing 2015 Pricing Model dated on or about 9/5/2014 (TY-000649204). | N/A | New exhibit | **Relevance** -  Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication -** This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay**  (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 995 | Email chain between Tim Mulrenin and Brian Roberts, among others, on or about 9/5/2014 (TY-001041831). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |
| GX 996 | Email chain between Tim Mulrenin, Brian Roberts, Charlie Solomon, Steven Cullen, and Brandon Campbell, among others, on or about 11/4/2014 attaching Excel spreadsheet (TY-001240967). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402) **Authentication -** This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative **Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 997 | Email chain between Carl Pepper, Tim Mulrenin, and Kent Kronauge on or about 11/4/2014 (TY-001240968). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |
| GX 998 | Excel spreadsheet titled Popeyes 2015 Pricing dated on or about 9/5/2014 (TY-001240969). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401 & 402)<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1007 | Email between Robert Lewis and Darrel Keck on or about 8/19/2014 attaching presentation (GEO_0000716604). | No objections - Penn offered at first trial | Admitted through Robert Lewis (offered by defense) (11.4.21 Trial Tr. at 1454:15-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1008 | PowerPoint presentation titled 2015 KFC COB Strategy Discussion dated on or about 8/12/2014 (GEO 0000716605). | No objections - Penn offered at first trial | Admitted through Robert Lewis (offered by defense and government) (11.4.21 Trial Tr. at 1454:15-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1025 | Email between ecopy@kochfoods.com and Bill Kantola on or about 8/19/2014 attaching Adobe PDF (KOCHFOODS-0000227521). | No objections - Kantola offered at first trial | Admitted through Robert Lewis (11.4.21 Trial Tr. at 1519:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1026 | Adobe PDF titled Koch Foods inc. UFPC Margin-Over-Feed Calculation Worksheet RFP (KOCHFOODS-0000227522). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 233-34); No additional objections - Kantola offered at first trial | Admitted through Robert Lewis (11.4.21 Trial Tr. at 1519:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1028 | Email between Greg Tench, Rich Eddington and Bob Lewis on or about 08/25/2014 attaching Excel spreadsheet (MAR-JAC_0000596412). | No objections | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1284:25) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1029 | Excel spreadsheet titled UFPC Cost Plus Pricing Model Supplier - Mar-Jac Poultry dated on or about 8/25/2014 (MAR-JAC_0000596413). | No objections | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1284:25) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1035 | Email between Jason McGuire and Jayson Penn on or about 8/18/2014 attaching spreadsheet (PILGRIMS-0002616918). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 221-24); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without witness (11.5.21 Trial Tr. at 1787:2-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1036-1 | Excel spreadsheet titled KFC Pricing Model Pilgrim's Pride Corporation Current vs Actual Cost (PILGRIMS-0002616919). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 221-24); Insufficient notice for exhibit (11.5.21 Trial Tr. at 1782:24-1783:11) | Admitted without witness (11.5.21 Trial Tr. at 1787:2-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1036 | Excel spreadsheet titled KFC Pricing Model Pilgrim's Pride Corporation Current vs Actual Cost with hidden columns hidden (PILGRIMS-0002616919). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 221-24) | Admitted without witness (11.5.21 Trial Tr. at 1787:2-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1051 | Email chain between Jayson Penn, Bill Lovette, and Roger Austin on or about 8/26/2014 (PILGRIMS-0005856142). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 253-59); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Duplicative to admit both GX 1251 and 1247 (11.5.21 Trial Tr. at 1803:7-15) | Admitted without witness (11.5.21 Trial Tr. at 1805:18-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1056 | Email chain between Jason McGuire and Jayson Penn on or about 8/7/2014 (PILGRIMS-0006847974). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 205-06); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8); Rule of completeness - email should be admitted with photo attachment (11.18.21 Unofficial Tr. at 5:1-11) | Admitted without witness, to include photo attachment (11.18.21 Unofficial Tr. at 9:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with its photo attachment, E-874. |
| GX 1058 | Email chain between Jayson Penn and Jason McGuire on or about 8/19/2014 (PILGRIMS-0006951503). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 227-30); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted without witness (11.5.21 Trial Tr. at 1797:7-8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1066 | Email chain between Jason McGuire, Robbie Bryant, and Roger Austin on or about 8/21/2014 (PILGRIMS-DOJ-0000509292). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 241-43); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted through Robert Bryant (11.1.21 Trial Tr. at 895:13) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1074 | Email chain between Jayson Penn and Jason McGuire on or about 8/19/2014 (PILGRIMS-DOJ-0000513484). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 230-33); Lovette objected that top email from Penn was irrelevant or, if relevant, unfairly prejudicial because it required speculation that Penn discussed | Admitted without witness (11.5.21 Trial Tr. at 1794:6-11) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | McGuire's email with Lovette (11.5.21 Trial Tr. at 1792:7-17); Standing authenticity objection to emails from Pilgrim's server (11.5.21 Trial Tr. at 1742:11-1743:8) | | |
| GX 1075 | Email chain between Jayson Penn and Jason McGuire on or about 8/19/2014 (PILGRIMS-DOJ-0000513486). | Statements do not satisfy FRE 801(d)(2)(E) (Dkt 395-1 at 227-230) | Admitted without a sponsoring witness (11.5.21 Trial Tr. at 1796:5-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1104 | Email chain between Roger Austin, Rich Eddington, and Robert Lewis on or about 8/20/2014 attaching spreadsheet and presentation (PILGRIMS-DOJ-0004223342). | No objections (10.28.21 Trial Tr. at 572:21-23) | Admitted through Sangalis (10.28.21 Trial Tr. at 572:21-23) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1105-1 | Excel spreadsheet titled UFPC Cost Plus Pricing dated on or about 08/20/2014 (PILGRIMS-DOJ-0004223343). | No objection (11.3.21 Trial Tr. at 1280:23-25) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1281:23-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1105 | Excel spreadsheet titled Margin over feed model dated on or about 08/20/2014 (PILGRIMS-DOJ-0004223343). | No objections (10.28.21 Trial Tr. at 572:21-23) | Admitted through Sangalis (10.28.21 Trial Tr. at 572:21-23) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1119 | SBRA dated on or about 9/3/2014 (RSCS000352). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 1120 | SBRA dated on or about 12/2/2013 (RSCS000649). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1303:1-4) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1303:1-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1303:1-4). |
| GX 1121 | SBRA dated on or about 10/20/2014 (RSCS000659). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |
| GX 1122 | SBRA dated on or about 12/12/2013 (RSCS000950). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1303:1-4) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1303:1-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1303:1-4). |
| GX 1123 | SBRA dated on or about 12/1/2014 (RSCS000958). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |
| GX 1124 | SBRA dated on or about 12/2/2013 (RSCS001129). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1303:1-4) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1303:1-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1303:1-4). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1125 | SBRA dated on or about 12/1/2014 (RSCS001137). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |
| GX 1126 | SBRA dated on or about 9/30/2014 (RSCS001577). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |
| GX 1127 | SBRA dated on or about 9/30/2014 (RSCS002166). | No objection as long as first page redacted (11.3.21 Trial Tr. at 1293:12-14) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1293:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Redaction** - This exhibit should be subject to the same redaction it received at the first trial. (11.3.21 Trial Tr. at 1293:12-14). |
| GX 1129 | Adobe PDF titled Margin-Over-Feed Model dated Period 1 2014 (RSCS004325). | Defense objection withdrawn (11.3.21 Trial Tr. at 1301:13-17) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1301:18) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1132 | Email chain between Scott Brady, Robert Lewis, Rich Eddington, Mary Hester, and Mikell Fries on or about 8/19/2014 attaching spreadsheet (RSCS022047). | No objection (11.3.21 Trial Tr. at 1275:23) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1275:24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1133 | Excel spreadsheet titled KFC Cost 2015 proposal (RSCS022049). | No objection (11.3.21 Trial Tr. at 1275:24) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1275:23) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

70

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 1137 | Email between Robert Lewis, Mikell Fries, Pete Suerken, Mary Hester, Rich Eddington, and Scott Brady on or about 8/7/2014 (RSCS022094). | No objection (11.3.21 Trial Tr. at 1259:6-7) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1259:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1139 | Email between Robert Lewis and Roger Austin or about 8/7/2014 (RSCS022105). | No objection (11.3.21 Trial Tr. at 1259:6-7) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1259:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1160 | Email between Robert Lewis, Mikell Fries, Scott Brady, Pete Martin, Greg Tench, and Brian Roberts, among others, on or about 8/29/2014 (TY-000939742). | Objection to hearsay by Fries; overruled but admitted with limiting instruction that statements were not for the truth but for effect on the listener. (11.3.21 Trial Tr. at 1287:9-16) | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1287:9-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit should be subject to the same limiting instruction it received at the first trial: the jury can only consider the exhibit for its effect on the listener. (11.3.21 Trial Tr. at 1287:9-16) |
| GX 1175 | Email chain between Tim Mulrenin and Rich Eddington on or about 8/15/2014 (TY-001037234). | Hearsay (11.5.21 Trial Tr. at 1779:25-1780:8) | Admitted without a sponsoring witness (11.5.21 Trial Tr. at 1779:25-1780:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1177 | Email from Tim Mulrenin to himself on or about 8/5/2014 (TY-001038031). | Hearsay that does not satisfy any exception | Admitted without a sponsoring witness under 801(d)(2)(A) (11.18.21 Unofficial Tr. at 81-84; 11.23.21 Unofficial Tr. at 7:1-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1190 | Email between Brian Roberts, Tim Mulrenin, and Rich Eddington on or about 8/11/2014 attaching spreadsheet (TY-001230900). | No objection (had already been admitted as defense exhibit under different number) (11.5.21 Trial Tr. at 1771:12-16) | Already admitted without a sponsoring witness (11.5.21 Trial Tr. at 1771:12-16). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1191 | Excel spreadsheet titled KFC 2'8-2'12 Marinated Model (TY-001230901). | No objection (11.5.21 Trial Tr. at 1771:12-16) | Admitted without a sponsoring witness (11.5.21 Trial Tr. at 1771:12-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1226 | Addendum to Pilgrim's Pride SBRA dated on or about 9/30/2014 (PILGRIMS-0005856748). | No objection (10.28.21 Trial Tr. at 573:3) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1238 | Excerpt of Mikell Fries iPhone Report Instant Message # 551-559 (CLAXTON 0181706). | Statements do not satisfy FRE 801(d)(2)(E) Dkt. 135-1 at 54-57; Objection to authenticity (11.5.21 Trial Tr. at 1806-1811) | All objections overruled and admitted without a sponsoring witness (11.5.21 Trial Tr. at 1811:14-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1247 | Email between Roger Austin and Jayson Penn on or about 8/26/2014 (PILGRIMS-DOJ-0002731122). | Objected to as duplicative; objection originally sustained until DOJ argued that it has a different time stamp than GX 1051 (11.5.21 Trial Tr. at 1803-1805) | All objections overruled and admitted without a sponsoring witness (11.5.21 Trial Tr. at 1805:18-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1252 | Emails between Timothy Mulrenin, Timothy Scheiderer, and Brian Roberts dated 8/19/2014 (TY-001035733) | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1254 | E-mail from Bill Kantola to Mary Hester 5/9/2014 (KOCHFOODS-0000249843). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1255 | Excel spreadsheet titled COB Information dated on or about 5/9/2014 (KOCHFOODS-0000249844). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1256 | Email chain between Jayson Penn, Roger Austin, and Bill | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | Lovette on or about 9/3/2014 (PILGRIMS-DOJ-0002731134). | | | **Rule 403 -** This exhibit has limited probative value and is outweighed by the danger of undue prejudice of appealing to jurors' judgments about the use of corporate jets.<br><br>**Hearsay -** This exhibit was not on the government's first James Log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). To the extent the government seeks to admit this exhibit through the exceptions listed in its James log it filed 1.27.22, specifically exceptions A and H, the government has made no showing that these exceptions apply.[1]<br><br>**Limiting Instruction -** If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. |

---

[1] A complete set of responses and objections to the government's proposed supplemental *James* Log documents, which it filed on January 27, 2022, will appear in Defendants' February 3, 2022, opposition.

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1257 | Email chain between Roger Austin, Bill Lovette, and Jayson Penn on or about 9/3/2014 (PILGRIMS-DOJ-0002731132). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James Log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18).<br><br>**Limiting Instruction** - If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth.<br><br>**Cumulative** - This exhibit is a short version of GX 1256 and there is no reason to introduce two versions of the same document. |
| GX 1258 | Email chain between Bill Lovette, Jayson Penn, and Chad Baker on or about 8/26/2014 (PENN-0000000212). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James Log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James Log (see 11.5.21 Trial Tr. at 1798:11-18). To the extent the government seeks to admit this exhibit through the exceptions listed in its James log it filed |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | 1.27.22, specifically exceptions A, B, F, G, H, and I, the government has made no showing that these exceptions apply.<br><br>**Limiting Instruction** – If admitted, it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. |
| GX 1406 | Email from Mark Oechsli to Ric Blake and Darrel Keck on or about 10/10/2012 attaching Excel spreadsheet (GEODOJ_0579330). | No objections (11.8.21 Trial Tr. at 2078:13) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2078:14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1409 | Email chain between Bruce MacKenzie, Bill Kantola, Bo Wright, and Lance Buckert on or about 10/10/2012 (KOCH_0002060716). | Statements do not satisfy FRE 801(d)(2)(E)(Dkt. 395-1 at 36-37);  objected to due to lack of completeness (11.9.21 Trial Tr. at 2130:20-2131:19) | Overruled and admitted without a sponsoring witness (11.9.21 Trial Tr. at 2131:24-2132:3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1410 | Email from Bruce MacKenzie to Mark Oechsli on or about 10/10/2012 attaching Excel spreadsheet (KOCHFOODS-0000561602). | No objections (11.8.21 Trial Tr. at 2076:24) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2077:2) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1427 | Excerpt of Mikell Fries iPhone Report Instant Message # 58-65 (CLAXTON_0181706). | Statements do not satisfy FRE 801(d)(2)(E) (Dkt. 395-1 at 177-179); Rule 611 objection regarding timing of introducing certain exhibits (11.10.21 Trial Tr. at 2584:7-14) | Admitted without witness (11.10.21 Trial Tr. at 2584:24-25) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 1435 | Email chain between Scott Brady, Steve Campisano, Mike Ledford, and Mark Oechsli on or about 12/5/2012 (CLA_0191967). | No objections (11.9.21 Trial Tr. at 2176:24-25) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2176:24-25) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1438-1 | Email between Mike Ledford and others on or about 9/28/2012 attaching Excel spreadsheet (PILGRIMS-DOJ-0002470762). | No objections (11.8.21 Trial Tr. at 2065:2-3) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2065:2-3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1438 | Excel spreadsheet titled 2012 UFPC RFI Questions (PILGRIMS-DOJ-0002470763). | No objections (11.8.21 Trial Tr. at 2065:2-3) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2065:2-3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1439 | Email from notify@combinenet.com to Roger Austin on or about 11/7/2012 (PILGRIMS-DOJ-0000513728). | No objection (11.9.21 Trial Tr. at 2164:12-14) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2164:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1446 | Email chain between Roger Austin, Jayson Penn, Scott Tucker, and Jason McGuire on or about 11/30/2012 (PILGRIMS-DOJ-0000513769). | N/A | This document -- which is the same as E-570 from the first trial -- should be considered in connection with GX 1547 under the rule of completeness, subject to a limiting instruction that it can only be considered against Mr. Penn and Mr. Austin. (11.23.21 Unofficial Tr. at 8:16-22 (ruling on E-570)) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness -** As at the first trial, this should be considered in connection with GX 1547.<br><br>**Limiting Instruction** - This exhibit was not on the government's James log and therefore should not be admitted against all defendants under Rule 801(d)(2)(E). It should be subject to the same limiting instruction offered at first trial: the exhibit can only be considered against Mr. Penn and Mr. Austin. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1447 | Email between UFPC Poultry Purchasing Team to Darrell Keck, on or about 9/26/2012 (GEO 0000813739). | Offered by defense (11.10.21 Trial Tr. at 2497:24) | Previously admitted by defense as exhibit H-855 during cross examination of Michael Ledford, without objection (11.10.21 Trial Tr. at 2497:24). | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1448 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/13/2012 between Case Farms and UFPC (RSCS000189). | N/A | New exhibit | **Authentication** - This document has not been authenticated  (FRE 901). |
| GX 1449 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between George's, Inc. and UFPC (RSCS000628). | N/A | New exhibit; Offered by defense during Ledford cross (F-759), Court ruled it did not open the door to 2011 negotiations (11.10.21 Trial Tr. 2435:7-8; 2437:18-21) | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Redaction** - If admitted, first page should be redacted. |
| GX 1450 | Adobe pdf titled 8-Piece Pricing Model dated or about 12/19/2011 between Koch Foods, Inc. and UFPC (RSCS000933). | N/A | New exhibit; Offered by defense during Ledford cross (F-768), Court ruled it did not open the door to 2011 negotiations (11.10.21 Trial Tr. 2440:11-17) | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Redaction** - If admitted, first page should be redacted. |
| GX 1451 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between Mar-Jac | N/A | New exhibit; Offered by defense during Ledford cross (F-777), Court ruled it | **Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | Poultry and UFPC (RSCS001112). | | did not open the door to 2011 negotiations (11.10.21 Trial Tr. 2443:15-21) | **Redaction** - If admitted, first page should be redacted. |
| GX 1452 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between Marshall Durbin and UFPC (RSCS001272). | N/A | New exhibit; Admitted without objection when offered by defense during Ledford cross (F-786) (11.10.21 Trial Tr. 2447:1-4) | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Redaction** - If admitted, first page should be redacted. |
| GX 1453 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/13/2012 between Marshall Durbin and UFPC (RSCS001284). | N/A | New exhibit; Admitted without objection when offered by defense during Ledford cross (F-787) (11.10.21 Trial Tr. at 2448:3-5) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1454 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between Pilgrim's Pride Corporation and UFPC (RSCS001533). | N/A | New exhibit; Offered by defense during Ledford cross, Court ruled it did not open the door to 2011 negotiations (F-790) (11.10.21 Trial Tr. at 2454:7-12) | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Redaction** - If admitted, first page should be redacted. |
| GX 1455 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between Tyson Sales and UFPC (RSCS002143). | N/A | New exhibit; Offered by defense during Ledford cross, Court ruled it did not open the door to 2011 negotiations (F-798) (11.10.21 Trial Tr. at 2457:8-14) | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Redaction** - If admitted, first page should be redacted. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 1456 | Adobe PDF titled 8-Piece COB Pricing Model dated 1212/2013 between Tyson Sales and Distribution and UFPC (RSCS002155). | N/A | New exhibit Admitted without objection when offered by defense during Ledford cross (F-799) (11.10.21 Trial Tr. at | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 1457 | Email between Tim Scheiderer, Mark Oechsli, Mary Hester, Brian Roberts, and Tim Mulrenin, among others, on or about 11/14/2012 attaching Excel spreadsheet (TY-001188541). | N/A | New exhibit; Admitted without objection when offered by defense during Ledford cross (G-605) (11.10.21 Trial Tr. 2561:8-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1458 | Excel spreadsheet titled Tyson-Yum Attachment__1-FOB_Summary Round 2 dated on or about 11/14/2012 (TY-001188542). | N/A | New exhibit; Admitted without objection when offered by defense during Ledford cross (G-606) (11.10.21 Trial Tr. 2561:8-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1461 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/7/2011 between Claxton Poultry Farms, Inc. and UFPC (RSCS000325). | N/A | New exhibit; Admitted without objection when offered by defense during Ledford cross (F-750) (11.10.21 Trial Tr. 2433:8-11) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1500 | Email chain between Scott Brady, Mikell Fries, and Mark Oechsli on or about 11/28/2012 (CLA 0078000). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 58-60) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2182:14-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1501 | Excel spreadsheet titled Attachment_1-FOB Summary undated (CLA 0078001). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 58-60) | Admitted through Michael Ledford | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | (11.9.21 Trial Tr. at 2181:14-15) | |
| GX 1503 | Adobe PDF titled EXHIBIT 1 dated 12/13/2012 (CLA_078020). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 141-142) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2195:2) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1505 | Email chain between Scott Brady and Mark Oechsli on or about 10/09/2012 attaching cost model (CLA_0191549). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 31-33) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2073:21) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1508 | Adobe PDF titled EXHIBIT 1 8-PIECE COB PRICING MODEL dated on or about 12/13/2012 (CLA_0192748). | Incomplete because cover email (GX 3001) not offered at same time (10.28.21 Trial Tr. at 625:14-19) | Admitted through Greg Finch (10.28.21 Trial Tr. at 625:20-23) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1514 | Email between Ric Blake, Mike Ledford, and Darrel Keck on or about 12/17/2012 attaching Adobe PDF (GEO 000832907). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 77-78) | Admitted through Michael Ledford (11.10.21 Trial Tr. at 2530:17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1515 | Adobe PDF titled EXHIBIT1 dated 12/7/2011 (GEO 0000832908). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 77-78) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2190:14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1519 | Email between Bruce MacKenzie and Joe Grendys on or about 11/5/2012 (KOCH 0001206873). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 49-50) | Admitted without a witness (11.9.21 Trial Tr. at 2136:5-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1520 | Email chain between Lance Buckert, Bruce MacKenzie, Bo Wright, and Bill Kantola on or about 10/10/2012 (KOCHFOODS-0000006100). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 36-37); Cumulative of GX 1409 | Admitted without a witness (11.22.21 Unofficial Tr. at 97:24-98:6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1521-1 | Email chain between Bruce MacKenzie and Joe Grendys, on or about 11/2/2012 attaching Excel spreadsheet (KOCHFOODS0000542731). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 47-48); Testimony from customers at trial that this is exactly the type of guidance that they gave to suppliers; Not in furtherance of conspiracy (11.9.21 Trial Tr. at 2135:12-19) | Admitted without a witness (11.9.21 Trial Tr. at 2135:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1521 | Excel spreadsheet titled Round 2 dated on or about 11/2/2012 (KOCHFOODS-0000542732). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 47-48); Testimony from customers at trial that this is exactly the type of guidance that they gave to suppliers; Not in furtherance of conspiracy (11.9.21 Trial Tr. at 2135:12-19) | Admitted without a witness (11.9.21 Trial Tr. at 2135:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1523 | Excel spreadsheet titled Price Reduction Impact dated on or about 11/30/22012 (PILGRIMS-0002671676). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 73-77) | Admitted without a witness (11.9.21 Trial Tr. at 2158:13-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1524 | Email between Roger Austin and Mark Oechsli on or about 10/10/2012 attaching a pricing spreadsheet (PILGRIMS-0002932695). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 35-36) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:18-20) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1525 | Excel spreadsheet titled UFPC Cost Plus Pricing For Period 2013 Bid dated on or about | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 35-36); | Admitted through Sangalis (10.28.21 Trial Tr. at 573:18-20) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | 10/10/2012 (PILGRIMS-0002932696). | | | |
| GX 1526 | Email between Roger Austin, Justin Gay, and Scott Tucker on or about 10/26/2012 attaching cost model and Word document (PILGRIMS-0002932765). | Blake sought a limiting instruction (11.9.21 Trial Tr. at 2134:3-5). | Admitted without a witness (11.9.21 Trial Tr. at 2134:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1527 | Excel spreadsheet titled FOB SUMMARY 10/26/2012 (PILGRIMS-0002932766). | Blake sought a limiting instruction (11.9.21 Trial Tr. at 2134:3-5). | Admitted without a witness (11.9.21 Trial Tr. at 2134:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1528 | Word document titled KFC Bid Summary dated on or about 10/26/2012 (PILGRIMS-0002932767). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 39-42);  Blake sought a limiting instruction (11.9.21 Trial Tr. at 2134:3-5). | Admitted without a witness (11.9.21 Trial Tr. at 2134:8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1529 | Email between Roger Austin and Mike Ledford on or about 11/6/2012 attaching cost spreadsheets and Word document (PILGRIMS-0002932786). | None (10.28.21 Trial Tr. at 573:7-9) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1530 | Excel spreadsheet titled FOB SUMMARY 11/6/2012 (PILGRIMS-0002932787). | None (10.28.21 Trial Tr. at 573:7-9) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1531 | Letter from Roger Austin to Mike Ledford on or about 11/15/2012 (PILGRIMS-0002932788). | None (10.28.21 Trial Tr. at 573:13-15) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1532 | Excel spreadsheet titled UFPC Cost Plus Pricing dated on or about 11/06/2012 (PILGRIMS-0002932789). | None (10.28.21 Trial Tr. at 573:13-15) | Admitted through Sangalis (10.28.21 Trial Tr. at 573:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1538 | Email between Scott Tucker and Roger Austin on or about 11/29/2012 (PILGRIMS-0005252995). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 68-70); Rule of completeness (11.9.21 Trial Tr. at 2142-2148) | Admitted without a witness (11.9.21 Trial Tr. at 2148:5-9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1539 | Excel spreadsheet titled Price Reduction Impact dated on or about 11/29/2012 (PILGRIMS-0005252996). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 68-70); Rule of completeness (11.9.21 Trial Tr. at 2142-2148) | Admitted without a witness (11.9.21 Trial Tr. at 2148:5-9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1546 | Email chain between Roger Austin and Scott Tucker on or about 11/29/2012 (PILGRIMS-DOJ-0000509322). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 70-73)<br><br>Rule of Completeness - Austin moved to admit DXs I-141, I-142, I-143, I-144, I-145, D-538, and D-839 for consideration with GX 1546 (Dkt. 804) | Admitted without witness (11.9.21 Trial Tr. at 2148:5-9), but the Court required that DXs D-839 and I-141 be admitted and shown at the same time under the Rule of Completeness (11.22.21 Unofficial Tr. at 152:1-153:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with DXs D-839 and I-141 (11.22.21 Unofficial Tr. at 152:1-153:15) |
| GX 1552 | Adobe PDF titled Exhibit 1, 8-Piece COB Pricing Model dated on or about 12/13/2012 (RSCS001545). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 555); No additional objections (11.9.21 Trial Tr. at 2192:23) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2192:25) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1568 | Excel spreadsheet titled Price Reduction Impact dated on or about 11/30/2012 (PILGRIMS-DOJ-0000333157). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 73-77) (different exhibit but same statements)<br><br>Objection to admitting GXs 1522 and 1523 and GXs 1567 and 1568 as | EXCLUDED as duplicative of GXs 1522 and 1523 (11.9.21 Trial Tr. at 2159:13-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Duplicative** - The government intends to offer 1522 and 1523, so 1567 and 1568 are duplicative. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | duplicative (11.9.21 Trial Tr. at 2153-2159) | | |
| GX 1569 | Email between Tim Scheiderer and Mark Oechsli on or about 10/10/2012 attaching spreadsheet titled Tyson-Yum Poultry Bid Sheet Event 20122013.xls (TY-002544937). | Objection under Rules 401 and 403 by Roberts and Mulrenin (11.8.21 Trial Tr. at 2082:1-24) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2085:5-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1583 | Email between Roger Austin and Mark Oechsli on or about 11/13/2012 attaching spreadsheet (PILGRIMS-DOJ-0001231596). | No objections (11.9.21 Trial Tr. at 2140:25-2141:1) | Admitted without witness (11.9.21 Trial Tr. at 2140:25-2141:1) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1584 | Excel spreadsheet titled 2013 Year Bid Cost Model (PILGRIMS-DOJ-0001231597). | No objections (11.9.21 Trial Tr. at 2140:25-2141:1) | Admitted without witness (11.9.21 Trial Tr. at 2140:25-2141:1) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1601 | Email chain between Mike Ledford, Scott Brady, and Mikell Fries on or about 3/12/2013 (CLA_0192302). | No objections (11.9.21 Trial Tr. at 2214:13) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2214:13) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1607 | Email chain between Roger Austin, Mike Ledford, Scott Tucker, and Jason McGuire on or about 03/12/2013 (PILGRIMS-0006836077). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 92-94) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2210:17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1615 | Excerpt of Mikell Fries iPhone Report Instant Message # 3 (CLAXTON_0181706). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 177-179), Relevancy | Admitted without witness (11.12.21 | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | from Fries and Austin (11.12.21 Unofficial Tr. at 54:13-59:19) | Unofficial Tr. at 60:4-5) | |
| GX 1700 | Email chain between Scott Brady, Mikell Fries, Mark Oeschli, Mary Hester, and Stephen Campisano on or about 11/01/2013 attaching word document (CLA 0078049). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 149-151); Hearsay (11.12.21 Unofficial Tr. 63:3-13) ; Limiting instruction for all defendants except Brady | Admitted without a witness; 11.12.21 Unofficial Tr. at 64:20-65:5; 66:12-67:8 | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction issued at the first trial: the top portion is admissible only against Defendant Brady |
| GX 1713 | Email chain between Scott Tucker, Roger Austin, Justin Gay, and Mike Ledford on or about 11/19/2013 (PILGRIMS-0005254544). | Hearsay (11.12.21 Unofficial Tr. at 67:16-18) | Excluded as hearsay against all defendants but Austin; admitted against Austin without witness with limiting instruction (11.12.21 Unofficial Tr. at 72:11-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction issued at the first trial: the top portion is inadmissible hearsay and Mr. Austin's statement can only be admitted against Austin. (11.12.21 Unofficial Tr. at 72:11-73:18) |
| GX 1728 | SBRA dated on or about 12/2/2013 (RSCS000343). | None. | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1303:1-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - Cover page should be redacted per prior ruling, otherwise no objections (11.03.21 Trial Tr. at 1303:1-4) |
| GX 1729 | SBRA dated on or about 12/2/2013 (RSCS001557). | None. | Admitted through Robert Lewis (11.3.21 Trial Tr. at 1303:1-4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).**Redaction** - Cover page should be redacted per prior ruling, otherwise no objections (11.03.21 Trial Tr. at 1303:1-4) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|----------------------------|----------------|
| GX 1734 | Excerpt of Mikell Fries iPhone Report Instant Message #304-307 (CLAXTON 0181706). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 551-553); Hearsay; Relevance; 403 | Admitted without a witness (11.12.21 Unofficial Tr. at 76:14-18) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1736 | Email between Roger Austin and Michael Ledford on or about 11/20/2013 attaching Excel spreadsheet (PILGRIMS-0002933524). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1737 | Excel Spreadsheet titled UFPC Cost Plus Pricing, Period 1, December 29, 2013 - January 25, 2014 (PILGRIMS-0002933525). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1738 | Email between Scott Brady and Mark Oechsli on or about 11/20/2013 attaching Excel spreadsheet (PILGRIMS-0005254569). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1739 | Excel spreadsheet titled Bid - Volume Summary Round 3 dated on or about 11/20/2013 (PILGRIMS-0005254570). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1740 | Adobe PDF titled 8-Piece COB Pricing Model dated on or about 12/13/2013 between Mar-Jac Poultry and UFPC (RSCS001122). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1741 | Email between Tim Scheiderer, Poultry Purchasing, and Mark Oechsli, among others, on or about 11/5/2013 attaching Excel spreadsheets (TY-001295000). | N/A | New exhibit | **Authentication** - This document has not been authenticated (FRE 901). **Rule of Completeness** - The exhibit omits pages ending in 5001 and 5002 |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1742 | Excel spreadsheet titled KFC Fresh - 2014 Pricing Estimate Round 2 dated on or about 11/5/2013 (TY-001295003). | N/A | New exhibit | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Rule of Completeness** - The exhibit omits pages ending in 5001 and 5002 |
| GX 1743 | Email between Greg Tench and Poultry Purchasing on or about 11/18/2013 attaching Excel spreadsheet (MJPoultry-0000189079). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1744 | Excel spreadsheet titled Copy KFC FOB Summary FINAL - Mar-Jac 2014 dated 11/18/2013 (MJPoultry-0000189080). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1745 | Email between Mitch Mitchell, Mary Hester, and Kevin Phillips on or about 11/20/2013 attaching Excel spreadsheet (CASEDOJ-KP-0000016681). | Offered by defense as Exhibit A-114 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2569:11-12). | Previously admitted by defense as exhibit A-114 during cross-examination of Michael Ledford, without objection (11.10.21 Trial Tr. at 2569:11-12) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1746 | Excel spreadsheet titled KFC COVER SHEET REVISED dated on or about 11/20/2013 (CASEDOJ-KP-0000016682). | Attachment to email in GX 1745. This document was previously offered into evidence, without objection, by the defense as Exhibit A-115 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2568:19-2569:12). | Offered into evidence, without objection, by the defense as Exhibit A-115 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2569:11-12) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1747 | Email between Scott Brady and Poultry Purchasing on or about | N/A | New exhibit; Offered into evidence, without objection, by | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | 11/5/2013 attaching Excel spreadsheet (CLA 0192999). | | the defense as Exhibit A-612 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2386:13-17) | |
| GX 1748 | Excel spreadsheet titled Fresh Poultry COB Cost Model 2014 Poultry RFP dated on or about 10/4/2013 (CLA_0193000). | N/A | New exhibit; Offered into evidence, without objection, by the defense as Exhibit A-613 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2386:13-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1749 | Email between Scott Brady and Poultry Purchasing on or about 11/18/2013 attaching Excel spreadsheet (CLA_0193038). | N/A | New exhibit; Offered into evidence, without objection, by the defense as Exhibit A-622 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2393:9-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1750 | Excel spreadsheet titled FOB Summary FINAL - Claxton dated on or about 11/18/2013 (CLA 0193039). | N/A | New exhibit; Offered into evidence, without objection, by the defense as Exhibit A-623 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2393:9-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1751 | Email from Scott Brady on or about 11/19/2013 (CLA_0193048) | N/A | New exhibit; Offered into evidence, without objection, by the defense as Exhibit A-626 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2397:8-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1752 | Excel spreadsheet titled FOB Summary FINAL - Claxton dated 11/18/2013 (CLA_0193049). | N/A | New exhibit; Offered into evidence, without objection, by the defense as Exhibit A-627 during cross-examination of Michael Ledford (11.10.21 Trial Tr. at 2397:8-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1753 | Email between Bruce MacKenzie and Poultry Purchasing on or about 11/18/2013 attaching Excel spreadsheets (KOCHFOODS-0000549046). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** (Rule 802) |
| GX 1754 | Excel spreadsheet titled 2014 ufpc monthly cost model rfp fresh final (KOCHFOODS-0000549048). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** (Rule 802) |
| GX 1822 | Email chain between Roger Austin, Robbie Bryant, and Scott Tucker on or about 1/17/2017 (PILGRIMS-DOJ-0000343592). | Duplicative and misleading to the jury by Penn and Austin (11.12.21 Unofficial Tr. At 27:4-28:-7) | Admitted without witness (11.12.21 Unofficial Tr. at 29:11) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1825 | Email between Roger Austin, Sara Fisher, and Rich Eddington on or about 2/3/2017 (PILGRIMS-DOJ-0000509332). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 466-67) | Admitted through Sangalis (10.28.21 Trial Tr. at 574:5-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1826 | Excel spreadsheet titled UFPC Cost Plus Pricing Period 2 Proposal for 2018 (PILGRIMS-DOJ-0000509333). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 466-67) | Admitted through Sangalis (10.28.21 Trial Tr. at 574:5-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1846 | Text message from Roger Austin to Tim Stiller on or about 2/1/2017 (PILGRIMS-DOJ-0000914266). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 459), Continuing objections from James hearing from Kantola and Lovette (11.12.21 Unofficial Tr. at 39:3-7) | Admitted without witness (11.12.21 Unofficial Tr. at 38:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1847 | Text message from Tim Stiller to Roger Austin on or about 2/1/2017 (PILGRIMS-DOJ-0000914267). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 459), Continuing objections from James hearing from Kantola and Lovette (11.12.21 Unofficial Tr. at 39:3-7) | Admitted without witness (11.12.21 Unofficial Tr. at 38:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1848 | Text message from Roger Austin to Tim Stiller on or about 2/1/2017 (PILGRIMS-DOJ-0000914268). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 459), Continuing objections from James hearing from Kantola and Lovette (11.12.21 Unofficial Tr. at 39:3-7) | Admitted without witness (11.12.21 Unofficial Tr. at 38:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1849 | Text message from Roger Austin to Tim Stiller on or about 2/1/2017 (PILGRIMS-DOJ-0000914269). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 459), Continuing objections from James hearing from Kantola and | Admitted without witness (11.12.21 Unofficial Tr. at 38:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

90

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | Lovette (11.12.21 Unofficial Tr. at 39:3-7) | | |
| GX 1850 | Text message from Tim Stiller to Roger Austin to on or about 2/17/2017 (PILGRIMS-DOJ-0000915280). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1851 | Text message from Roger Austin to Tim Stiller on or about 2/17/2017 (PILGRIMS-DOJ-0000915300). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** (Rule 802) |
| GX 1852 | Text message from Tim Stiller to Roger Austin on or about 2/17/2017 (PILGRIMS-DOJ-0000915301). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1853 | Text message from Tim Stiller to Roger Austin on or about 2/17/2017 (PILGRIMS-DOJ-0000915303). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1854 | Text message from Roger Austin to Tim Stiller on or about 2/17/2017 (PILGRIMS-DOJ-0000915320). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1856 | Text message from Tim Stiller to Roger Austin on or about 2/18/2017 (PILGRIMS-DOJ-0000915346). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1858 | Text message from Roger Austin to Tim Stiller on or about 2/18/2017 (PILGRIMS-DOJ-0000915360). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1862 | Text message from Tim Stiller to Roger Austin on or about 2/20/2017 (PILGRIMS-DOJ-0000915473). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 566-68) | Admitted without witness (11.12.21 Unofficial Tr. at 40:10-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1882 | Email chain between Robbie Bryant, Roger Austin, and Scott Tucker on or about 1/17/2017 (PILGRIMS-DOJ-0001262887). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 446-48), Double hearsay by Fries, (11.1.21 Trial Tr. at 812:5-813:7), duplicative and misleading to the jury by Penn and Austin (11.12.21 Unofficial Tr at 27:4-28:25) | Admitted without witness with limiting instruction (11.1.21 Trial Tr. at 813:9-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). <br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction offered at the first trial: the "Sarah wants" portion cannot be considered for its truth. (11.1.21 Trial Tr. at 813:10-17). |
| GX 1894 | Email between Tim Stiller and Robbie Bryant on or about 2/21/2017 (PILGRIMS-DOJ-0001386338). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 481-82), Duplicative and misleading to the jury by Austin (11.12.21 Unofficial Tr. At 53:5-21) | Admitted without witness (11.12.21 Unofficial Tr. at 54:1-3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 1923 | Email between Sara Fisher, Roger Austin, Scott Tucker, and Rich Eddington on or about 12/9/2016 (RSCS019072). | No objections | Admitted through Sara Fisher (11.4.21 Trial Tr. at 1575:20-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 1969 | Handwritten notes by Bill Lovette dated 2/20/2017 (PILGRIMS-DOJ-0000509907). | N/A | New exhibit | **Authenticity -** This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Chain of Custody -** The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Hearsay -** This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). To the extent the government ). To the extent the government seeks to admit this exhibit through the James log it sought permission to file on 1.27.22, there in nothing in the text of the document or the very nature of the document, and there has been no independent showing, that the documents were communications at all or done in furtherance of the conspiracy or reveal the existence of the conspiracy. There is, for example, no evidence notes were ever communicated to anyone, so they cannot be within exception B as a declarant statement<br><br>This document is also not admissible as a statement of a party opponent because there is nothing to establish who wrote these notes. This document was available prior to filing the James log, the James hearing, and the first trial, therefore the government has both failed |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | | | to show this is a co-conspirator statement and has waived its ability to do so.  Further, there is no evidence to show this document is a "statement" within the  meaning of Rule 801(d)(2)(A).<br><br>**Limiting Instruction** - To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant. The statements of declarants that are not defendants are not admissible for their truth.<br><br>**Relevance** - The document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance. This document is improper and insufficient to lay the proper foundation that this note was actually written by Bill Lovette. Further, it is unclear as to when the document was written as this exhibit spans more than one page and is not clearly marked with dates.<br><br>**Rule 403** - To the extent the Court finds this document is relevant, any probative value of this document is outweighed by the prejudicial nature. Without a sponsoring witness to testify regarding this document, the jury is left to speculate what these notes are regarding and the source of this information as no context is provided within these notes.<br><br>**Best Evidence Rule** - The photocopying quality makes this exhibit difficult to read, so |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | the government should not be permitted to admit a copy. |
| GX 3028 | Adobe PDF titled Supply Agreement for Church's Chicken dated on or about 12/29/2014 (PILGRIMS-DOJ-0000180410). | No objections | Admitted through Sangalis (10.28.21 Trial Tr. at 572:15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 3052 | Email from Jimmie Little to Dean Bradley on or about 03/05/2014 attaching Adobe PDF (PILGRIMS-DOJ-0004616685). | None - offered by defense at first trial (12.6.21 Unofficial Tr. at 215:15-16) | Admitted without witness (offered by defense) (12.6.21 Unofficial Tr. at 215:15-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 3053 | Adobe PDF titled SUPPLY AGREEMENT FOR CHURCH'S CHICKEN dated on or about 12/30/2013 (PILGRIMS-DOJ-0004616686). | None – stipulated to at first trial (12.6.21 Unofficial Tr. at 215:1-6) | Admitted without witness (stipulated to) (12.6.21 Unofficial Tr. at 215:1-6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 3074 | Adobe PDF titled Supply Agreement For Church's Chicken dated on or about 7/18/2016 (TY-004345675). | Lack of foundation as to documents collected by the Oliver Group. (10.28.21 Trial Tr. at 453:2-12) | Admitted without witness. (11.18.21 Unofficial Tr. at 16: 6-7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 5016 | Email chain between Jimmie Little and Carl Pepper on or about 06/09/2015 (TY-000000107). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 404-05) | Admitted without witness (11.18.21 Unofficial Tr. at 84: 22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6047 | Email chain between Mikell Fries and Scott Brady on or about 06/20/2013 (CLA_0192604). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 125-26); Objection as to authenticity (11.18.21 Unofficial Tr. At 141:23-142:5) | Admitted without witness (11.18.21 Unofficial Tr. at. 143:24-144:2) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6088 | Email from Darrel Keck to Ric Blake on or about 8/15/2016 attaching Excel spreadsheet (GEODOJ_0333971). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 432-33) | Admitted without witness. (11.12.21 Unofficial Tr. at.192:19-193:1) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6089 | Excel spreadsheet titled Copy of Copy of DIST NATIONAL ACCOUNTS 2014.xls (GEODOJ_0333972). | Attachment to GX 6088. Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 432-33; Information in spreadsheet outside of the alleged conspiracy and before the period in which Blake was found to have joined alleged conspiracy (11.12.21 Unofficial Tr. at 190:20-23, 192:1-4) | Admitted without witness (11.12.21 Unofficial Tr. at 192:19-193:1) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6134 | Email between Bill Kantola and Lance Buckert on or about 12/24/2013 (KOCH_0002062821). | As to identical document, GX 6136 (James log #314), statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 561-64; No additional objections. (11.15.21 Unofficial Tr. at 172: 5) | Admitted without witness (11.15.21 Unofficial Tr. at 172: 10-12) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>No new additional to the extent prior objections for GX 6136 as indicated on entry 314 of the *James* log are adopted. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 6235 | Text message from Tim Stiller to Roger Austin on or about 2/1/2017 (PILGRIMS-DOJ-0000914265). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 458-59); No additional objections. (11.12.21 Unofficial Tr. at 37:18). | Admitted without witness (11.12.21 Unofficial Tr. at 37:18-20) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6282 | Email between Scott Brady and Brian Roberts on or about 07/15/2013 (TY-000000113). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 133-34); 403 objection (11.18.21 Unofficial Tr. at 87:21-92:9) | Admitted without witness (11.18.21 Unofficial Tr. at 92:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 6283 | Email between Tommy Francis and Brian Roberts on or about 5/7/2013 (TY-000000114). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 96-98); Hearsay and withdrawn on *James* log at *James* hearing (11.18.21 Unofficial Tr. at 93:2-19) | EXCLUDED: this was withdrawn at the *James* Hearing (11.18.21 Unofficial Tr. at 95:15-16) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** - This exhibit was withdrawn at the James hearing. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 6329 | Email chain between Roger Austin and Eric Oare on or about 11/7/2014 (PILGRIMS-0006001191). | N/A | New exhibit | **Relevance** - This email chain is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 6330 | Email chain between Julie Buckley, Eric Oare, John Curran, Tony Neal, and Paul Canon, among others, on or about 4/24/2015 (PILGRIMS-0009014733). | N/A | New exhibit | **Relevance** - The email chain is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 6332 | Email chain between Justin Gay, Eric Oare, Kent Kronauge, Bill Miller, and Byron Theodore, among others, on or about 12/9/2014 (PILGRIMS-0009010718). | N/A | New exhibit | **Relevance** - This document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated for admission at retrial and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 6333 | Chat message from Carl Pepper to Jimmie Little on or about 10/19/2015 (TY-001645466). | Statements do not satisfy 801(d)(2)(E) (Dkt. 395-1 at 416-17) | New exhibit (Ruled admissible at James Hearing, Log entry No. 218) | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 6337 | Text message from Eric Oare to Jimmie Little on or about 11/11/2015 (PILGRIMS-DOJ-0000001440). | N/A | New exhibit | **Relevance** - The document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 6338 | Text message from Jimmie Little to Eric Oare on or about 11/11/2015 (PILGRIMS-DOJ-0000001441). | N/A | New exhibit | **Relevance** - The document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 6343 | Email between Eric Oare, Rob Alsberg, Stacy Fulk, John Krezanosky, Jamie Doherty, and James Cunningham on or about 10/10/2018 attaching Excel spreadsheet (PILGRIMS-DOJ-0001739266). | N/A | New exhibit | **Relevance** - The document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). To the extent it contains statements admissible under 801(d)(2)(A), it should be subject to a limiting instruction that those statements cannot be considered against defendants other than the declarant. The statements of declarants that are not defendants are not admissible for their truth. The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 6344 | Excel spreadsheet titled Pilgrims Broadline Fresh Price Comparison dated on or about 10/10/2018 (PILGRIMS-DOJ-0001739267). | N/A | New exhibit | **Authentication -** This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Relevance** - This document is not relevant as it does not relate to the allegations in the Indictment. The document purports to include pricing and pricing formula for 2018 Sysco and US Foods, which is not at issue in this case.<br><br>**Hearsay -** The document is not a business record relied upon in the ordinary course of business and therefore the proper foundation has not been laid to admit this as a business record and the document's contents are hearsay. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 6345 | Handwritten notes by Bill Lovette (PILGRIMS-0009770286). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901). <br><br> **Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). Additionally, this document should not be admitted under Rule 801(d)(2)(E) because there is nothing in this document that suggests it was a communication made by a co-conspirator in furtherance of the conspiracy. This document is also not admissible as a statement of a party opponent because there is nothing in this document to establish who wrote these notes. Because the Government has failed to establish that these are the notes of a defendant the proper foundation has not been laid to admit this document pursuant to 801(d)(2)(a). Furthermore, there is nothing to suggest that the content of this document is an assertion by the person who wrote it and therefore is not a statement under Ruel 801(a) nor is it a statement against the unidentified declarant's interest. <br><br> To the extent the government seeks to introduce this exhibit through the James log it sought permission to file on 1.27.22, there in nothing in the text of the document or the very nature of the document, and there has been |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
|  |  |  |  | no independent showing, that the documents were communications at all or done in furtherance of the conspiracy or reveal the existence of the conspiracy. There is, for example, no evidence notes were ever communicated to anyone, so they cannot be within exception B as a declarant statement<br><br>**Limiting Instruction** - To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant.<br><br>**Relevance** - The notes are not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Rule 403** - To the extent the Court finds this document is relevant, any probative value is outweighed by its prejudicial nature. This document has a series of numbers written next to abbreviations, but there is no information on the document to identify what those numbers reference or their source. There is nothing on this document that can be identified as relating to contract negotiations, bids or contract prices. Without a sponsoring witness to cross examine about this document, the notes are confusing, misleading and more prejudicial than probative. Additionally, this document will require Defendants to present additional defense to explain to the jury how these notes are not related to any of the facts in the case, |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
|         |             |                         |                            | resulting in undue delay in an already lengthy trial. Further, the indication that lunch was $5,000 is more prejudicial than probative.<br><br>**Chain of Custody -** The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Best Evidence Rule -** The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy. |
| GX 7010 | Email between Kevin Grindle and Bill Kantola on or around 03/31/2014 (MAR-JAC 0000604683). | Authenticity - The Mar-Jac custodians - Mr. Barela and Mr. Morbi - only testified about a small sub-set of Mar-Jac documents and this was not included (11.5.21 Trial Tr. at 1815-17), | EXCLUDED; authentication objection sustained because Mr. Barela and Mr. Morbey were only shown a small subset of documents and were only asked about those specific documents (11.5.21 | **Authentication** - this document has not been authenticated.<br><br>**Relevance** - This document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Hearsay** - The Government failed to include this document on the James Log. The Court has previously sustained hearsay objections |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | Trial Tr. at 1817:15-24) | to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 7040 | Email chain between Bill Kantola, Brian Roberts, Andrea Hedgepeth, Andrew Hays, and Ashley Embrey, among others, on or about 6/18/2012 (TY-000910276). | Misleading; argumentative; relevancy; limiting instruction requested. (11.22.21 Unofficial Tr. at 44:7-13, 45:10-46:8) | Admitted without a witness Admitted with redactions (11.22.21 Unofficial Tr. at 47:4-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redactions** - This exhibit should be subject to the same redactions as at the first trial: government to redact both Kantola's statements above the signature and the bottom email. (11.22.21 Unofficial Tr. at 47:4-17) |
| GX 7046-1 | Excel Spreadsheet titled cost plus comparison industry.xls undated (PILGRIMS-DOJ-0000509329). | Relevance; hearsay; FRE 404(b); limiting instruction requested. (11.18.21 Unofficial Tr. at 97:6-21, 99:4-15, 100:8-16; 11.23.21 Unofficial Tr. at 36:17-22, 37:11-38:10) | Admitted without a witness Admitted only against Austin (11.23.21 Unofficial Tr. at 40:2-8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 7046 | Excel Spreadsheet titled cost plus comparison industry.xls undated (PILGRIMS-DOJ-0000509329). | Relevance; hearsay; FRE 404(b); not included on James Log; limiting instruction requested. (11.18.21 Unofficial Tr. at 97:6-21, 99:4-15, 100:8-16; 11.23.21 Unofficial Tr. at37:11-38:10) | Admitted without a witness Admitted only against Austin (11.23.21 Unofficial Tr. at 40:2-8) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 8098 | Excel spreadsheet containing Chats, SMS Messages and MMS Messages (LOVETTE_0000000001). | N/A | New exhibit | **Authentication** - This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Relevance** - This document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>To the extent the government seeks to admit this exhibit solely for row 68, Defendants object to the admission of the entire document with or without redactions. Should the Court find this document admissible, Defendants request government admits this text message as a standalone entry.<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). To the extent the government seeks to admit this exhibit through the exceptions listed in its James log it filed 1.27.22, specifically A, B, F, and H, the government has made no showing that these objections apply.<br><br>**Limiting Instruction** - To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 9010-1 | Excerpt of Excel spreadsheet titled Contacts (2946) undated (CLAXTON_0181697). | Lack of authenticity; lack of foundation; relevance; hearsay; denial of right of confrontation; misleading; FRE 403; limiting instruction requested. (11.18.21 Unofficial Tr. at 18:5-19:1, 20:15-25, 21:10-18, 23:21-25:16, 26:8-28:12, 30:24-32:15, 40:23-41:16) | Admitted without a witness (11.18.21 Unofficial Tr. at 29:22-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9010 | Excerpt of Excel spreadsheet titled Contacts (2946) undated (CLAXTON 0181697). | **Authenticity** - Continuing objection with no specific grounds stated<br><br>**Lack of Foundation and Relevancy** - There is no foundation without a sponsoring witness to establish how Mr. Brady's contacts from his cell phone are relevant to this case. The Government proffered an explanation for relevancy but that does not properly establish the foundation to admit this document without a sponsoring witness. Additionally, there is no evidence of when these contacts were created - if they were created before or after the alleged conspiracy period. | Admitted without witness (11.18.21 Unofficial Tr. at. 29:22-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - This exhibit is only admissible for the limited purpose for which it was admitted at the first trial: to show that co-conspirators had knowledge of how to contact each other (11.18.21 Unofficial Tr. at. 29:22-24). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | **Hearsay** - This is not a co-conspirator declaration and the information within Mr. Brady's contacts would be hearsay statements and therefore should be excluded.<br><br>**Rule 403** - The document is confusing and misleading without a sponsoring witness because there are dates next to certain phone numbers that appear to suggest phone calls may have occurred on those dates, but that is not what that date means. Without a sponsoring witness to cross examine regarding what the dates represent this document is confusing, misleading and more prejudicial than probative. For example, the four dates corresponding with Mr. Kantola's phone number are dates after any of the phone calls for which the government is putting in evidence of calls between Defendant Brady and | | |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | Kantola. It is also misleading as to Mr. Roberts because one of the entries related to Mr. Roberts was created on November 9th, 2016, several months after he had left Tyson. The other entry is August 10th, 2017, well after Mr. Roberts left Tyson and at that time was employed at Case Farms. Additionally, there is no evidence of Mr. Roberts being involved in the alleged conspiracy subsequent to the 2015 KFC negotiations. (11.18.21 Unofficial Tr. at 27:12-28:8)<br><br>**Cumulative** - The government has already offered relevant phone logs and text messages during the entire time period of the alleged conspiracy and the list of all Mr. Brady's contacts, which does not indicate when these contacts were created, is cumulative of the phone records already in evidence | | |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9166 | Adobe PDF titled Minutes of a Regular Meeting of the Board of Directors of Pilgrim's Pride Corporation dated on or about 05/02/2013 (PILGRIMS-0006728619). | No objections | Admitted through Sangalis (10.28.21 Trial Tr. at 577:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance** - This document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Hearsay** - The Court previously ruled that board meeting minutes do not meet the business record exception. (10.27.21 Trial Tr. 319:22-320:14) (ruling on C-116) |
| GX 9264 | Document titled contacts.backup.CSV dated on or about 7/22/2015 (PILGRIMS-DOJ-0004505846). | Relevance - Mr. Austin like Mr. Brady where the issue came up similarly is a salesman.  His job is to sell chicken to customers. The fact that he has a contact list and in this instance the excerpts from the contact list include many of his colleagues is simply not relevant to any issue in dispute in this case.  If there are e-mails that the government seeks to offer, and they have, we'll deal with those e-mails if they come up and they represent communications.  The fact that he knows or has in his phone contacts is -- | Admitted without witness (11.18.21 Unofficial Tr. at 59-10-13) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | doesn't prove or disprove any fact in dispute in this controversy, so we object to this document. (11.18.21 Unofficial Tr. at 51:13-51:23)  Rule 403 | | |
| GX 9690 | Excel spreadsheet titled UFPC Feed Flow Through Pricing (GEODOJ 0579331). | No objections. | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2079:16-17) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9691 | Excel spreadsheet titled Fresh 2013 ufpc monthly cost model rfp dated on or about 10/10/2012 (KOCHFOODS-0000561603). | No objections. | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2077:5) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).  **Hearsay** (Rule 802) |
| GX 9692 | Excel spreadsheet titled UFPC Feed Flow Through Pricing For Period 1 2013 KFC Bid dated on or about 10/9/2012 (CLA 0191550). | Statements do not satisfy 801(d)(2)(E) (Dkt. No. 395-1 at 31-33) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2074:1-2) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9693 | Excel spreadsheet titled UFPC Cost Plus Pricing For Period 2013 Bid dated on or about | Statements do not satisfy 801(d)(2)(E). (Dkt. 395-1 at 35-36) No additional objections. | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2069:9-10) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | 10/10/2012 (PILGRIMS-0002932696). | | | |
| GX 9694 | Excel spreadsheet titled UFPC Cost Plus Pricing dated on or about 11/06/2012 (PILGRIMS-0002932789). | No objections. | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2169:23-24) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9696 | Excel spreadsheet titled Tyson-Yum Poultry Bid Sheet Event 2012-2013 dated on or about 10/10/2012 (TY-002544938). | FRE 401 & 403 (no factual basis anyone from Tyson was involved in the alleged collusion). (11.8.21 Trial Tr. at 2082:1-2085:4) | Admitted through Michael Ledford (11.8.21 Trial Tr. at 2085:5-15) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9703 | Email chain between Tim Mulrenin, Carl Pepper, Brian Roberts, Mark Milbrodt, and Tim Scheiderer, among others, on or about 8/13/2014 (TY-000128401). | Hearsay; FRE 403. (11.18.21 Unofficial Tr. at 62:14-64:7, 66:21-67:24) | Admitted without a witness Admitted only against Roberts and Mulrenin. Admitted not for the truth of the matter asserted as to Eddington and Milbrodt, but for the effect on the listener. (11.18.21 Unofficial Tr. at 68:2-69:6) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction issued at the first trial: the exhibit can only be considered against Mr. Roberts and Mr. Mulrenin, and Mr. Eddington and Mr. Milbrodt's statements can only be considered for their effect on the listener. |
| GX 9704 | Calendar invitation regarding FW: COB Tyson including Brian Roberts, Tim Mulrenin, and Pete Suerken on or about 9/3/2014 (TY-001492160). | Hearsay; FRE 403; relevance; limiting instruction requested. (11.18.21 Unofficial Tr. at 71:16-74:14, 75:10-77:18, 78:7-12) | Admitted without a witness Admitted only against Roberts and Mulrenin. Suerkin's statements not admitted for the truth of the matter, but | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Limiting Instruction** - this exhibit should be subject to the same limiting instruction issued at the first trial: the exhibit can only be considered against Mr. Roberts and Mr. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
| | | | effect on listener. (11.18.21 Unofficial Tr. at 77:19-78:6) | Mulrenin, and Mr. Suerken's statements can only be considered for their effect on the listener. |
| GX 9708 | Text message picture attachment dated on or about 11/9/2014 (PILGRIMS-DOJ-0000484966). | Rule of Completeness (11.9.21 Trial Tr. at 2127:16-2129:22) | Admitted without witness (11.9.21 Trial Tr. at 2129:21-22) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance** - These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are not relevant and are not related to bids or pricing for that customer.<br><br>**Rule of Completeness** - As at the first trial, this exhibit must be considered with GXs 449, 450, and 451 (11.9.21 Trial Tr. at 2127:16-2129:22) |
| GX 9709 | Text message from Jayson to fsandri@gmail.com and Bill Lovette on or about 11/9/2014 (PILGRIMS-DOJ-0004653654). | Hearsay (not on James log); Rule of completeness (11.9.21 Trial Tr. at 2115:7-2123:11) | Hearsay objection sustained, admitted without witness for the effect on the listener or recipient (11.9.21 Trial Tr. at 2123:12-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance -** These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are not relevant and are not related to bids or pricing for that customer.<br><br>**Limiting Instruction** - If admitted, the exhibit |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | should be subject to the same limiting instruction offered at the first trial: the exhibit can be considered only for its effect on the listener or recipient. |
| GX 9710 | Email between registration@combinenet.com and Roger Austin on or about 9/26/2012 (PILGRIMS-DOJ-0001228617). | Standing authenticity objection to emails from Pilgrim's server. (11.5.21 Trial Tr. at 1742:11-1743:8) | Admitted through Michael Ledford (11.9.21 Trial Tr. at 2162:7) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9713 | Picture dated on or about 11/9/2014 (PILGRIMS-DOJ-0000484951). | No prior objections | Admitted without witness (11.9.21 Trial Tr. at 2236:18-21) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Relevance** - These text messages are internal communications between three Pilgrim's employees talking sarcastically about a customer. The communications are not relevant and are not related to bids or pricing for that customer. |
| GX 9714 | Email from Timothy Mulrenin to various Tyson Employees on or about 2/11/ 2014 about Chick-fil-A NAE Press Release (TY-000618801). | Relevance; cumulative; FRE 403; denial of right of confrontation; limiting instruction requested. (11.12.21 Unofficial Tr. at 80:20-81:15, 83:8-84:20, 85:9-16) | Admitted without a witness Admitted only against Mulrenin. (11.12.21 Unofficial Tr. at 85:17-20) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9715 | Attachment to email titled Chick-Fil-A Press release dated on or about 2/11/2014 (TY-000618802). | Hearsay; cumulative; denial of right of confrontation; limiting instruction requested. | Admitted without a witness Admitted only against Mulrenin. | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | (11.12.21 Unofficial Tr. at 80:13-19, 84:17-20, 85:9-16) | (11.12.21 Unofficial Tr. at 85:17-20) | |
| GX 9718 | Excel spreadsheet titled UFPC Cost Plus Pricing undated (PILGRIMS-0002820578). | Relevance; hearsay; not included on the James Log. (11.18.21 Unofficial Tr. at 146:18-147:9) | Admitted without witness Admitted only against Lovette (11.18.21 Unofficial Tr. at 148:12-14) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). **Limiting Instruction -** this exhibit should be subject to the same limiting instruction issued at the first trial: the exhibit can only be considered against Mr. Lovette. |
| GX 9723 | Excel spreadsheet titled PILGRIM'S PRIDE CORPORATION POPEYES COST PLUS MONTHLY PRICING 2018/2019 Pricing Proposal undated (PILGRIMS-DOJ-0000412082). | No objections. | Admitted without a witness (11.12.21 Unofficial Tr. at 176:14-19) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9724 | Excel spreadsheet titled Tyson Foods, INC. Popeyes Cost Plus Monthly Pricing 2018 Proposed Model using Kent's Grain Assumptions, undated (TY-000722085). | No objections. | Admitted without a witness (11.12.21 Unofficial Tr. at 178:23-179:2) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9726 | Document titled Contract No. 214188P dated on or about 12/17/2014 (POLLO-ATR001-00000064). | No objections. | Admitted through Joseph Brink (11.17.21 Brink Tr. at 100:5) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |
| GX 9740 | Email chain between Walter Cooper and Joe Brink dated on or about 9/22/2014 (POLCHKED0000133954). | No objections. | Admitted through Joseph Brink (11.16.21 Brink Tr. at 27:3) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9745 | Email chain between Eric Oare, Chris Sharp, Kent Kronauge, Walter Cooper, Mikell Fries, and others on or about 12/28/2012 (TY-000914428). | No objections, redaction of "confidential" sought (11.23.21 Unofficial Tr. at 43:9-16) | Admitted without witness (11.23.21 Unofficial Tr. at 44:4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - GX 9745 should be redacted in the same manner as at the first trial. |
| GX 9746 | Email out of office from Eric Oare to Brian Roberts on or about 10/15/2012 (TY-000913089). | No objections, redaction of "confidential" sought (11.23.21 Unofficial Tr. at 43:9-16) | Admitted without witness (11.23.21 Unofficial Tr. at 44:4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - GX 9745 should be redacted in the same manner as at the first trial. |
| GX 9747 | Email chain between Eric Oare and Scott Tucker on or about 11/27/2012 (PILGRIMS-DOJ-0002182676). | No objections, redaction of "confidential" sought (11.23.21 Unofficial Tr. at 43:9-16) | Admitted without witness (11.23.21 Unofficial Tr. at 44:4) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Redaction** - GX 9745 should be redacted in the same manner as at the first trial. |
| GX 9748 | Stipulation on Phone Numbers and Places of Employment. | N/A | Admitted through Rachel Evans (11.23.21 Unofficial Tr. at 109:15) | **No objections** |
| GX 9752 | Excel spreadsheet titled Price Reduction Impact dated on or about 11/29/2012 (PILGRIMS-0005252998). | N/A | New exhibit | **Authentication** - Document has not been authenticated (FRE 901).<br><br>**Hearsay** - This exhibit was not on the government's James log . The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). |
| GX 9753 | Email chain between Roger Austin and Scott Tucker on or about 11/29/2012 (PILGRIMS-0005997726). | N/A | New exhibit | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|------------------------|---------------------------|----------------|
| GX 9759 | Excerpt of document titled contacts.backup.CSV dated on or about 7/22/2015 (PILGRIMS-DOJ-0004505846). | Columns have been removed from this version and entire native document should come in instead (11.22.21 Unofficial Tr. at 156:9-15) | Admitted without witness (11.22.21 Unofficial Tr. at 157:9) | **Authentication** - This document has not been authenticated for admission at retrial (FRE 901).<br><br>**Hearsay** (Rule 802) |
| GX 9790 | Agri Stats Processing Analysis: Small Bird Weight (PILGRIMS-0000033197) | N/A | New exhibit | **Authentication** - This document has not been authenticated (FRE 901).<br><br>**Hearsay** (Rule 802) |
| GX 9791 | Email between Eric Oare and Justin Gay on or about 2/6/2015 attaching Excel spreadsheet (PILGRIMS-0005813309). | N/A | New exhibit | **Authentication** - This document has not been authenticated  and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - Eric Oare is sending this document to Justin Gay. Eric Oare is not a party opponent or a co-conspirator and therefore this is not 801(d)(2)(e) statement.  This is also no foundation to support that this document is a record kept and relied upon in the ordinary course of business. |
| GX 9792 | Excel spreadsheet titled SBD 2015 Price Increase List (PILGRIMS-0005813310). | N/A | New exhibit | **Authentication** - The document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Hearsay** - Eric Oare is sending this document to Justin Gay. Eric Oare is not a party opponent or a co-conspirator and therefore this is not 801(d)(2)(e) statement. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9793 | Email between Brian Roberts and Andy Lubert on or about 8/22/2014 (TY-000939545). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402).<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |
| GX 9794 | Email between Brian Roberts, Carla Byrd, Kim Beatty, Andy Lubert, and Mike Brown, on or about 11/11/2014 (TY-000942344). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402).<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9795 | Email chain between Andy Lubert, Heather Jensen, Brad Johnston, Brian Roberts, and Mike Brown, among others, on or about 11/17/2014 attaching Excel spreadsheet and PowerPoint presentation (TY-000975971). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402).<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative evidence<br>**Rule 105** - Inadmissible against other parties |
| GX 9796 | Excel spreadsheet titled FS National Account Organization L4v2.xlsx dated on or about 11/17/2014 (TY-000975973). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402).<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | evidence<br>**Rule 105** - Inadmissible against other parties |
| GX 9797 | PowerPoint presentation titled FS National Account Sales L4 Organizationv5.pptx dated on or about 11/14/2014 (TY-000975974). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402).<br>**Authentication** - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 9798 | Email between Brandon Campbell, Andy Lubert, Brian Roberts, Tim Mulrenin, and Charlie Solomon, among others, on or about 8/8/2014, attaching Excel spreadsheet (TY-001230711). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time **Rule 105** - Inadmissible against other parties |
| GX 9799 | Excel spreadsheet titled CFA_2015PricingSummary.xlsx dated on or about 8/8/2014 (TY-001230712). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time **Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 9800 | Email chain between Brandon Campbell, Brian Roberts, and Tim Mulrenin, among others, on or about 9/3/2014 attaching Excel spreadsheet (TF-0003607746). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative evidence **Rule 105** - Inadmissible against other parties |
| GX 9801 | Excel spreadsheet titled Tyson Foods, Inc. Popeyes Cost Plus Monthly Pricing 2015 Pricing Model dated on or about 9/3/2014 (TF-0003607747). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time; Needlessly cumulative |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
| | | | | evidence<br>**Rule 105** - Inadmissible against other parties |
| GX 9802 | Email chain between Steven Cullen and Andy Lubert on or about 10/8/2014 (TY-003871943). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication**  - This document has not been authenticated (FRE 901).<br>**Lack of foundation** (FRE 104)<br>**Hearsay** (FRE 802)<br>**Rule 404** - Evidence of other acts for which no written notice given<br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br>**Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9803 | Email chain between Justin Gay, Thomas Lane, and Tim Stiller on or about 9/12/2014 attaching Excel spreadsheet (PILGRIMS-DOJ-0003843930). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time **Rule 105** - Inadmissible against other parties |
| GX 9804 | Excel spreadsheet titled Popeye's 2015 Pricing Model 14-09-12 Final (PILGRIMS-DOJ-0003843931). | N/A | New exhibit | **Relevance** - Irrelevant and inadmissible (FRE 401/402). **Authentication** - This document has not been authenticated (FRE 901). **Lack of foundation** (FRE 104) **Hearsay** (FRE 802) **Rule 404** - Evidence of other acts for which no written notice given **Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time **Rule 105** - Inadmissible against other parties |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 9805 | Handwritten note and business card of Bill Lovette (PILGRIMS-DOJ-0000509405). | N/A | New exhibit | **Authentication -** This document has not been authenticated for admission at retrial and cannot be authenticated without a sponsoring witness (FRE 901).<br><br>**Relevance -** There is no dispute that Bill Lovette was the CEO of Pilgrim's Pride and therefore this document has no relevance.<br><br>**Hearsay -** This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). There is no evidence to show this document is a "statement" within the meaning of Rule 801(d)(2)(A).  To the extent the Court finds this exhibit to constitute or contain a statement, this document is not admissible as a statement of a party opponent because there is nothing to establish who wrote these notes.  This document was available prior to filing the James log, the James hearing, and the first trial, therefore the government has both failed to show this is a co-conspirator statement and has waived its ability to do so.<br><br>**Chain of Custody -** The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit.<br><br>**Best Evidence Rule -** The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy. |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Limiting Instruction -** To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant. |
| GX 9806 | Handwritten notes by Bill Lovette (PILGRIMS-DOJ-0000509421). | N/A | New exhibit | **Authentication -** This document has not been authenticated and cannot be authenticated without a sponsoring witness (FRE 901). **Chain of Custody -** The proper chain of custody has not been established as to the receipt, storage, copying, and production of handwritten notes as appear in this exhibit. **Best Evidence Rule -** The photocopying quality makes this exhibit difficult to read, so the government should not be permitted to admit a copy. **Relevance -**  The document is not relevant and the government does not intend to call a witness to lay a foundation establishing its relevance.  To the extent the Government is trying to offer this to establish this is Bill Lovette's handwriting, it is improper and insufficient to lay the proper foundation that this note was actually written by Bill Lovette. **Limiting Instruction -** To the extent the Court determines this exhibit is admissible, there should be a limiting instruction that this exhibit can only be considered against the declarant. |

127

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| GX 9810 | Adobe PDF titled Tyson Invoice on or about 6/21/2017 (TY-000693098). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9811 | Email between Carl Pepper, Catherine Breck, Shalanna Thronton, and Myra Eichenberger on or about 7/26/2017 (TY-000694682). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9812 | Adobe PDF titled Tyson Invoice on or about 7/12/2017 (TY-000694683). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9813 | Email between Carl Pepper, Winford Parsons, Catherine Breck, and Myra Eichenberger on or about 7/28/2017 (TY-000694805). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9814 | Adobe PDF titled Tyson Invoice on or about 7/25/2017 (TY-000694806). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9815 | Email between Carl Pepper, Winford Parsons, Catherine Breck, and Myra Eichenberger on or about 7/28/2017 (TY-000695236). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9816 | Adobe PDF titled Tyson Invoice dated on or about 8/1/2017 (TY-000695237). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9817 | Email chain between Carl Pepper, Catherine Breck, Christine Davis, Penny Clark, and Angela Larsen, among others on or about 8/8/2017 (TY-000695391). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9818 | Adobe PDF titled Tyson Invoice dated on or about 7/27/2017 (TY-000695394). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9819 | Adobe PDF titled Tyson Invoice dated on or about 7/27/2017 (TY-000695395). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9820 | Adobe PDF titled Tyson Invoice dated on or about 7/27/2017 (TY-000695396). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9821 | Adobe PDF titled Tyson Invoice dated on or about 8/7/2017 (TY-000695397). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9822 | Email between Carl Pepper, Myra Eichenberger, Catherine Breck, and Jackie Schriver on or about 9/12/2017, attaching PDF (TY-000697452). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|-------------------------|----------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9823 | Adobe PDF titled Tyson Invoice dated on or about 9/7/2017 (TY-000697453). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9824 | Email between Carl Pepper, Myra Eichenberger, and Catherine Breck on or about 9/12/2017 attaching PDF (TY-000697454). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 9825 | Adobe PDF titled Tyson Invoice dated on or about 9/7/2017 (TY-000697455). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9826 | Email between Carl Pepper, Catherine Breck, Jackie Schriver, Myra Eichenberger, and Shalanna Thornton on or about 9/14/2017 attaching document (TY-000697768). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9827 | Adobe PDF titled Tyson Foods Route Sales dated on or about 8/28/2017 (TY-000697769). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9828 | Email between Carl Pepper, Catherine Breck, Jackie Schriver, Myra Eichenberger, and Shalanna Thornton on or about 9/14/2017 attaching document (TY-000697771). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9829 | Adobe PDF titled Tyson Foods Route Sales dated on or about 9/8/2017 (TY-000697772). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9830 | Email between Carl Pepper, Tim Mulrenin, Tim Scheiderer, Rich Eddington, and Carol Knight, among others, on or about 10/23/2015 attaching document (TY-000716895). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9831 | Excel spreadsheet titled RSCS Cost Plus FOB Pricing - Mainland dated on or about 11/12/2015 (TY-000716897). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9832 | Excel spreadsheet titled RSCS Cost Plus FOB Pricing - Mainland dated on or about 7/15/2017 (TY-000716992). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9833 | Email between Carl Pepper and Carol Knight on or about 7/7/2017 (TY-000716993). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9834 | Excel spreadsheet titled RSCS Cost Plus FOB Pricing - Mainland dated on or about 8/12/2017 (TY-000716995). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|----------------------------|----------------|
| GX 9835 | Email between Carl Pepper and Carol Knight on or about 8/4/2017 attaching document (TY-000716996). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9836 | Excel spreadsheet titled RSCS Cost Plus FOB Pricing - Mainland dated on or about 9/9/2017 (TY-000716998). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9837 | Email between Carl Pepper and Kent Kronauge on or about 6/1/2017 attaching Excel spreadsheet (TY-000720944). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9838 | Excel spreadsheet titled Cost Plus Changes Popeyes June 2017.xlsx dated on or about 6/1/2017 (TY-000720946). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9839 | Email between Carl Pepper and Kent Kronauge on or about 6/29/2017 attaching Excel spreadsheet (TY-000720947). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| GX 9840 | Excel spreadsheet titled Cost Plus Changes Popeyes July 2017.xlsx dated on or about 6/29/2017 (TY-000720949). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9841 | Excel spreadsheet titled Popeyes Pricing December 2016.xlsx dated on or about 11/30/2016 (TY-000720774). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9842 | Excel spreadsheet titled Popeyes Pricing November 2016.xlsx dated on or about 11/3/2016 (TY-000720767). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9843 | Email between Carl Pepper and Kent Kronauge on or about 11/3/2016 attaching Excel spreadsheets (TY-000720763). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9844 | Excel spreadsheet titled Popeyes Pricing September 2016.xlsx dated on or about 8/30/2016 (TY-000720749). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9845 | Email between Carl Pepper and Kent Kronauge on or about 9/1/2016 attaching Excel spreadsheets (TY-000720749). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9846 | Excel spreadsheet titled Popeyes Pricing March 2016.xlsx dated on or about 3/3/2016 (TY-000720693). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9847 | Email between Carl Pepper and Kent Kronauge on or about 3/4/2016 attaching Excel spreadsheets (TY-000720691). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9848 | Email chain between Shanise Weatherman, Carl Pepper, Darrel Bowlin, Catherine Breck, and Ritchey Collyar, among others, on or about 3/3/2017, attaching Excel spreadsheets (TY-000721156). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9849 | Excel spreadsheet titled Popeyes Pricing March 2017.xlsx dated on or about 2/28/2017 (TY-000721158). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9851 | Adobe PDF titled Tyson Invoice dated on or about 3/7/2017 (TY-000722574). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9852 | Email chain between Carl Pepper, Catherine Breck, Jeffrey Ledbetter, Janie Tucker, and Penny Clark, among others, on or about 3/29/2016 attaching documents (TY- 000743223). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9853 | Adobe PDF titled Tyson Invoice dated on or about 3/15/2016 (TY-000743226). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Authentication** - This document has not been authenticated (FRE 901) |
| GX 9854 | Email chain between Carl Pepper, Catherine Breck, Chuck Thayer, and Jeff Riherd on or about 11/30/2016 attaching documents (TY-000745907). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9855 | Adobe PDF titled Tyson Invoice dated on or about 11/23/2016 (TY-000745909). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9856 | Adobe PDF titled Tyson Invoice dated on or about 11/22/2016 (TY-000745910). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9857 | Email between Carl Pepper and Kent Kronauge on or about 1/3/2017 attaching documents (TY-000746268). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9858 | Excel spreadsheet titled Tyson Foods Inc. Popeyes Cost Plus Monthly Pricing (TY-000746272). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901). |
| GX 9859 | Email chain between Carl Pepper and Catherine Breck on or about 1/5/2017 attaching document (TY-000746296). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given.<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901). |
| GX 9860 | Adobe PDF titled Tyson Invoice dated on or about 12/30/2016 (TY-000746298). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** -  Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9862 | Adobe PDF titled Tyson Invoice dated on or about 12/27/2016 (TY-000746515). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9863 | Email chain between Carl Pepper, Janie Tucker, Zoe Pepper, Chuck Thayer, and Steve Langford on or about 11/7/2015 attaching document (TY-000797680). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802)<br>**Authentication** - This document has not been authenticated (FRE 901) |
| GX 9864 | Adobe PDF titled Tyson Invoice dated on or about 10/29/2015 (TY-000797681). | N/A | New exhibit | **Rule 104** - Lack of Foundation<br>**Relevance** - Irrelevant and inadmissible (FRE 401/402)<br>**Rule 403** - Alleged probative value outweighed by danger of unfair prejudice, confusing or misleading the jury and waste of time.<br>**Rule 404** - Evidence of other acts for which no notice was given<br>**Hearsay** (FRE 801/802) |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
| | | | | **Authentication** - This document has not been authenticated (FRE 901) |
| GX 9865 | Adobe PDF titled Policy - PPC - Agri Stats (nmw) 062413 (PILGRIMS-DOJ-0002916975). | N/A | New exhibit | **Authentication** - This exhibit has not been authenticated (FRE 901).<br><br>**Relevance** - Pilgrim's explanation of antitrust law/policies is irrelevant. The exhibit is undated and is prominently labeled a draft, so it does not represent the final version of any policy.<br><br>**Rule 403 -** This exhibit has no probative value and creates a serious danger of undue prejudice by instructing the jury on antitrust law and policy. The Court has previously sustained objections to evidence relating to antitrust compliance and training policies, ruled that any relevance of such evidence is outweighed by danger of unfair prejudice (Doc. 603 at 6-7; 11.18.21 Unofficial Tr. at 108:5-20).<br><br>**Hearsay -** The government does not intend to call a witness to lay the appropriate foundation to admit this document as a business record. In any event, no witness could lay an adequate foundation because this is not the type of regularly kept record that is admissible under Rule 803(6). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| GX 9868 | Adobe PDF titled JBS USA Flight Itinerary dated on or about 8/19/2014 (PILGRIMS-0009357814). | N/A | New exhibit | **Authentication** - This exhibit has not been authenticated (FRE 901).<br><br>**Relevance** - The itinerary of a corporate jet has no apparent relevance to this case and the government does not intend to call a witness to lay a foundation establishing its relevance.<br><br>**Rule 403** - This document has no apparent relevance and creates a danger of unfair prejudice by appealing to jurors' judgments about the use of corporate jets.<br><br>**Hearsay** - This document contains no statements that could satisfy Rules 801(d)(2)(A) or 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on James log (see 11.5.21 Trial Tr. at 1798:11-18). The government does not intend to call a witness to lay the foundation for admission under Rule 803(6). |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|-----------------------------|----------------|
| **LATE DISCLOSED EXHIBITS** | | | | |
| GX 9869 | Email chain between Roger Austin and Jayson Penn on or about 1/27/2012 (PILGRIMS-0005827819) | N/A | New exhibit | **Late Notice** – The government did not provide Defendants notice of its intent to offer this exhibit without a sponsoring witness until 10pm Eastern on 1.27.22, in violation of the Court's order to provide such notice by 1.14.22 (*see* Dkt. 925). The Court should exclude this document on that basis alone.<br><br>**Authentication** - This exhibit has not been authenticated (FRE 901).<br><br>**Lack of foundation** (FRE 104)<br><br>**Relevance** (FRE 401, 402)<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). This exhibit also contains hearsay within hearsay.<br><br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---|---|---|---|---|
| | | | | **Rule 404** - Evidence of other acts for which no written notice given<br><br>**Limiting Instruction** - To the extent the Court believes it is admissible, there should be a limiting instruction that it can only be considered against Defendants Penn and Austin.<br><br>**Rule 105** - Inadmissible against other parties |
| GX 9870 | Email between Roger Austin and Jayson Penn on or about 1/27/2012 (PILGRIMS-0005827827) | N/A | New exhibit | **Late Notice** – The government did not provide Defendants notice of its intent to offer this exhibit without a sponsoring witness until 10pm Eastern on 1.27.22, in violation of the Court's order to provide such notice by 1.14.22 (*see* Dkt. 925). The Court should exclude this document on that basis alone.<br><br>**Authentication** - This exhibit has not been authenticated (FRE 901).<br><br>**Lack of foundation** (FRE 104)<br><br>**Relevance** (FRE 401, 402)<br><br>**Hearsay** - This exhibit was not on the government's James log and therefore should not be admitted under Rule 801(d)(2)(E). The Court has previously sustained hearsay objections to exhibits not on the James Log (see 11.5.21 Trial Tr. at 1798:11-18). This |

| Exhibit | Description | Prior Defense Objections | Prior Ruling (Tr. Citation) | New Objections |
|---------|-------------|--------------------------|------------------------------|----------------|
|  |  |  |  | exhibit also contains hearsay within hearsay and should be excluded on that basis.<br><br>**Rule 403** - Alleged probative value substantially outweighed by danger of unfair prejudice; Alleged probative value substantially outweighed by danger of confusing the issues or misleading the jury; Alleged probative value substantially outweighed by danger of undue delay or waste of time<br><br>**Rule 404** - Evidence of other acts for which no written notice given<br><br>**Limiting Instruction** - To the extent the Court believes it is admissible, there should be a limiting instruction that it can only be considered against Defendants Penn and Austin.<br><br>**Rule 105** - Inadmissible against other parties |