IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS

      Defendants, by and through their respective counsel, respectfully move this Court for permission to file Oppositions to the Department of Justice's Omnibus Motions in Limine in excess of the Court's fifteen-page limit. Defendants seek an additional six (6) pages to respond to the five issues raised in the DOJ's omnibus motions. Opposition papers are due on Monday, February 7, 2022, and granting this request for additional pages would not cause any delay or hinder compliance with this deadline.

      Good cause exists for permitting an additional six pages. Defendants are responding as

1

one group to five separate arguments. *See* ECF 977. These additional pages will permit Defendants to better address the Department of Justice's various arguments as a group, rather than individually. Defendants believe that the additional length will better allow the Court to efficiently and accurately evaluate the issues presented.

Dated:  February 5, 2022

Respectfully submitted,

| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
|---|---|
| Michael F. Tubach (Cal. Bar No. 145955)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br>E-mail:  mtubach@omm.com<br>*Attorney for Defendant Jayson Jeffrey Penn* | Richard K. Kornfeld<br>Recht Kornfeld, P.C.<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202<br>303-573-1900<br>Fax: 303-446-9400<br>Email: rick@rklawpc.com<br>*Attorney for Defendant Mikell Reeve Fries* |
| s/ *Bryan B. Lavine* | s/ *Michael S. Feldberg* |
| Bryan B. Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, N. E., Suite 3000<br>Atlanta, Georgia 30308<br>404-885-3170<br>Fax: 404-962-6613<br>Email: bryan.lavine@troutman.com<br>*Attorney for Defendant Scott James Brady* | Michael S. Feldberg<br>Reichman Jorgensen Lehman & Feldberg LLP - New York<br>750 Third Avenue, 24th Floor<br>New York, New York 10017<br>212-381-4970<br>Fax: 212-381-4971<br>Email: mfeldberg@reichmanjorgensen.com<br>*Attorney for Defendant Roger Born Austin* |
| s/ *Elizabeth B. Prewitt* | s/ *James A. Backstrom* |
| Elizabeth B. Prewitt<br>Latham & Watkins LLP<br>555 11th St NW, Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>Email: elizabeth.prewitt@lw.com<br>*Attorney for Defendant Timothy Mulrenin* | James A. Backstrom<br>James A. Backstrom, Counsellor at Law<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102-1932<br>215-864-7797<br>Email: jabber@backstromlaw.com<br>*Attorney for Defendant William Vincent Kantola* |

2

| | |
|---|---|
| s/ *Mark A. Byrne* | s/ *John A. Fagg, Jr.* |
| Mark A. Byrne (Cal. Bar No. 116657) | John A. Fagg, Jr. |
| BYRNE & NIXON LLP | Moore & Van Allen PLLC |
| 888 West Sixth Street, Suite 1100 | 100 North Tryon Street, Suite 4700 |
| Los Angeles, CA 90017 | Charlotte, NC 28202 |
| Telephone: 213-620-8003 | 704-331-3622 |
| Facsimile: 213-620-8012 | Fax: 704-378-2092 |
| Email: markbyrne@byrnenixon.com | Email: johnfagg@mvalaw.com |
| *Attorney for Defendant Jimmie Lee Little* | *Attorney for Defendant William Wade Lovette* |
| | |
| s/ *Craig A. Gillen* | s/ *Wendy L. Johnson* |
| Craig A. Gillen | Wendy L. Johnson |
| Gillen Withers & Lake, LLC | Reece Moore Pendergraft, LLP |
| 400 Galleria Parkway, Ste 1920 | 5519 Hackett Rd. Suite 300 |
| Atlanta, GA 30339 | Springdale, AR 72762 |
| Telephone: (404) 842-9700 | 479-439-2705 |
| Facsimile: 404-842-9750 | Fax: 479-439-2718 |
| E-mail: cgillen@gwllawfirm.com | Email: wjohnson@rmp.law |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th of February, 2022, I electronically filed the foregoing **DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Laura Carwile*