

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

June 8, 2021

VIA EMAIL AND FEDERAL EXPRESS

| | |
|---|---|
| Rick Kornfeld<br>Recht Kornfeld PC<br>1600 Strout Street, Suite 1400<br>Denver, CO 80202 | Bryan Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308 |
| Michael Feldberg<br>Reichman Jorgensen Lehman &<br>Feldberg LLP<br>Attn: Laura Carwile and Michael Feldberg<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065 | Michael Tubach<br>O'Melveny & Myers LLP<br>Attn: Francine Seno<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035 |
| Elizabeth Prewitt<br>Latham & Watkins LLP<br>Attn: Kent Russell<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 | John A. Fagg, Jr.<br>Moore & Van Allen PLLC<br>100 North Tryon Street,<br>Suite 4700<br>Charlotte, NC 28202-4003 |
| James A. Backstrom<br>James A. Backstrom, Counsellor at Law<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102-1932 | Craig Gillen<br>Gillen, Withers and Lake<br>400 Galleria Parkway, Suite 1920<br>Atlanta, Georgia 30339 |
| Mark A. Byrne<br>Byrne & Nixon LLP<br>888 West Sixth Street<br>Suite 1100<br>Los Angeles, California 90017 | Barry J. Pollack<br>Robbins, Russell, Englert, Orseck,<br>Untereiner & Sauber, LLP<br>2000 K Street, N.W., 4th Floor<br>Washington, DC  20006 |

Re:   *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Counsel:

We are providing you with a thumb drive labeled **BR_CHICK_061** with the password **AtrD0JDD-0106021!** containing the materials described on Appendix A. This material is being produced pursuant to Rules 16(a) and 26.2 of the Federal Rules of Criminal Procedure; the Jencks Act, 18 U.S.C. § 3500; Brady v. Maryland, 373 U.S. 83 (1963) and its progeny; and Giglio v. United States, 405 U.S. 150 (1972) and its progeny, as well as additional material.

As you will note, many of the materials are not required to be produced under the Government's discovery obligations, but are nonetheless being made available to you. This discovery is being produced pursuant to the amended protective order entered by the Court on November 10, 2020 and should be treated in a manner consistent with that order.

By producing this material, however, we are not agreeing that it is discoverable or necessary to produce under our discovery obligations. The United States is aware of, and will abide by, its continuing discovery obligations.

After your review of the listed discovery items, please notify us if you have any questions or concerns, or if any materials are missing; otherwise, we will assume that all discovery material listed in this letter was received by you.

Sincerely,

Michael T. Koenig

## Appendix A

| Prod Out # | Producing Party | Description | Custodian(s) | Beg Bates # | End Bates # | # of Records |
|---|---|---|---|---|---|---|
| BR_CHICK_061 | Church's Chicken | Documents produced by Church's Chicken in the In re Broiler Chicken Antitrust Litigation, No. 1:16-cv-08637 (N.D. Ill.) | Barry Barnett, Pamela Park | CHURCHS0000093 | CHURCHS0013558 | 6,198 |
| BR_CHICK_061 | Department of Commerce | Sarah Knust-related Investigative Record Forms | | Knust-IRF-ATR001-00000001 | Knust-IRF-ATR001-00000002 | 2 |
| BR_CHICK_061 | Federal Bureau of Investigation | Interview of Carl Pepper 302 | | Pepper-302-ATR007-00000001 | Pepper-302-ATR007-00000005 | 1 |
| BR_CHICK_061 | George's, Inc. | Electronic documents from the custodial files of agreed-upon custodians | Dean Bradley, Brian Coan, Judy Hall, Jason McGuire, Pete Winters | GEODOJ_0612309 | GEODOJ_0636753 | 4,889 |
| BR_CHICK_061 | Koch Foods, Inc. | Responsive email content of designated custodians Lance Buckert and Bruce MacKenzie in Central Standard Time | Lance Buckert, Joe Grendys, Bill Kantola, Eric Loeffler, Bruce Mackenzie, John Marler, Hans Schmidt | KOCHFOODS-0000548121 | KOCHFOODS-0000586060 | 15,938 |
| BR_CHICK_061 | Pilgrim's Pride Corporation | Documents previously identified by the Company's counsel at Weil Gotshal & Manges LLP during the course of their internal investigation or otherwise | | PILGRIMS-DOJ-0002681763 | PILGRIMS-DOJ-0002748732 | 17,530 |
| BR_CHICK_061 | Pilgrim's Pride Corporation | Emails and attachments that were sent to, from, copying or blind copying Roger Austin, Bill Lovette, Jayson Penn, and Tim Stiller | | PILGRIMS-DOJ-0002748733 | PILGRIMS-DOJ-0003113354 | 76,713 |
| BR_CHICK_061 | Tyson Foods, Inc. | Compliance-related materials | Tyson | TY-007001141 | TY-007001631 | 29 |