**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: February 22, 2022
Court Reporter: Janet Coppock

_Parties:_

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

_Counsel:_

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Tiffany Bracewell
Michael Feldberg
Laura Carwile
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price
Craig Gillen
Richard Tegtmeier
Anthony Lake

10.  RICKIE PATTERSON BLAKE,                Wendy Johnson
                                            Barry Pollack
                                            Christopher Plumlee

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 1**

**8:03 a.m.**

Appearances of counsel.  Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding openings, voir dire, peremptory challenges, use to transceivers, time limits, and other trial procedures.

**8:20 a.m.      Court in recess.**
**8:56 a.m.      Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Statement by the Court.

Jury panel sworn for voir dire.

9:24 a.m.      Voir dire by the Court.

**10:06 a.m.      Court in recess.**
**10:22 a.m.      Court in session.**

Voir dire by the Court continues.

10:32 a.m. to 10:40 a.m.    Bench conference.

Voir dire by the Court continues.

10:52 a.m. to 11:00 a.m.    Bench conference.

Voir dire by the Court continues.

11:10 a.m. to 11:11 a.m.     Bench conference.

Voir dire by the Court continues.

11:38 a.m. to 11:55 a.m.     Bench conference.

Jury excused.

Voir dire as to juror 100445083 continues.

**12:15 p.m.     Court in recess.**
**1:33 p.m.     Court in session.**

Voir dire by the Court continues.

2:46 p.m.     Voir dire by Mr. Koenig.

**3:10 p.m.     Court in recess.**
**3:27 p.m.     Court in session.**

3:28 p.m.     Voir dire by Ms. Nielsen.

4:06 p.m.     Voir dire by Mr. Beller.

4:21 p.m.     Voir dire by the Court continues.

4:39 p.m. to 4:45 p.m.       Bench conference.

Jury excused until February 23, 2022 at 8:45 a.m.

Discussion regarding stipulations and rulings.

**ORDERED:  Defendants' bond is continued.**

**4:54 p.m.     Court in recess.**

Trial continued.
Total time in court:   6:44