# Exhibit A

**From:** Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>
**Sent:** Tuesday, February 22, 2022 9:09 PM
**To:** Pletcher, Anna T.; bpollack@robbinsrussell.com; Quinn, Brian P.; Butte, Laura (ATR); Call, Heather (ATR); caroline.rivera@lw.com; Cheng, Cecilia (ATR); cplumlee@rmp.law; cgillen@gwllawfirm.com; david@rklawpc.com; denniscanty@byrnenixon.com; dru@eytan-nielsen.com; elizabeth.prewitt@lw.com; frankschall@mvalaw.com; jettinger@robbinsrussell.com; jabber@backstromlaw.com; jimmcloughlin@mvalaw.com; Jamie Hubbard; jenniferderwin@byrnenixon.com; johnfagg@mvalaw.com; Julie Withers; Kaitlin Price; Koenig, Michael (ATR); lcarwile@reichmanjorgensen.com; bryan.lavine@troutman.com; labranche@sslhlaw.com; markbyrne@byrnenixon.com; Megan Havstad; megan.rahman@troutman.com; mfeldberg@reichmanjorgensen.com; Tubach, Michael; rick@rklawpc.com; rtegtmeier@shermanhoward.com; Rogowski, Jillian (ATR); henry.roxann@me.com; Sweeney, Carolyn (ATR); Torzilli, Paul (ATR); wjohnson@rmp.law
**Subject:** US v. Penn -- Advance notice of direct-examination documents (Taylor, Barela, Sangalis, Becker, Evans)
**Attachments:** 9899.pdf; 9900.pdf; 9897.pdf; 9898.pdf; 9901.pdf; 9902.pdf; 9904.pdf; 9905.pdf; 9981.pdf; 9982.pdf

[EXTERNAL MESSAGE]

Counsel: see below and attached for exhibits that may be used on direct examination with witnesses that the government anticipates calling as soon as two days from now. This submission includes copies of recently marked government exhibits. We reserve the right to supplement this submission and/or use other exhibits with any witness as we believe the needs of our case require including for the purpose of refreshing recollection and/or any re-direct examination.

Documents for potential use with SA LaNard Taylor. The government may use any of the summary exhibits that the government provided to the defendants last night (2/21) during SA Taylor's direct examination. While the government intends to discuss the summary exhibits during his direct examination, the government does not intend to display the exhibits to the jury.

Document for potential use with Larry Barela: GX-9982 and the exhibits identified therein.

Documents for potential use with Ted Sangalis: GX-9981 and the exhibits identified therein.

Documents for potential use with Florence Becker

| | |
|---|---|
| 1030 | MAR-JAC_0000865503 |
| 9135 | MAR-JAC_0000850686 |
| 9136 | MAR-JAC_0000850697 |
| 9138 | MJPoultry-0000471976 |
| 9897 | MJPoultry-0000524625 |
| 9898 | MJPoultry-0000524626 |

| | |
|---|---|
| 9899 | MJPoultry-0000524641 |
| 9900 | MJPoultry-0000524642 |
| 9901 | MJPoultry-0000524746 |
| 9902 | MJPoultry-0000524747 |
| 9904 | MJPoultry-0000529201 |
| 9905 | MJPoultry-0000529202 |

Documents for potential use with Rachel Evans

| Exhibit Number | BATES | Notes |
|---|---|---|
| 9748 | Stipulation by the Parties | |
| 90-10 | N/A | Version that was admitted into evidence at the prior trial |
| 1-1 | N/A | Version provided to the defendants last night (2/21) |
| 2-1 | N/A | Version provided to the defendants last night (2/21) |
| 3-1 | N/A | Version provided to the defendants last night (2/21) |
| 4-1 | N/A | Version provided to the defendants last night (2/21) |
| 5-1 | N/A | Version provided to the defendants last night (2/21) |
| 7-1 | N/A | Version provided to the defendants last night (2/21) |
| 8-1 | N/A | Version provided to the defendants last night (2/21) |
| 9-1 | N/A | Version provided to the defendants last night (2/21) |
| 10-1 | N/A | Version provided to the defendants last night (2/21) |
| 10-2 | N/A | Version provided to the defendants last night (2/21) |

| | | |
|---|---|---|
| 10-3 | N/A | Version provided to the defendants last night (2/21) |
| 14-1 | N/A | Version provided to the defendants last night (2/21) |
| 14-2 | N/A | Version provided to the defendants last night (2/21) |
| 14-3 | N/A | Version provided to the defendants last night (2/21) |
| 16-1 | N/A | Version provided to the defendants last night (2/21) |
| 17-1 | N/A | Version provided to the defendants last night (2/21) |
| 18-1 | N/A | Version provided to the defendants last night (2/21) |
| 18-3 | N/A | Version provided to the defendants last night (2/21) |
| 20-1 | N/A | Version provided to the defendants last night (2/21) |
| Exhibits underlying the foregoing summaries | | The exhibit numbers for all such documents can be found within the summary exhibits themselves. |

Kind regards,
Paul

Paul Torzilli
202/476.0547 (c)