# ATTACHMENT C

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| I-054 (GX 9697) | RSCS007976 | N/A |
| 854<br>855 | SYSCO-00001933<br>SYSCO-00001934 | N/A |
| 9701 | SYSCO-00002079 | N/A |
| 413 | MJPoultry-0000196845 | N/A |
| G-624 | TY-001216885 | |
| E-568 *(GX 461)* | PILGRIMS-DOJ-0000513765 | Subject to redaction of text below subject line<br>The attached bid was included on earlier stipulation |

**ATTACHMENT D**

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-989 *(GX 817)* D-990 *(GX 818)* | PILGRIMS-0007065422 PILGRIMS-0007065424 | Redacted to only show the first email in email chain |
| C-378 C-379 | KOCHFOODS-0000230053 KOCHFOODS-0000230054 | N/A |
| 407 *(C-864)* 408 *(C-865)* | MJPoultry-0000061204 MJPoultry-0000061206 | Admitted on James log |
| 468 | GC-0000337800 | N/A |
| 472 | GC-0000000016 | N/A |
| J-040 | GC-PENN000047 | N/A |
| J-039 | GC-PENN000018 | N/A |
| I-296 I-297 | PILGRIMS-0005252741 PILGRIMS-0005252742 | NA |