IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm

Date: March 23, 2022  
Court Reporter: Janet Coppock

Parties:

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

Counsel:

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 18**

**8:31 a.m.**     **Court in session.**

Defendants present on bond.

Jury present.

8:35 a.m.     Defendant Fries' closing argument by Mr. Kornfeld.

9:16 a.m.     Defendant Brady's closing argument by Mr. Lavine.

Jury excused.

**10:05 a.m.     Court in recess.**
**10:21 a.m.     Court in session.**

Jury present.

10:24 a.m.     Defendant Lovette's closing argument by Ms. Neilsen.

11:10 a.m.     Defendant Penn's closing argument by Mr. Tubach.

Jury excused.

**11:58 a.m.     Court in recess.**
**1:00 p.m.     Court in session.**

Jury present.

1:02 p.m.     Defendant Austin's closing argument by Mr. Feldberg.

1:46 p.m.     Defendant Little's closing argument by Mr. Byrne.

2:42 p.m.     Defendant Kantola's closing argument by Ms. Henry.

Jury excused.

**3:31 p.m.     Court in recess.**
**3:40 p.m.     Court in session.**

Jury present.

3:40 p.m.     Defendant Mulrenin's closing argument by Ms. Prewitt.

4:30 p.m. to 4:31 p.m.     Bench conference.

4:33 p.m.     Defendant Roberts' closing argument by Mr. Gillen.

Jury excused until March 24, 2022 at 8:30 a.m.

**ORDERED:  Defendants' bonds are continued.**

**5:24 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:26