IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>1.    JAYSON JEFFREY PENN,<br>2.    MIKELL REEVE FRIES,<br>3.    SCOTT JAMES BRADY,<br>4.    ROGER BORN AUSTIN,<br>5.    TIMOTHY R. MULRENIN,<br>6.    WILLIAM VINCENT KANTOLA,<br>7.    JIMMIE LEE LITTLE,<br>8.    WILLIAM WADE LOVETTE,<br>9.    GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>        Defendants. | Criminal Case No. 20-cr-00152-PAB |

**DEFENDANTS' PROPOSED RESPONSE TO JURY NOTES**

Defendants, by and through undersigned counsel, propose the following responses to Jury Notes 2 and 3:

**Proposed Response to Jury Note #2:**

The dates in Instruction Nos. 17 and 18 are separate and distinct from the dates in Instruction No. 26.  Instruction No. 26 pertains to the statute of limitations.  Statutes of limitations are laws that prohibit a criminal conviction of a defendant unless the crime occurs within a stated period of time.

The statute of limitations for the conspiracy charged in this case is five years.  As a result, even if the jury would find a Defendant guilty of the charged offense by applying the instructions

1

other than Instruction No. 26, the jury could not convict that Defendant if the jury finds the government failed to carry its burden of proof under the statute of limitations.

**Proposed Response to Jury Note #3:**

Yes.  Instruction No. 26 imposes a requirement—separate from those in Instructions Nos. 17 and 18—that the government must prove beyond a reasonable doubt as to each defendant.  If the government fails to prove the requirements of Instruction No. 26 as to any individual Defendant, you must find that Defendant not guilty.[1]

I also remind you that the charge in this case is not "collusion."  Rather, the indictment charges a violation of Section 1 of the Sherman Act.  The necessary elements of that crime are described in Instruction Nos. 17 through 24.[2]

---

[1] 3 Leonard B. Sand et al., *Modern Federal Jury Instructions-Criminal* § 58.01 (2021) (Unfair Restraint of Trade, 15 U.S.C. §1, Instruction 58-11) (Attachment 1).
[2] *United States v. Guthrie*, 814 F. Supp. 942, 949-50 (E.D. Wash. 1993) (collusion is not an element of a Sherman Act offense).

Dated: March 24, 2022

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

<table>
<tr><td>

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com

</td><td>

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

</td></tr>
</table>

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach