# Exhibit A

## New Entries in DOJ's "Summary" Exhibits

| Summary Exhibit | Date/Time Entry | Source Exhibits | Previously Admitted or Admissible? |
|---|---|---|---|
| 52 | 12/3/12, 11:23 PM ET | 1420<br><br>1421 | No |
| 53 | 11/1/13, 8:53 AM ET | 1700 | Yes |
| 53 | 11/18/13, 10:47 PM | 1713 | Yes |
| 53 | 11/19/13, 9:12 AM ET | 10666 | Yes |
| 53 | 11/19/13, 9:15 AM ET | 10666 | Yes |
| 53 | 11/19/13, 12:38 PM ET | 10666 | Yes |
| 53 | 11/19/13, 12:46 PM ET | 10651 | Yes |
| 53 | 11/19/13, 1:18 PM ET | 10651 | Yes |
| 53 | 11/19/13, 1:18 PM ET | 10024 | Yes |
| 53 | 11/20/13, 5:11 PM ET | 1736<br><br>D-330 | Yes |
| 54 | 6/4/2013, 5:09 PM ET | 119 | Yes |
| 56 | 9/12/2014, no time listed (RFP from GC) | 413 | Yes |
| 58 | 8/11/2014, 8:43 AM ET | 10055 | Yes |

| | | | |
|---|---|---|---|
| 58 | 8/11/2014, 12:03 PM ET | 10056 | Yes |
| 58 | 8/11/2014, 12:21 PM ET | 10056 | Yes |
| 58 | 8/11/2014, 12:44 PM ET | 10056 | Yes |
| 58 | 8/15/2014, 9:54 AM ET | D-146  D-147 | Yes |
| 58 | 8/15/2014, 3:49 PM ET | 1234 | Yes |
| 58 | 8/15/2014, 4:18 PM ET | 1234 | Yes |
| 58 | 8/15/2014, 4:29 PM ET | 1234 | Yes |
| 58 | 8/16/2014, 8:14 AM ET | D-148  D-149 | Yes |
| 58 | 8/19/2014, 7:45 AM ET to 9:30 AM ET | 9867  9868 | No, both withdrawn |
| 58 | 8/19/2014, 9:04 AM ET | 1236 | Yes |
| 58 | 8/20/2014, 11:15 AM ET | 1104  1105 | Yes |
| 58 | 8/22/2014, 7:56 AM ET | 1237 | Yes |
| 58 | 8/22/2014, 8:18 AM ET | 1237 | Yes |
| 58 | 8/22/2014, 8:55 AM | 1237 | Yes |
| 58 | 8/22/2014, 4:29 PM ET | 1145  1146 | Yes. |
| 58 | 8/25/2014, 11:44 AM ET | 1028  1029  1175 | Yes |

| | | | |
|---|---|---|---|
| 60 | 8/29/2014, 7:50 AM | 9672 | Yes |
| 60 | 8/29/2014, 10:38 AM ET | 10026 | Yes |
| 60 | 8/29/2014, no time listed (Pete Martin Note) | 1030 | Yes |
| 60 | 9/19/2014, 11:43 AM | 955 | Yes |
| 61 | 1/20/2017, 3:27 PM ET | 1959 | Yes |
| 61 | 1/20/2017, 3:42 PM ET | 1959 | Yes |
| 61 | 2/3/2017, 7:35 AM | 1890 | No |
| 61 | 2/3/2017, 9:24 AM ET | 1890 1891 | No |
| 61 | 2/6/2017, 10:54 AM | 1930 | Yes |
| 62 | 2/17/2017, 4:28 PM ET | 1801 | Yes |