**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  **JAYSON JEFFREY PENN,**
2.  **MIKELL REEVE FRIES,**
3.  **SCOTT JAMES BRADY,**
4.  **ROGER BORN AUSTIN,**
5.  **WILLIAM WADE LOVETTE,**

      Defendants.

---

**NOTICE REGARDING THE OFFERING OF EXHIBITS WITHOUT
A SPONSORING OR AUTHENTICATING WITNESS**

---

The government respectfully provides this notice regarding the offering of exhibits without a sponsoring witness or an authenticating witness.[1]  On April 25, 2022, the government provided the Court with an amended list of exhibits it anticipated introducing without a sponsoring witness. (Docket No. 1341.)  The government withdrew some documents from the list at the May 25, 2022, trial preparation conference.  The

---

[1] For the purposes of jury addresses and summary charts, the government intends to use the company logos from, but not admit, the following exhibits based on Defendants' stipulation to their accuracy at the trial preparation conference, (5/25/22 R. Tr. 29:14-31:2): 9275, 9276, 9278, 9279, and 9281. Similarly, the government intends to use in jury addresses, but not admit, photos of each Defendant based on their stipulation to their accuracy, (Docket No. 1366-1): 9265, 9267, 9268, 9271, and 9273.

admissibility of the exhibits listed herein has been established by a variety of sources, as detailed in this notice.[2]  The government reserves the right to seek admission of any exhibit deemed admissible by the Court, including in the Court's orders.  (*See* Docket Nos. 1031-1 or 1363.)

The government intends to introduce these exhibits without a sponsoring or authenticating witness during its case-in-chief.  In the interest of admitting the exhibits efficiently and allowing the jury to view them in a digestible manner, the government does not plan to publish them at the time they are introduced.  Instead, the government will seek to publish subsets of the exhibits at various times throughout trial.  The exhibits fall into the following six categories:

## I.   Exhibits Not Included on the Government's Previous Notice

The government intends to offer 30 exhibits that were not included in its previous notice of exhibits without a testifying witness. (Docket No. 1341).  The admissibility of these exhibits was previously established either by agreements between the government and Defendants or the Court's rulings.  In fact, all but one of these exhibits is subject to an agreement with the Defense.  Therefore, the timing of this disclosure does not unfairly prejudice the Defendants.  The exhibits and the grounds for their admissibility are as follows:

---

[2] Unless otherwise noted, the authenticity of the exhibits contained in this notice has been established by the agreement between the government and Defendants and Order of the Court. (Docket Nos. 1338-1, 1338-3, 1338-4 (First Omnibus Agreement & exhibits subject to agreement); 1351 (order); 1366-1, 1366-2 (Second Omnibus Agreement & exhibits subject to agreement).)  The Court has not yet ordered that the government and Defendants are governed by the Second Omnibus Agreement.

| Exhibit No. | Basis for Admissibility | Relevant Docket Nos. |
|---|---|---|
| 424 | 801(d)(2)(E) | 1559 (*James* Log entry 189) |
| 900 | Agreement | 1338-3 |
| 981 | Agreement | 1338-1 |
| 1231 | Agreement | 1338-1 |
| 1232 | Agreement | 1338-1 |
| 1233 | Agreement | 1338-1 |
| 1234 | Agreement | 1338-1 |
| 1235 | Agreement | 1338-1 |
| 1236 | Agreement | 1338-1 |
| 1237 | Agreement | 1338-1 |
| 1239 | Agreement | 1338-1 |
| 1240 | Agreement | 1338-1 |
| 1241 | Agreement | 1338-1 |
| 1248 | Agreement | 1338-1 |
| 1249 | Agreement | 1338-1 |
| 1426 | Agreement | 1338-1 |
| 1428 | Agreement | 1338-1 |
| 1430 | Agreement | 1338-1 |
| 1432 | Agreement | 1338-1 |
| 1434 | Agreement | 1338-1 |
| 1442 | Agreement | 1338-1 |
| 1524 | Agreement | 1338-3 |
| 1525 | Agreement | 1338-3 |
| 1583 | Agreement | 1338-3 |
| 1584 | Agreement | 1338-3 |
| 1736 | Agreement | 1338-4 |
| A-626 | Agreement | 1338-3 |
| A-627 | Agreement | 1338-3 |
| D-330 | Agreement | 1338-3 |
| D-788 | Agreement | 1338-3 |

## II.   Summary Charts

The government intends to offer certain summary charts (50-53, 56-62), as modified consistent with the Court's rulings at the May 25, 2022 trial preparation conference.[3]

## III.   Exhibits Ruled Admissible by the Court's *James* Orders

The government intends to offer 104 exhibits previously deemed admissible as coconspirator statements by the Court's original and supplemental *James* orders, (Docket Nos. 559, 1050, 1353.), and other orders before trial, (Docket Nos. 1031-1, 1363):

| Exhibit No. | *James* Log Entry | Ruling Docket No. |
|---|---|---|
| 108 | 51 | 1050 |
| 109 | 52 | 1050 |
| 113 | 50 | 1050 |
| 114 | n/a | 1031-1 |
| 118 | 56 | 1050 |
| 119 | 57 | 1050 |
| 120 | 49 | 559 |
| 219 | 315 | 559 |
| 221 | 79 | 559 |
| 224 | 78 | 559 |
| 330 | 88 | 559 |
| 355 | 91 | 559 |
| 433 | 177 | 559 |
| 434 | 177 | 559 |
| 435 | 177 | 559 |
| 436 | 177 | 559 |
| 437 | 177 | 559 |
| 438 | 177 | 559 |
| 439 | 177 | 559 |
| 440 | 177 | 559 |

[3] As mentioned at the trial preparation conference, the government reserves the right to admit Exhibits 54 and 55 in its rebuttal case.

4

| Exhibit No. | *James* Log Entry | Ruling Docket No. |
|---|---|---|
| 441 | 177 | 559 |
| 442 | 177 | 559 |
| 443 | 177 | 559 |
| 444 | 177 | 559 |
| 445 | 177 | 559 |
| 446 | 177 | 559 |
| 447 | n/a | 1031-1; 1363 |
| 448 | 186 | 559 |
| 449 | 188 | 559 |
| 451 | 188 | 559 |
| 453 | 176 | 559 |
| 498 | 174 | 559 |
| 518 | 26 | 559 |
| 519-1 | 173 | 559 |
| 542 | 154 | 559 |
| 546 | 137 | 559 |
| 559 | 113 | 559 |
| 563 | 152 | 1050 |
| 564 | 153 | 559 |
| 617 | 205 | 559 |
| 618 | 206 | 559 |
| 744 | 286 | 559 |
| 803 | 224 | 559 |
| 920 | 97 | 559 |
| 933 | 103 | 559 |
| 940 | 184 | 559 |
| 953 | 135 | 559 |
| 955 | 151 | 559 |
| 959 | 143 | 559 |
| 982 | 27 | 559 |
| 1030[4] | 136 | 559 |
| 1035 | 117 | 559 |
| 1036-1 | 117 | 559 |
| 1051 | 131 | 559 |
| 1056 | 106 | 559 |
| 1058 | 119 | 559 |
| 1066 | 126 | 559 |

---

[4] Admissible pending authentication. (Docket No. 1363.)

| Exhibit No. | *James* Log Entry | Ruling Docket No. |
|---|---|---|
| 1074 | 120 | 559 |
| 1238 | 133 | 559 |
| 1247 | n/a | 1031-1 |
| 1409 | 19 | 559 |
| 1427 | 27 | 559 |
| 1514 | 36 | 559 |
| 1522 | 35 | 559 |
| 1523 | 35 | 559 |
| 1528 | 22 | 559 |
| 1538 | 33 | 559 |
| 1539 | 33 | 559 |
| 1544 | 32 | 559 |
| 1546 | 34 | 559 |
| 1615 | 43 | 559 |
| 1722 | 40 | 559 |
| 1734 | 43 | 559 |
| 1846 | 243 | 559 |
| 1847 | 243 | 559 |
| 1848 | 243 | 559 |
| 1849 | 243 | 559 |
| 1850 | 316 | 559 |
| 1851 | 316 | 559 |
| 1852 | 316 | 559 |
| 1853 | 316 | 559 |
| 1854 | 316 | 559 |
| 1856 | 316 | 559 |
| 1858 | 316 | 559 |
| 1862 | 316 | 559 |
| 1864 | 262 | 559 |
| 1882 | 236 | 559 |
| 1894 | 261 | 559 |
| 2000 | 313 | 559 |
| 2001 | 194 | 559 |
| 2002 | 195 | 559 |
| 2005 | 193 | 559 |
| 3025 | 65 | 559 |
| 3037 | 14 | 559 |
| 5016 | 211 | 559 |
| 6046 | 56 | 1050 |

| Exhibit No. | *James* Log Entry | Ruling Docket No. |
|---|---|---|
| 6047 | 59 | 559 |
| 6088 | 228 | 559 |
| 6089 | 228 | 559 |
| 6134 | 314 | 559 |
| 6198 | 13 | 559 |
| 6235 | 243 | 559 |
| 6282 | 64 | 559 |
| 9743 | 22-S | 1050 |

## IV.   Exhibits Admissible Under FRE 803(6)

The government intends to offer 57 exhibits that are authenticated and admissible as business records by agreement of the parties and order of the Court, (Docket Nos. 1338-1, 1338-3, 1338-4 (First Omnibus Agreement & exhibits subject to agreement); 1351 (order); 1366-1, 1366-2 (Second Omnibus Agreement & exhibits subject to agreement).)  The parties agree that each of the exhibits listed below are business records for the purposes of this trial:

| Exhibit No. | Docket No. of 803(6) Foundation |
|---|---|
| 230 | 1338-4 |
| 231 | 1338-4 |
| 232 | 1338-4 |
| 356 | 1338-3 |
| 404 | 1338-3 |
| 410-2 | 1366-2 |
| 413 | Docket No. 1338-4 |
| 702 | Docket No. 1338-3 |
| 703 | Docket No. 1338-3 |
| 710 | Docket No. 1338-3 |
| 733 | Docket No. 1338-3 |
| 748 | Docket No. 1338-3 |
| 749 | Docket No. 1338-3 |
| 750 | Docket No. 1338-4 |
| 1008 | Docket No. 1338-3 |
| 1025 | Docket No. 1338-3 |

| Exhibit No. | Docket No. of 803(6) Foundation |
| --- | --- |
| 1036 | Docket No. 1338-3 |
| 1119 | Docket No. 1338-3 |
| 1120 | Docket No. 1338-3 |
| 1121 | Docket No. 1338-3 |
| 1122 | Docket No. 1338-3 |
| 1123 | Docket No. 1338-3 |
| 1124 | Docket No. 1338-3 |
| 1125 | Docket No. 1338-3 |
| 1126 | Docket No. 1338-3 |
| 1127 | Docket No. 1338-3 |
| 1132 | Docket No. 1338-3 |
| 1133 | Docket No. 1338-3 |
| 1145 | Docket No. 1338-4 |
| 1146 | Docket No. 1338-4 |
| 1190 | Docket No. 1338-3 |
| 1191 | Docket No. 1338-3 |
| 1403 | Docket No. 1338-4 |
| 1404 | Docket No. 1338-4 |
| 1406 | Docket No. 1338-3 |
| 1410 | Docket No. 1338-3 |
| 1435 | Docket No. 1338-3 |
| 1438-1 | Docket No. 1338-3 |
| 1500 | Docket No. 1338-3 |
| 1501 | Docket No. 1338-3 |
| 1503 | Docket No. 1338-3 |
| 1505 | Docket No. 1338-3 |
| 1515 | Docket No. 1338-3 |
| 1526 | Docket No. 1338-3 |
| 1552 | Docket No. 1338-3 |
| 1569 | Docket No. 1338-3 |
| 1728 | Docket No. 1338-3 |
| 1729 | Docket No. 1338-3 |
| 1825 | Docket No. 1338-3 |
| 1826 | Docket No. 1338-3 |
| 3074 | Docket No. 1338-3 |
| 9004 | Docket No. 1338-3 |
| 9690 | Docket No. 1338-3 |
| 9691 | Docket No. 1338-3 |
| 9692 | Docket No. 1338-3 |

| Exhibit No. | Docket No. of 803(6) Foundation |
|---|---|
| 9696 | Docket No. 1338-3 |
| 9871 | Docket No. 1338-4 |

## V.   Exhibits Ruled Admissible Before Trial

The government intends to offer 46 exhibits previously deemed admissible by the

Court:

| Exhibit No. | Ruling Docket No. | Basis |
|---|---|---|
| 231-1 | 1363 | n/a |
| 410-1 | 1031-1; 1363 | Non-hearsay |
| 450 | 1031-1; 1363 | Effect on listener |
| 746-1 | 1363 | n/a |
| 1069 | 5/25/22 R. Tr. 35:3-8; 1363 | 801(d)(2)(A) |
| 1256 | 1363 | 801(d)(2)(A) |
| 1258 | 1363 | 801(d)(2)(A) |
| 1175 | 1031-1; 1363 | Effect on listener |
| 1407 | 1363 | n/a |
| 1438 | 1031-1; 1363 | n/a |
| 1439 | 1031-1; 1363 | n/a |
| 1500-1 | 1363 | n/a |
| 1542 | 1363 | n/a |
| 1547 | 1031-1; 1363 | 801(d)(2)(A) |
| 1700 | 1363 | 801(d)(2)(A) |
| 1700-1 | 1363 | n/a |
| 1707 | 1363 | n/a |
| 1713 | 1363 | 801(d)(2)(A) |
| 1713-1 | 1363 | n/a |
| 1923 | 1031-1; 1363 | n/a |
| 7040 | 1031-1; 1363 | n/a |
| 7046 | 1031-1; 1363 | 801(d)(2)(A) |
| 9010 | 1031-1; 1363 | Non-hearsay |
| 9010-1 | 1031-1 | Non-hearsay |
| 9255-1 | 1363 | n/a |
| 9264 | 1031-1; 1363 | Non-hearsay |
| 9265 | 1363 | n/a |
| 9267 | 1363 | n/a |
| 9268 | 1363 | n/a |

| Exhibit No. | Ruling Docket No. | Basis |
|---|---|---|
| 9694 | 1031-1; 1363 | n/a |
| 9707 | 1031-1; 1363 | n/a |
| 9708 | 1031-1; 1363 | n/a |
| 9709 | 1031-1; 1363 | Effect on listener |
| 9710 | 1031-1; 1363 | n/a |
| 9744 | 1031-1; 1363 | n/a |
| 9745 | 1031-1; 1363 | n/a |
| 9748 | 1031-1; 1363 | n/a |
| 9876 | 1363 | n/a |
| 9885 | 1363 | n/a |
| 10651 | 1363 | n/a |
| A-612 (1747) | 1363 | n/a |
| D-839 | 1031-1; 1363 | Rule of completeness |
| E-570 | 1031-1; 1363 | 801(d)(2)(A); Rule of completeness |
| E-873 | 1031-1; 1363 | Rule of completeness |
| E-874 | 1031-1; 1363 | Rule of completeness |
| I-141 | 1031-1; 1363 | Rule of completeness |

## VI.   Telephone Records

The government intends to offer 115 telephone records, record excerpts, and subscriber information produced by AT&T and Verizon that are authenticated and admissible as business records by agreement of the parties and order of the Court, (Docket Nos. 1338-1 (agreement); 1351 (order)):

| | | | | |
|---|---|---|---|---|
| 143 | 980 | 8030 | 8057 | 8083 |
| 245 | 1444 | 8031 | 8058 | 8084 |
| 246 | 1614 | 8032 | 8059 | 8085 |
| 352 | 1733 | 8033 | 8060 | 9645 |
| 353 | 1959 | 8034 | 8061 | 9672 |
| 354 | 1960 | 8035 | 8062 | 9716 |
| 494 | 1961 | 8036 | 8063 | 9720 |
| 495 | 1962 | 8037 | 8064 | 9721 |
| 496 | 1963 | 8038 | 8065 | 9722 |
| 497 | 1964 | 8039 | 8066 | 9980 |
| 499 | 8000 | 8040 | 8067 | 10024 |
| 584 | 8001 | 8041 | 8068 | 10026 |

| 585 | 8002 | 8042 | 8069 | 10055 |
|-----|------|------|------|-------|
| 586 | 8003 | 8043 | 8071 | 10056 |
| 587 | 8004 | 8045 | 8072 | 10666 |
| 588 | 8005 | 8046 | 8073 | |
| 589 | 8006 | 8047 | 8074 | |
| 590 | 8007 | 8048 | 8075 | |
| 622 | 8008 | 8049 | 8076 | |
| 623 | 8024 | 8050 | 8077 | |
| 624 | 8025 | 8051 | 8078 | |
| 625 | 8026 | 8052 | 8079 | |
| 764 | 8027 | 8053 | 8080 | |
| 765 | 8028 | 8054 | 8081 | |
| 766 | 8029 | 8055 | 8082 | |

Dated: June 4, 2022

Respectfully submitted,

/s/ Aidan D. McCarthy
KEVIN B. HART
LESLIE A. WULFF
PAUL J. TORZILLI
DANIEL A. LOVELAND, JR.
MATTHEW CHOU
AIDAN D. MCCARTHY
KAITLYN E. BARRY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*

11