## Attachment A

TS Nelson's overall graph of calls (with constituent table of data).  *See* pages 2–5 above.



| Date | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|
| January | 0 | 1 | 11 | 13 | 1 | 8 | 2 |
| February | 1 | 0 | 4 | 3 | 6 | 6 | 0 |
| March | 0 | 9 | 7 | 5 | 0 | 2 | 0 |
| April | 0 | 0 | 8 | 2 | 0 | 6 | 0 |
| May | 1 | 0 | 18 | 2 | 0 | 3 | 3 |
| June | 0 | 0 | 12 | 3 | 0 | 2 | 0 |
| July | 0 | 11 | 12 | 3 | 0 | 2 | 0 |
| August | 0 | 6 | 29 | 7 | 0 | 2 | 0 |
| September | 1 | 4 | 31 | 9 | 2 | 6 | 0 |
| October | 1 | 15 | 14 | 10 | 2 | 5 | 0 |
| November | 7 | 34 | 15 | 8 | 1 | 1 | 0 |
| December | 12 | 6 | 4 | 0 | 2 | 0 | 0 |
| Total | 23 | 86 | 165 | 65 | 14 | 43 | 5 |

## Attachment B

TS Nelson's graph for each of the seven years at issue.  *See* pages 2–5 above.











Phone Calls Between Roger Austin and Scott Brady [2017]
0
1
2
3
4
5
6
7
8
9
8
6
2
6
3
2
2
2
6
5
1
0
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
2017



